UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 13 A 9: 21
US DISTRICT COURT
HARTFORD CT

SANDRA LORUSSO, ET AL.,
    Plaintiffs,

v.    CASE NO. 3:03CV504(MRK)

H. RICHARD BORER, JR.,
    Defendant.

## ORDER REGARDING SETTLEMENT CONFERENCE

On November 7, 2003, the undersigned conducted a status conference regarding settlement. Counsel having reported that a settlement conference at this time is not likely to be productive, a settlement conference will not be scheduled. If at anytime in the future counsel agree that a settlement conference is likely to be fruitful, they may request such a conference by contacting either the chambers of U.S. District Judge Mark R. Kravitz, 141 Church Street, New Haven, Connecticut 06510 or by contacting the chambers of the undersigned.

SO ORDERED this 12th day of November, 2003 at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE