Held
5 mins.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 7, 2003

11:30 a.m.

CASE NO. **3:03CV504 (MRK)**    **Lorusso v. Borer**

COUNSEL OF RECORD:

| | |
|---|---|
| Paul J. Dorsi ✓ | Donahue & Votto, PC<br>415 Main St.<br>West Haven, CT 06516 |
| Thomas E. Katon ✓ | Susman, Duffy & Segaloff<br>55 Whitney Ave., PO Box 1684<br>New Haven, CT 06507 |
| Jennifer L. Schancupp | Susman, Duffy & Segaloff<br>55 Whitney Ave., PO Box 1684<br>New Haven, CT 06507 |
| Karen Lee Torre ✓ | 51 Elm St.<br>Ste. 307<br>New Haven, CT 06510 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK