FILED

2003 DEC -1  A 9: 40

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(HARTFORD)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | \* | CIVIL ACTION NO. |
| | \* | 3:03CV00504 (AWT) |
| PLAINTIFFS | \* | |
| VS. | \* | |
| H. RICHARD BORER, JR. | \* | NOVEMBER     , 2003 |
| | \* | |
| DEFENDANT | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION FOR ENLARGEMENT OF TIME

The Plaintiffs and the Defendant, in the above-captioned matter, by their undersigned attorneys, hereby move for an enlargement of time of the parties' scheduling order to extend the current discovery deadlines to provide that all discovery will be completed by April 1, 2004. In addition, the parties jointly move, *nunc pro tunc*, for the extension of the intermediate discovery deadlines as follows:

A damage analysis will be provided by any party who has a claim or counterclaim for damages by January 1, 2004 or such earlier date if such information is requested by defendant through an interrogatory or request for production;

The defendant shall disclose any experts by February 29, 2004. Depositions of such experts shall be completed by April 1, 2004.

| | |
|---|---|
| THE PLAINTIFFS | THE DEFENDANT |
| *(signature)* | *(signature)* |
| Karen Lee Torre | Thomas E. Katon |
| Fed. bar no. ct 01707 | Federal Bar no: ct01565 |
| Law Offices of Karen Lee Torre | Susman, Duffy & Segaloff, P.C. |
| 51 Elm Street, Suite 307 | 55 Whitney Avenue, P.O. Box 1684 |
| New Haven, CT 06510 | New Haven, CT 06507 |
| (203) 865-5541 | (203) 624-9830 |