UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Sandra Lorusso and Deborah Evangelista, | : | |
| Plaintiffs, | : | NO.   3:03cv504 (MRK) |
| v. | : | |
| H. Richard Borer, Jr., | : | |
| Defendant. | : | |

## ORDER

The parties' Joint Motion for Extension of Time [doc. #15] is GRANTED. Discovery will be completed by April 1, 2004. Damages analyses will be provided by January 15, 2004. Defendant's experts, if any, will be disclosed by February 29, 2004 and depositions of any such experts will be completed by April 1, 2004. Dispositive motions will be filed by June 1, 2004. The parties will participate in a telephonic status conference with the Court on April 29, 2004 at 11:00 a.m.

IT IS SO ORDERED.

/s/       Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: January 13, 2004