FILED

2004 FEB 23  A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(HARTFORD)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | * * | CIVIL ACTION NO. 3:03CV00504 (AWT) |
| PLAINTIFFS | * | |
| VS. | * | |
| H. RICHARD BORER, JR. | * * | FEBRUARY 20, 2004 |
| DEFENDANT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time to and including March 19, 2004, to respond to Plaintiffs' First Set of Interrogatories and Requests for Production addressed to the Defendant, H. Richard Borer, Jr..

In support of this motion, the Defendant states:

1.  Plaintiffs' First Set of Interrogatories and Requests for Production addressed to the Defendant were delivered to Defendants' counsel on January 23, 2004.

2.  Pursuant to Fed.R.Civ.P. 33(b)(3) and Fed.R.Civ.P. 34(b), responses would be required within 30 days thereof.

3.  Pursuant to Local Rule 7(b)(1)(b), an initial extension of time may be obtained for a period not exceeding 30 days.

4.  Counsel requires this initial extension of time in order to conduct an investigation sufficient to allow her to obtain and review the necessary information to properly prepare responses.

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

Pursuant to Local Rule 7(b)(3), counsel for the Defendant states that Attorney Schancupp of this office spoke with Attorney Torre who has indicated that she objects to the requested extension because such an extension may put the Plaintiff in a position of having to depose Defendant without the benefit of his answers, given the Court's deadline that all discovery be completed by April 1, 2004.

THE DEFENDANT

Thomas E. Katon
Federal Bar no: ct 01565
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

Thomas E. Katon
Federal Bar no: ct 01565
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\Motion Enlargement of Time re Discovery 021704.wpd

2