FILED

2004 FEB 23 A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(HARTFORD)

***

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | * | CIVIL ACTION NO. |
| | * | 3:03CV00504 (AWT) |
| PLAINTIFFS | * | |
| VS. | * | |
| H. RICHARD BORER, JR. | * | FEBRUARY 20, 2004 |
| | * | |
| DEFENDANT | * | |

***

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time to and including March 19, 2004, to respond to Plaintiffs' First Set of Interrogatories and Requests for Production addressed to the Defendant, H. Richard Borer, Jr..

In support of this motion, the Defendant states:

1. Plaintiffs' First Set of Interrogatories and Requests for Production addressed to the Defendant were delivered to Defendants' counsel on January 23, 2004.

2. Pursuant to Fed.R.Civ.P. 33(b)(3) and Fed.R.Civ.P. 34(b), responses would be required within 30 days thereof.

3. Pursuant to Local Rule 7(b)(1)(b), an initial extension of time may be obtained for a period not exceeding 30 days.

4. Counsel requires this initial extension of time in order to conduct an investigation sufficient to allow her to obtain and review the necessary information to properly prepare responses.

**Extension GRANTED, nunc pro tunc, to and including March 23, 2004.
It is so ordered.**

**Alvin W. Thompson, U.S.D.J.**
**Hartford, CT   2/24/04**

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505