UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 11  3 37 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Sandra Lorusso and Deborah Evangelista,   :
                                          :
                    Plaintiffs,           :   NO.   3:03cv504 (MRK)
                                          :
v.                                        :
                                          :
H. Richard Borer, Jr.,                    :
                                          :
                    Defendant.            :

### SCHEDULING ORDER

After conferring telephonically with the parties, the Court sets the following modified schedule. Discovery will be completed by **April 30, 2004**. Defendant's experts, if any, will be disclosed by **March 17, 2004** and depositions of any such experts will be completed by **April 30, 2004**. Dispositive motions will be filed by **June 1, 2004**. The parties will participate in a telephonic status conference with the Court on **May 17, 2004, at 4:15 p.m.**

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: March 11, 2004.