UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday, March 11, 2004

11:00 a.m.

CASE NO. **3:03cv504 MRK**    **Lorusso v. Borer**

Karen Lee Torre
51 Elm St., Ste. 307
New Haven, CT 06510
203-865-5541

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Ave., PO Box 1684
New Haven, CT 06507
203-624-9830

Paul J. Dorsi
Donahue & Votto, PC
415 Main St.
West Haven, CT 06516
203-934-6337

Thomas E. Katon
Susman, Duffy & Segaloff
55 Whitney Ave., PO Box 1684
New Haven, CT 06507
203-624-9830

STATUS CONFERENCE HELD
DATE: 3/11/04

10 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK