UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
***************************************
SANDRA LORUSSO and DEBORAH      *   CIVIL ACTION NO.
EVANGELISTA                     *    3:03CV00504 (MRK)
            PLAINTIFFS          *
VS.                             *
H. RICHARD BORER, JR.           *   APRIL 27, 2004
                                *
            DEFENDANT           *
***************************************
```

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time of the parties' scheduling order to extend the current discovery deadline from April 30, 2004 to May 31, 2004. All other deadlines currently in place shall remain in effect.

In support of this motion, the Defendant states:

1. The current discovery deadline is April 30, 2004.

2. Counsel for the Defendant had noticed a number of depositions for the week of April 19, 2004, but was advised by counsel for the Plaintiff that she was on trial that week; therefore those depositions did not go forward. The notices of deposition were issued on April 13, 2004. Counsel for the Defendant has contacted Plaintiff's counsel to request new dates of availability, but has yet to hear from her regarding this request. Accordingly, it is highly unlikely that these depositions will be completed prior to the close of the current discovery period in effect.

3.     Counsel for the Defendant served Plaintiff's counsel with written discovery requests. As to some of the requests for production, Plaintiffs replied that compliance would be furnished upon receipt of a confidentiality agreement. A confidentiality agreement was furnished to Plaintiff's counsel on January 26, 2004, but the responsive records have not yet been produced. Counsel for the Defendant has called Plaintiff's counsel and written to her in an effort to resolve this matter short of filing a motion for compliance. The additional time is requested in order to determine if voluntary compliance will be furnished and/or to file an appropriate motion to compel.

4.     In addition, Counsel for the Plaintiff desires to take the deposition of the Defendant. The deposition of the Defendant (along with a continuation of the deposition of the Plaintiff, Sandra Lorusso) was most recently noticed for April 16, 2004. Counsel for the Plaintiff requested that these depositions not take place on the scheduled date due to the fact that the Defendants had not yet furnished responses to outstanding interrogatories and requests for production. Defendants have furnished compliance with the interrogatories and requests for production as of April 19, 2004 and have furnished Plaintiff's counsel with new dates of availability of the Defendant for a deposition, but have yet to hear from Plaintiff's counsel regarding these dates.

Pursuant to Local Rule 7(b)(3), counsel for the Defendant states that she spoke to Attorney Karen Torre concerning this motion and that Attorney Torre has no objection to the granting of the motion. The undersigned further certifies that prior to the filing of this motion, by joint motion filed on December 1, 2003, the parties sought the extension of the discovery deadline in the scheduling

2

order and that, by motion dated February 20, 2004, the Defendant sought to extend the time within which to respond to the Plaintiff's interrogatories and requests for production.

THE DEFENDANT

_____
Jennifer L. Schancupp
Federal Bar no: ct 11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

_____
Jennifer L. Schancupp
Federal Bar no: ct11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\Motion Enlargement of Time re Discovery 042704.wpd

3

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505