UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Sandra Lorusso and Deborah Evangelista, | : | | |
| | : | | |
| Plaintiffs, | : | NO. | 3:03cv504 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| H. Richard Borer, Jr., | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

Defendants' Motion For Enlargement Of Time [doc. #22], dated April 27, 2004, is hereby GRANTED. All discovery in this case will close May 31, 2004. The time of the telephonic status conference that is scheduled for May 17, 2004, has been moved to 5:00 p.m. **All remaining deadlines shall remain the same.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: May 3, 2004.