UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
 SANDRA LORUSSO and DEBORAH     *   CIVIL ACTION NO.
 EVANGELISTA                    *    3:03CV00504 (MRK)
              PLAINTIFFS        *
 VS.                            *
 H. RICHARD BORER, JR.          *   JUNE 1, 2004
                                *
              DEFENDANT         *
*************************************
```

## MOTION FOR SUMMARY JUDGMENT

    The Defendant in the above entitled matter, by his attorney, moves pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule9(c) of he Local Rules of Civil Procedure, for summary judgment on all claims herein.

                        THE DEFENDANT,
                        H. RICHARD BORER, JR.

                        By:_____
                          Jennifer L. Schancupp
                          Federal Bar No. ct11876
                          Susman, Duffy & Segaloff, P.C.
                          55 Whitney Avenue
                          P.O. Box 1684
                          New Haven, CT 06507

ORAL ARGUMENT REQUESTED

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

 

_____
Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\Motion for Summary Judgment.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505