```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3

 4

 5       * * * * * * * * * * * * * * *
         SANDRA LORUSSO and           *
 6       DEBORAH EVANGELISTA          *
                     Plaintiffs       *
 7                                    *    No. 303CV00504 AWT
                 VS.                  *
 8                                    *    February 17, 2004
         H. RICHARD BORER, JR.        *
 9                   Defendant        *
         * * * * * * * * * * * * * * *
10

11
                    DEPOSITION OF SANDRA LORUSSO
12

13
         Appearances:
14
                  FOR THE PLAINTIFFS:
15
                       LAW OFFICES OF KAREN LEE TORRE
16                     51 Elm Street
                       New Haven, Connecticut 06510
17                          By:  KAREN LEE TORRE, ESQ.

18                FOR THE DEFENDANT:

19                     SUSMAN, DUFFY & SEGALOFF, P.C.
                       55 Whitney Avenue
20                     New Haven, Connecticut 06507
                            By:  JENNIFER SCHANCUPP, ESQ.
21

22

23

24
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

1    of West Haven?
2        A    I'm not clear on what you're asking me.
3        Q    Okay.  Are you familiar with the budget
4    process that the City of West Haven uses?
5        A    Yes.  Every department head gets paperwork
6    that they have to fill out the budget that they would
7    like to see put into place, and that gets submitted
8    to your finance department.
9             The finance department at one time used to
10   sit down with the Board of Finance and review all of
11   those and they would make their cuts.  Although, I
12   believe since I've been out of city hall they've done
13   away with that process.  That budgets gets presented
14   to the mayor and the mayor goes over the budget and
15   he makes his cuts.  Then it gets presented to the
16   city counsel and they go over it and they vote on
17   what the final budget will be.
18       Q    Okay.  And do you know whether or not that
19   process was followed with respect to the budget for
20   the year 2002-2003?
21       A    Yes.  The only thing that may have been
22   different is whether or not the Board of Finance was
23   still involved.  Because, as I said, I know that
24   they, for some reason, stopped going through the

```
 1        Board of Finance.
 2        Q    Okay.  And just to be clear, when I ask you
 3   do you know whether or not that process was followed,
 4   you said, "Yes."  Yes, you know, or yes, that process
 5   was followed?
 6        A    Yes, it was followed.
 7        Q    Okay.  One of the -- well, why don't I mark
 8   this as an exhibit?
 9                  (Whereupon, the document was
10   received and marked as Defendant's Exhibit No. 1 for
11   identification.)
12                  MS. SCHANCUPP:  Let's mark these also.
13                  (Whereupon, the documents were
14   received and marked as Defendant's Exhibits Nos. 2, 3
15   and 4 for identification.)
16        Q    (By Ms. Schancupp)  Before I get to these,
17   let me ask you, in your history as an employee for
18   the City of West Haven, have you ever been involved
19   in any disciplinary actions?
20        A    For fifteen years, no.  And then the mayor
21   filed a complaint against me in February.  Actually,
22   I think it was Valentines Day of 2002.  That was the
23   only time in my fifteen years of employment.
24
```

1   A   Each department head submits a budget for
2   their department, a budget request, I should say.
3   And then those go -- it used to be that they went
4   over to the finance committee, who looked them all
5   over and then they made their changes.  They would
6   interview the different departments.  And then that
7   budget was submitted to the mayor and then the mayor
8   would go over it and he would make his changes to it,
9   and it's then presented to the city counsel and the
10  city counsel finalizes it.
11  Q   When you say, "the city counsel finalizes
12  it," what do you mean by that?
13  A   The city counsel can change anything in the
14  mayor's budget as long as they have nine votes.
15  Q   How many members sit on city counsel?
16  A   Thirteen.
17  Q   Okay.
18  A   But it takes nine votes to change any of
19  the mayor's line items.  If they don't have it, then
20  the mayor's lines go through the way they are.
21  Q   It's the city counsel that votes yes or no
22  on the mayor's proposed budget?
23  A   Right.
24  Q   Okay.

```
 1        intended to exercise my bumping rights.  And he told
 2        me he would let me know when I could do that.
 3            Q    "He" being?
 4            A    The personnel director.
 5            Q    Ralph DeLuca?
 6            A    Uh-huh.
 7            Q    And when you say the city was offering a
 8        buy-out package, was that a package that was offered
 9        to you and others?
10            A    Yes.
11            Q    Do you know how many others?
12            A    No.
13            Q    Can you estimate for me?
14            A    No.  I really have no idea how many took
15        it.
16            Q    Do you know why the buy-out package was
17        being offered?
18            A    They did it quite often.  They would offer
19        a buy-out package.  This particular year it was one
20        of the best buy-out packages they were offering.  I
21        don't know.  I have no idea.
22            Q    During the meetings of the city counsel
23        that you attended -- well, let me backtrack.
24                You say that, "We tried to attend every
```

