1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * *

SANDRA LORUSSO & DEBORAH
EVANGELISTA,                        CIVIL ACTION 3:03CV-00504
        PLAINTIFFS

    VS.
                                    MARCH 11, 2004
H. RICHARD BORER, JR.,
        DEFENDANT

* * * * * * * * * * * * * * * *


DEPOSITION OF DEBORAH EVANGELISTA


APPEARANCES:

    FOR THE PLAINTIFFS:

        LAW OFFICES OF KAREN LEE TORRE
        51 Elm Street
        New Haven, Connecticut 06510
            By:  KAREN LEE TORRE, ATTORNEY




    FOR THE DEFENDANT:

        SUSMAN, DUFFY & SEGALOFF
        55 Whitney Avenue
        New Haven, Connecticut 06507
            By:  JENNIFER L. SCHANCUPP, ATTORNEY




POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

```
                                                            42
                DEPOSITION OF DEBORAH EVANGELISTA
                         MARCH 11, 2004
```

1   A   Basically.

2   Q   And the point you wanted to make was what?

3   A   That he wasn't going to get away with it.
4   I knew exactly what he was doing. It wasn't a
5   budget cut, it was deliberate and I knew it and I
6   wanted him to know that I knew it; although I knew
7   he knew it anyway.

8   Q   When you say that you knew that it wasn't
9   a budget cut, that it was deliberate, how do you
10  know that?

11  A   Because I know him. That's all I have to
12  say is I know him. I know how he operates.

13  Q   Other than your attorney or any other
14  attorney, did anyone advise you to bring a lawsuit
15  against Mayor Borer?

16  A   No.

17  Q   Are you familiar with the budget process
18  of the City of West Haven?

19  A   Yes.

20  Q   Is there a particular document, which sets
21  forth the process?

22  A   We submit our budget, each department. It
23  goes to the finance board and then they tweak it and
24  send it on to the mayor and then he makes whatever

DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

43

1  cuts he wants and then he sends it on for
2  adjustment.
3      Q    So what's the role of the office of the
4  registrar of voters with respect to the preparation
5  of a budget in any given year?
6      A    We put forth the numbers that we think we
7  need to run the office and the amounts of money for
8  whatever line item it is and then we submit it
9  upstairs.
10     Q    To finance and then finance takes it to
11 the mayor?
12     A    Yes.
13     Q    In your capacity as administrative
14 assistant to the registrar of voters, did you play
15 any role in preparing budgets that were submitted to
16 the mayor?
17     A    Yes.
18     Q    What was your role?
19     A    I've done some budgets and then they go to
20 our boss for approval.  Joann and I will put the
21 budget together.  It goes to them for approval.
22 They make whatever changes they want and it gets
23 submitted.
24     Q    Did you play any role with respect to the

44
DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

1  preparation of the budget or I guess it's the
2  proposed budget that you make to the finance?
3     A   Right.
4     Q   Did you play any role with respect to the
5  proposed budget for '02-'03 budget for the office of
6  the registrar of voters?
7     A   I'm sure I did.  I don't know if I
8  actually did the figuring or Joann did.  I don't
9  remember but I obviously looked at it and we usually
10 do it together, so the answer is yes.
11    Q   So what types of things are you putting in
12 that budget or taking out of that budget?
13    A   Our budget is so minute that there's
14 hardly anything to our budget to begin with and that
15 year he slashed us like forty-something percent.  So
16 now there's nothing to the budget.
17    Q   But what types of things would you put in
18 the budget that would go upstairs to finance?
19    A   Salaries, equipment, supplies.  We had our
20 assistant registrars, voting machines, if we had to
21 buy a new voting machine.  That's basically it,
22 nothing fancy.
23    Q   I'm sorry?
24    A   Nothing fancy.

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

45
DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

1    Q    Did you attend budget hearings of the city
2    council for the '02-'03 budget year?
3    A    Yes.
4    Q    Where were those meetings held?
5    A    City council chambers.
6    Q    Can you approximate for me the number of
7    meetings that were held that concerned the topic of
8    the budget for '02 and '03?
9    A    They meet very often.  Some weeks three,
10    four nights, some less, some more, for a period of a
11    couple months, I don't know the number.
12    Q    Did you attend all of the meetings or some
13    of the meetings?
14    A    I would say I attended probably all to
15    most.  I don't recall but probably all, if not most
16    of them.
17    Q    Did you ever address city council during
18    any of those meetings for the '02-'03 budget?
19    A    I don't believe I did but I know that the
20    republican registrar did.  I don't think I missed.
21    I don't recall.
22    Q    Did you have the opportunity to do so?
23    A    Yes.
24    Q    What's your understanding of the mayor's

