Certified a true copy of a Special Meeting of the West Haven City Council held on Thursday, March 21, 2002 regarding Mayor Borer's presentation of the budget for fiscal year July 1, 2002 to June 30, 2003 which has not been rescinded or modified in anyway whatsoever.

John T. Early
Clerk of the Council

**March 21, 2002**

A Special Meeting of the West Haven City Council was held on Thursday, March 21, 2002 in the Council Chambers, third floor, City Hall.

After the Pledge of Allegiance the Special Meeting was called to order by Chairman James W. Morrissey at 5:35 p.m. and a roll call vote was taken.

Present were Council Members Morrissey, Cirillo, Broccoli, Bell, who arrived at 5:40 P.M., O'Brien, Amendola, Saley, Cullen, Perrotti, Elliott and Sandella. Absent were Council Members Arria and Cappetta.

Chairman Morrissey requested the Clerk to read the Call of the Special Meeting:

"In accordance with Rule #11 of the Rules Governing the Actions of the City Councl Mayor H. Richard Borer, Jr. has called a Special Meeting of the City Council for Thursday, March 21, 2002 at 5:30 p.m. in the City Council Chambers, third floor, City Hall. The purpose of this Special Meeting is for Mayor Borer's presentation of the Budget for Fiscal Year July 2, 2002 to June 30, 2002."

Mayor Borer addressed the Councl and presented the proposed budget outline. (Text of Mayor Borer's presentation appears at end of this Journal)

Chairman Morrissey thanked Mayor Borer and assigned the budget to the Councl as a Whole with Councilman Cappetta, Finance Chairman, to Chair.

Chairman Morrissey set a Public Hearing date on the proposed budget for **Wednesday, April 3, 2002** at **7:00 P.M.** in the May V. Carrigan Middle School auditorium.

ADJOURN:   6:40 P.M.

ATTEST:   John T. Early
          Clerk of the Council

BY:   Donna Nally
      Administrative Assistant to the Council

These minutes are subject to City Council approval.



## Office of the Mayor
City of West Haven
355 Main Street
West Haven, CT 06516



H. Richard Borer Jr.
*Mayor*

### CITY OF WEST HAVEN, CONNECTICUT

### FY 2002-2003 RECOMMENDED OPERATING BUDGET

James W. Morrissey, Chairman
Members of the West Haven City Council
Citizens of West Haven

---

In accordance with the requirements of the City Charter, I am herewith transmitting my recommended budget for the Fiscal Year commencing July 1, 2002 and ending June 30, 2003.

### INTRODUCTION

In response to declining revenues and unexpected expenses, cities throughout Connecticut are announcing plans to respond to new fiscal realities. We in West Haven are no different.

The budget I am presenting to you today is a product of these new fiscal realities. It balances our commitment to education, public safety, public libraries, economic development and neighborhood redevelopment; with the Cities projected revenue growth.

At a time when the State of Connecticut is projecting deficits and state aid to most of Connecticut's cities is not only failing to keep up with inflation and normal budget growth, but is actually decreasing in dollars. It's important that we do our part in tightening our belt. This budget is a reflection of this.

The most critical challenge that we face over the coming months is not the expenditure side of the budget, as much as dealing with the revenue side and projected decreases. We will make aggressive attempts to collect back taxes and make recommendations to the City Council and Tax Collector to put policies and procedures in place that will increase our current collections.

tel (203) 937-3510 • fax (203) 937-3705 • www.cityofwesthaven.com

A few of the budget highlights demonstrates that this budget document will assist and enhance our ability to maintain the quality of life that makes West Haven a great place to live, to work and to raise a family.

Our Capital Budget includes funding, among other things for:

- **Continuation of School construction and renovations;**
- **Rehabilitation/construction of roads, storm drains and sidewalks;**
- **Beach restoration;**
- **Improvements to parks and sport facilities;**
- **Continuation to Business Development projects;**
- **Library improvements;**
- **Continuation, for the 6th year, of $200,000 funding for the school technology project**

On the operating side, we continue to provide funds for improvements that enhance our quality of life, while being more effective and efficient in the way we deliver city services. This budget reflects a reduction in personnel. We are currently negotiating with our bargaining units a retirement package that we hope will encourage employees wishing to retire with an incentive to do so, while keeping employees who wish to continue working. Examples include:

- **Four percent increase to the Board of Education;**
- **Solid commitment to Public Safety/ support of Police Pension Bonding;**
- **Full funding to the Library to ensure continuation of the Bookmobile and extended hours;**
- **Privatize Building Maintenance saving $300,000 annually;**
- **Restructure collection of rubbish and recyclables;**
- **Consolidate Adult Day Care and Senior Services for expanded programs;**
- **Reductions to personnel (approximately 20 positions);**
- **Consolidate office and general supply purchases to a centralized responsibility to achieve volume discounts**

Finally, this budget represents a balanced approach to funding without a transfer from fund balance. It implements sensible measures and the fiscal stewardship of resources necessary to "weather the storm" that this upcoming year presents.

## *ECONOMIC AND FINANCIAL HIGHLIGHTS*

The City's overall economic environment is optimistic. Home sales are strong and continue to improve, building permits continue to show strength and the overall financial health of our city continues to improve. Fiscal year 2000-01 ended with a surplus of $827,000.

Our Grand List showed a 2 percent gross increase over the previous fiscal year some of which is a direct result of Bayer Pharmaceutical improvements that are part of local and state tax incentive programs.