```
 1          meeting of the city counsel."  Was that just with
 2          respect to the city counsel meetings in the year
 3          2002-2003 or did you and your sister try to attend
 4          them as a matter of course?
 5               A    No.  I always go to them.
 6               Q    Why?
 7               A    I'm interested in my city.
 8               Q    And the city counsel meetings are public
 9          meetings, are they not?
10               A    Yes.
11               Q    Would your attendance at those city counsel
12          meetings be reflected in the official record of those
13          meetings?
14               A    No.  You're just sitting in the audience.
15               Q    Just sitting as an observer?
16               A    Uh-huh.
17               Q    Do you have the opportunity to address city
18          counsel at those meetings if you so desire?
19               A    There is a public forum before the meeting
20          begins and then there is a public forum before they
21          go in to committee meetings.  And then I, oftentimes,
22          addressed them now as the deputy registrar of voters,
23          if they have questions about our office.  And I used
24          to address them as the risk
```

```
 1      manager.  If there was a question on the agenda that
 2      pertained to certain things, I would address the
 3      counsel on those issues.
 4           Q    Did you ever address the counsel with
 5      respect to the budget for 2002-2003?
 6           A    Yes.  I addressed them at their annual
 7      budget hearing.
 8           Q    When was that?  Again, I'm not going to
 9      hold you to the exact date, but a month?
10           A    It was probably the end of February --
11      well, let's see.  No, it would have been the end of
12      March because they get the budget in mid March and
13      then they schedule a public hearing on it.
14           Q    What's the calendar for the presentation of
15      the budget to city counsel?  How does it work?
16           A    They get it in mid March and they have to
17      pass it by the first week in May.
18           Q    And when you say, "they get it," the mayor
19      gets it to them?
20           A    The mayor presents it to them.
21           Q    And when do the department heads present
22      their budgets to the mayor?
23           A    They get their paperwork in January.
24           Q    When you say, "their paperwork," what do
```

```
 1        you mean?
 2            A    They get a package where they have to
 3        formulate their budget and get that information back
 4        to the finance director, who then goes over it, and
 5        then he gets it to the mayor and then the mayor goes
 6        over it.  By March the mayor presents it to the
 7        counsel, and then they have from March until May 5th
 8        to go over it.  So, the process begins in January and
 9        ends in May.
10            Q    And in May is when the final vote of city
11        counsel is taken?
12            A    Yes.  That's by charter.
13            Q    And the time line that you've outlined for
14        me from January to May, that's also by charter?  Or
15        is it by charter?
16            A    The March date, it tells that the mayor
17        will present his budget by no later than the second
18        week in March and that the counsel will vote on it by
19        no later than the first week in May.
20            Q    And I think, before I backtrack, you were
21        starting to tell me about a meeting of the city
22        counsel that you had attended towards the end of
23        March of '02, during which the position of -- or the
24        elimination of the position of risk manager was
```

1   under discussion.  Tell me about that.
2        A   No.
3        Q   No?
4        A   No, they didn't discuss it.  I attended a
5   meeting in late March when they held their public
6   hearing on it and I addressed them on it.
7        Q   And what did you say?
8        A   I told them exactly what the lawsuit is
9   based on; that my job was being eliminated for
10  political reasons and that, you know, if they
11  continued in the vain that they were going in, that I
12  had every intention of bringing a lawsuit against the
13  city.  And I explained to them all of the reasons why
14  you needed a risk manager.
15       Q   And what are those reasons?
16       A   Well, one of the reasons is that when you
17  have -- when you pay the cost for your insurance, you
18  get a reduction in your rates just simply for having
19  a risk manager.  So, eliminating the position will
20  only make your rates go up.  Insurance companies feel
21  safe knowing there's somebody looking out for their
22  interests.  And, you know, that was basically what I
23  told them.  "You're not saving money by eliminating
24  the position and you're not,

```
 1                    C E R T I F I C A T E

 2

 3     STATE OF CONNECTICUT)

 4                        ) Ss.

 5     COUNTY OF HARTFORD  )

 6              I, LISA GRAZIANO, a Notary Public in

 7     and for the State of Connecticut, do hereby certify

 8     that the foregoing record is a correct and verbatim

 9     computer-aided transcription of the proceeding

10     hereinbefore set forth.

11              I further certify that I am neither

12     counsel for, nor related to, nor employed by any of

13     the parties to the action in which this proceeding is

14     taken; and further certify that I am not related to,

15     nor an employee of any attorney or representative

16     employed by the parties thereto, nor am I financially

17     interested in this action.

18              In witness whereof, I have hereunto set

19     my hand and affixed my notarial seal this

20     date, February 17, 2004.

21

22                             LISA GRAZIANO

23                             NOTARY PUBLIC

24     My commission expires June 30, 2006.
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102