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

                                                                46
                    DEPOSITION OF DEBORAH EVANGELISTA
                             MARCH 11, 2004

1    role with respect to the preparation of a budget?
2         A    He takes it from the finance department;
3    then he makes any adjustments that he wants before
4    sending it to the council for approval.
5         Q    What does the city council do with the
6    budget that the mayor sends to them for approval?
7         A    They can adjust it.
8         Q    Can they adjust any item on the budget?
9         A    If they have nine votes.
10        Q    How many members are there of city
11   council?
12        A    13.
13        Q    Is it correct to say that the budget
14   that's prepared by the mayor is a proposed budget
15   versus the approved budget?
16        A    Yes.
17        Q    And that it's the city council that
18   creates the approved budget?
19        A    True.  Well, not really true.
20        Q    Okay, explain to me.
21        A    They just take the mayor's budget.  If
22   they don't have nine votes, the mayor's budget goes
23   through.  They have to have nine votes to change
24   anything the mayor does.

```
                                                              47
                  DEPOSITION OF DEBORAH EVANGELISTA
                           MARCH 11, 2004
```

 1      Q    Did the city council vote on the
 2 recommendations that the mayor puts before them?
 3      A    They go through it line item by line item
 4 and decide what they can or can't change.  Votes
 5 were taken to make changes but not always nine votes
 6 to change it.
 7      Q    But they vote nay or yea on the whole
 8 budget that gets presented to them?
 9      A    After they make whatever changes, yes.
10      Q    So it would be correct to say that city
11 council has the ability to alter the mayor's
12 recommendations in the final budget that they
13 approve?
14      A    If they can get nine votes.
15      Q    Did you have any conversations with any
16 members of city council concerning the reduction in
17 your hours?
18      A    Yes.
19      Q    Who?
20      A    Just about all of them.
21      Q    Do any of those conversations stick out in
22 your mind as you sit here today?
23      A    No, not one more than the other.
24      Q    Tell me about those conversations, when

48
DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

1   did they occur?
2       A   Throughout the whole budget process.  I
3   have a lot of friends on the city council that I
4   talk to as friends, not basically as council people.
5       Q   What were your conversations with these
6   members of city council about?  I mean what did you
7   say to them, what did they say to you?
8       A   That the office can't run on 19 hours.
9       Q   What was their response?
10      A   Some agreed.
11      Q   Do you recall who agreed?
12      A   Well, there was a vote.  They tried to
13  vote to put the hours back in, so it's on record.
14  I'm not exactly sure.
15      Q   When you say they tried to vote to put the
16  hours back in, does that need to be on motion of a
17  particular council member?
18      A   Yes.
19      Q   Do you know who proposed the motion or who
20  put forward the motion?
21      A   Offhand, I don't recall.
22      Q   Do you recall when that was during the
23  budget process?
24      A   I think it happened several times but

                                                                80
               DEPOSITION OF DEBORAH EVANGELISTA
                       MARCH 11, 2004

1      A    Ralph DeLucca.

2      Q    Who else?

3      A    It was just the talk of the town hall, I
4  mean people that I worked with, people that --
5  council people, Dominic Perrotti.

6           It was just basically the talk, and
7  how many --

8      Q    I'm sorry?

9      A    How many people do you want me to say?

10     Q    Whoever you recall having those
11 conversations with.

12     A    I had conversations with the girl from the
13 office, Joann Mapes, about it.

14          Mary Tina Peckingham had heard it in
15 headquarters, that they wanted to get rid of my
16 sister and I.

17     Q    Anyone else that you can recall?

18     A    Not that I can recall off the top of my
19 head.

20     Q    Item No. 11, you indicate in response that
21 you were never informed that your job was cut during
22 the budget process. Many council members tried to
23 get the votes for the salary back to full time.

24          Do you recall which council members

DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

81

```
 1    tried to get the votes to get the salary put back to
 2    full time?
 3         A    It wasn't just salary, it was medical too
 4    because they knew I was going to lose my medical.
 5              I believe that the people that voted
 6    for it were Councilman Elliott, Councilman Broccoli,
 7    Councilwoman Bell, Councilman Amendola, Councilman
 8    Cullen and Councilman Perrotti.
 9         Q    When you say that these council members
10    tried to get the votes to put your salary back to
11    full time, what do you mean by that, that -- well,
12    what do you mean by that?
13         A    That one of them made a motion to
14    reinstate the funding and those are the people that
15    voted to reinstate the funding.
16         Q    Okay.  And in response to Interrogatory
17    No. 13, the question was to identify all individuals
18    whom you anticipate or intend to call as witnesses
19    at trial.
20              And you've listed, I don't know,
21    eight or ten individuals.  Ralph DeLucca, as the
22    personnel director.  Who is Nicholas Pascale?
23         A    He's on town committee.
24         Q    And Antonio Buonomo?
```