Last fiscal year, more than two-thirds of our City's taxpayers saw a decline in their taxes as a result of lower property assessments and a lower mill rate. This year's budget reflects a new mill rate that accounts for the loss of revenue resulting from many factors:

- Declining revenue from the State of Connecticut;

- Interest rates being reduced from five to under two percent on invested money;

- Reflection of the impact of the recession on Permits and Fees;

- A decline in the percentage of taxes being collected;

- Liability, Property and Casualty insurances increasing 75 percent as a result of the tragic events of 9/11

Efforts will continue on Sawmill Road despite what recent setbacks we may currently be suffering. We will continue to work with the State Department of Transportation to pursue the Train Station and encourage surrounding growth. We are optimistic that we will see growth during next year's budget in Allingtown at the Acorn Technology Campus.

## BUDGETARY GOALS AND OBJECTIVES

1) *Mill Rate Stabilization* – The City's operating side of the budget has <u>*decreased*</u> by .73 percent while the Board of Education will see a 4.0 percent <u>*increase*</u> over last year's budget.

   This demonstrates my commitment of fiscal restraint. West Haven has made great strides over the last decade as fiscal managers. This is my 11th budget recommendation and each budget – although budgets have grown – have been consistent with area cities and towns growth. One thing that I am especially proud of is that every one of my budgets has been balanced proven by year-end audit after year-end audit.

2) *Education Priority* – Our commitment to education continues demonstrated by a 4 percent increase to their budget. That allocation is greater than any time in the past 10 years of my administration. We continue our support and commitment to the bricks and mortar for the students of today and position ourselves for a quality education for the students of the future.

3) *Economic Initiatives* – With dramatic cuts in state aid, it is even more imperative that we re-invest in ourselves. Economic Development and the resulting Grand List growth will make us less dependent on state aid and more self-sufficient. Most importantly, in light of state cuts, where the burden falls squarely on the shoulder of the local property taxpayer, economic development will lighten the load for the residential property owner.

4) *Public Safety* – With the new police station coming on-line in May of 2003, a project that is currently on schedule and under budget, we look forward to providing our officers with a state of the art facility. This budget continues to reflect our support and commitment of our efforts to insure public safety.

5) *Library* – With the construction of the renovations of the library underway, it is important that staffing is funded adequately. The Public Library is the "Working Man's College" and we should show our support to the families of West Haven by extending the hours.

## BUDGET ASSUMPTIONS AND INITIATIVES

*Revenues* – This budget is based the biannual adopted state budget. It does not incorporate the reductions as proposed by Governor John Rowland. The previously adopted state budget indicates a $506,160 reduction to the revenue sharing grant. We are optimistic that the State Legislature will keep their commitment to the previously approved budget and we hope they will reinstate the revenue sharing line item.

My recommended budget also **does not** include a contribution from the City's Unallocated Fund Balance. I think it is important that we replenish the Unallocated Fund Balance. The previous City Council did not adopt my recommendation last year that called for the issuing of bonds to fully fund the $54 million Police Pension Liability. Unfortunately, they did not take action during budget deliberations to address the issue but chose to deplete the Fund Balance by an additional $2.4 million, months later. Therefore, it is my recommendation, to replenish our fund balance and continue to keep taxes stable while keeping our promises to our employees - past, present and future.

The total recommended budget relies on $59,153,976 in non-tax revenues, an increase of 2.2 percent or $1,319,868. The amount to be raised by taxes is $60,374,787. The recommended budget is predicated on a Grand List of $1,813,702,909 and collection rate of 94.6 percent.

## CONCLUSION

In conclusion, cities across Connecticut face a grim budget outlook. The dramatic cuts in state aid, sharp revenue drops attributed to slowed economy and unexpected jumps in healthcare, casualty and liability insurance certainly has impacted our budget. We must continue to make progress in managing our budget and balancing our budget. Cities across the state are going through the same process. As the legislative process unfolds, we will make sure to update you so you have the most current and accurate information.

Once again this budget could not be accomplished without the cooperation of all the City Departments, Board of Education, the Board of Finance and we thank them for their contribution.

Our revenue projections are based on numerous assumptions as follows:

- *Contracting Out Of Back Tax Collection:* The City of New Haven has seen great success with this program. Their collection rate has gone from 86 percent to 96 percent over the last few years. We will implement a similar program. By implementing this program, not only will we be successful in the collection of back taxes, we should also see an increase in current collections.

  Set Policy And Procedures For Installment Plan Agreements:

  1) All payment agreements authorized by the Tax Collector should contain the same terms and conditions. The maximum term for installment payments should be no more than 18 months. The minimum required down payment should be no less than 30 percent of the taxes, interest and penalties;

  2) Establish guidelines for the collection of delinquent real estate taxes. For example, original tax bills are mailed on or about the 2nd or 3rd week of June. Delinquent notices should be mailed by the 15th of August, etc;

  3) Propose the Tax Collector must complete regulations in conjunction with the Housing Authority of the City of West Haven that verification of tax status before entering into any contract with the Authority including Section-8.

  4) Develop a program that identifies City employee who owes back taxes and implement wage attachments to collect them;

  5) Propose tax abatement rules to the City Council for adoption. By law, property owners are obligated to pay their taxes. Property owners should consider applying to the City Council for an abatement only as a last resort. Before applying for an abatement, property owners should be encouraged to exhaust other possible remedies and other forms of assistance. The City Council needs to adopt rules to stem the tide of Tax Abatement applications.

  6) The sale of individual tax liens should be discouraged and after a property is foreclosed, we should promote the public sale that encourages a level playing field for buyers.

## EXPENDITURES

Under the recommended budget, the City tax rate will be 35.65 mills a 1.57 increase from the current rate. General fund expenditure under the recommended plan total $119,528,763, and increase over the current budget of 1.90 percent. This increase in the budget comes from a 4.0 percent increase in the Board of Education and a .73 percent decrease in the City.