Certified a true copy of Special Meeting minutes of the West Haven City held on Thursday, May 2, 2002 regarding action on Mayor Borer's recommended operating budget for fiscal year July 1, 2002 to June 30, 2003 and to set the mill rate thereon which has been rescinded or modified in anyway whatsoever.

_____
John T. Early
Clerk of the Council

**May 2, 2002**

A Special Meeting of the West Haven City Council was held on Thursday, May 2, 2002 in the City Council Chambers, third floor, City Hall.

After the Pledge of Allegiance the Special Meeting was called to order by Chairman James W. Morrissey at 7:00 p.m. in the City Council Chambers, third floor, City Hall.

Present were Council Members Morrissey, Cappetta, Cirillo, Broccoli, Bell, O'Brien, Amendola, Saley, Cullen, Perrotti, Elliott and Sandella. Absent was Councilman Arria. Mayor Borer was also present.

Chairman Morrissey requested the Clerk to read the Call of the Special Meeting: "In accordance with Rule #11 of the Rules Governing the Actions of the City Council Chairman James W Morrissey has called a Special Meeting of the City Council for Thursday, May 2, 2002 at 7:00 P.M. in the Council Chambers, third floor, City Hall.

The purpose of this Special Meeting is to act on Mayor Borer's Recommended Budget Operating Budget and Five Year Capital Plan for the City of West Haven for Fiscal Year July 1, 2002 to June 30, 2003 and to set the mill rate thereon."

Chairman Morrissey requested comments from the Council Members. (comments on tape on file in the City Council office).

Chairman Morrissey thanked Finance Committee Chairman Cappetta, all Council Members and each Department Head for their diligence in this year's budget process.

Finance Committee Chairman Cappetta extended his gratitude and appreciation to the Council Members for their cooperation while working on this fiscal budget.

Councilman Cappetta presented MOTION to APPROVE Mayor Borer's recommended operating budget, as amended, which was SECONDED by Councilwoman Cirillo and a roll call vote was taken. There were nine ( 9 ) yes, Council Members Morrissey, Cappetta, Cirillo, Broccoli, O'Brien, Saley, Cullen, Perrotti, and Sandella, three ( 3 ) no, Council Members Elliott, Bell and Amendola and one absent, Councilman Arria. The Motion carried.

Councilman Cappetta presented a MOTION to APPROVE Mayor Borer's recommended Five Year Capital Plan which was SECONDED by Councilman Perrotti.

**May 2, 2002**

Under discussion of the Motion Councilman Amendola presented a MOTION to TABLE the vote on Mayor Borer's recommended Five Year Capital Plan for one week which was SECONDED by Councilman Elliott:

A roll call vote was taken on Councilman Amendola's motion. There were five (5) yes, Council Members Elliott, Cirillo, Bell, Amendola and Saley; seven ( 7 ) no, Council Members Morrissey, Cappetta, Broccoli, Bell, O'Brien, Cullen, Perrotti, and Sandella, and one absent, Councilman Arria. The Motion did not carry.

A roll call vote on Councilman Cappetta's original motion was taken. There were nine ( 9 ) yes, Council Members Morrissey, Cappetta, Cirillo, Broccoli, Bell, O'Brien, Cullen, Perrotti, and Sandella, three ( 3 ) no, Council Members Elliott, Amendola and Saley and one absent, Councilman Arria. The Motion carried.

Under discussion of the Motion Mayor Borer stated that no projects may be started until the Council approves an ordinance for bonding of the projects.

Councilman Cappetta, Chairman of the Finance Committee/ Council as a Whole, presented the majority report of the committee with regards to Mayor Borer's proposed budget for Fiscal Year 2002/2003. Councilman Cappetta presented the following motions which were SECONDED by Councilman O'Brien:

RESOLVED: That Mayor Borer's Recommended Operating Budget for Fiscal Year July 1, 2002 to June 30, 2003, as amended by the recommendations of the Council as a Whole, be hereby approved. (copy of amendments appear at end of this Journal)

BE IT FURTHER RESOLVED: That Mayor Borer's Recommended Five Year Capital Plan be hereby approved.

AND BE IT FURTHER RESOLVED: That the tax rate of 35.62 mills on the dollar is hereby laid in order to meet the appropriations of the Fiscal Year July 1, 2002 to June 30, 2003 upon the last completed Grand List of the City of West Haven be approved.

A roll call vote was taken. There were eight ( 8 ) yes, Council Members Morrissey, Cappetta, Cirillo, Broccoli, O'Brien, Cullen, Perrotti and Sandella; four ( 4 ) no, Council Members Elliott, Bell, Amendola and Saley and one absent, Councilman Arria. The Motion carried.
**ADJOURNMENT:** 7:40 P.M.
**ATTEST:**    John T. Early
         Clerk of the Council
**BY:**         Donna Nally, Administrative Assistant to the Council
These minutes are subject to City Council approval.

## GENERAL FUND BUDGET CHANGES F.Y. 2002-03

| DEPARTMENT/ACCOUNT NAME | ACCT.# | MAYOR RECOMMEN.AMT. | COUNCIL CHANGE AMT. | NEW AMT. | MAYOR RECOMMENDED AMT. | CITY COUNCIL CHANGES | TOTAL MAYOR RECOMM AMT AND COUNCIL CHANGES | | FY 2003 MILL RATE CHANGE | FY 2003 CAP. & NON. RECURR. |
|---|---|---|---|---|---|---|---|---|---|---|
| REDUCE ASSESSOR REG. WAGES | 12300010-51000 | $308,216.00 | -$6,409.00 | $301,807.00 | | | | | | |
| REDUCE PURCH. OFF. SUPPL. | 11000020-53110 | $65,000.00 | -$6,970.00 | $58,030.00 | | | | | | |
| INCREASE E.R.S. OFF.SUPPL. | 13000010-53110 | $0.00 | $6,970.00 | $6,970.00 | | | | | | |
| REDUCE GROUNDS MAINT. UNFRMS. | 14606074-52780 | $1,500.00 | -$1,500.00 | $0.00 | | | | | | |
| REDUCE D.P.REG.WAGES | 12200022-51000 | $175,020.00 | -$57,281.00 | $117,739.00 | | | | | | |
| INCREASE UNALLO. CONTIN. | 19009990-56010 | $750,000.00 | $57,281.00 | $807,281.00 | | | | | | |
| REDUCE CENT.SERV.FIREWORKS | 12200023-56330 | $5,000.00 | -$5,000.00 | $0.00 | | | | | | |
| INCREASE UNALLO. CONTIN. | 19009990-56010 | $807,281.00 | $5,000.00 | $812,281.00 | | | | | | |
| REDUCE PARK&REC. BEACH CONS. | 15202050-51130 | $51,191.00 | -$15,000.00 | $36,191.00 | | | | | | |
| INCREASE UNALLO. CONTIN. | 19009990-56010 | $0.00 | $15,000.00 | $15,000.00 | | | | | | |
| REDUCE PARK&REC. BLDG. MAINT. | 15202050-52530 | $750,000.00 | $57,281.00 | $807,281.00 | | | | | | |
| REDUCE PARK&REC. P.T.WAGES | 15202553-51300 | $7,000.00 | -$2,215.00 | $4,785.00 | | | | | | |
| REDUCE MAYORS MUNI.INFO. | 11050010-52380 | $9,000.00 | -$4,500.00 | $4,500.00 | | | | | | |
| REDUCE REG. VOTERS FOOD | 11300010-53480 | $2,370.00 | -$1,750.00 | $620.00 | | | | | | |
| INCREASE REG. VOTERS CON.&DUES | 11300010-52310 | $0.00 | $550.00 | $550.00 | | | | | | |
| INCREASE REG. VOTERS SUBSCRIP. | 11300010-52320 | $0.00 | $200.00 | $200.00 | | | | | | |
| INCREASE REG. VOTERS OFF.SUPPL. | 11300010-53110 | $0.00 | $1,000.00 | $1,000.00 | | | | | | |
| REDUCE P.D.OPER. REG.WAGES | 13100030-51000 | $5,907,602.00 | -$335,670.00 | $5,571,932.00 | | | | | | |
| REDUCE P.D.OPER. LONGEVITY PAY | 13100030-51700 | $242,750.00 | -$14,100.00 | $228,650.00 | | | | | | |
| REDUCE P.D.OPER. BIKE PATROL OT | 13100030-51500 | $164,500.00 | $80,000.00 | $244,500.00 | | | | | | |
| INCREASE P.D.SUPPORT REG.WAGES | 13100031-51000 | $532,600.00 | $32,005.00 | $564,605.00 | | | | | | |
| INCREASE P.D.ADMIN.PMT.OUTSIDE | 13100010-54320 | $9,000.00 | $500.00 | $9,500.00 | | | | | | |
| INCREASE ANIMAL CONTROL REG.WAGES | 13202010-51000 | $102,932.00 | $15,276.00 | $118,208.00 | | | | | | |
| INCREASE ANIMAL CONTROL P/T.WAGES | 13202010-51300 | $27,000.00 | $12,520.00 | $39,520.00 | | | | | | |
| REDUCE ANIMAL CONTROL OT | 13202010-51500 | $25,000.00 | -$15,000.00 | $10,000.00 | | | | | | |
| INCREASE UNALLO. CONTIN. | 19009990-56010 | $750,000.00 | $224,469.00 | $974,469.00 | | | | | | |
| INCREASE REG. WAGES BUILD.DEPT. | 11900013-51000 | $300,513.00 | -$50,407.00 | $250,106.00 | | | | | | |
| REDUCE TAX FORECLOS.CORP.COUN. | 11100010-52490 | $70,000.00 | -$70,000.00 | $0.00 | | | | | | |
| REDUCE LIBRARY SUPPL.CORP.COUN. | 11100010-53140 | $15,680.00 | -$5,000.00 | $10,680.00 | | | | | | |
| INCREASE UNALLO. CONTIN. | 19009990-56010 | $974,469.00 | $75,000.00 | $1,049,469.00 | | | | | | |
| INCREASE REG. VOTERS DEP.REG.VOTERS | 11300010-51020 | $0.00 | $8,597.00 | $8,597.00 | | | | | | |
| INCREASE BUILD.MAINT REG WAGES | 14606075-51000 | $0.00 | $312,784.00 | $312,784.00 | | | | | | |
| INCREASE BUILD.MAINT OT | 14606075-51500 | $0.00 | $50,000.00 | $50,000.00 | | | | | | |
| REDUCE BUILD.MAINT CONTRACT | 14606075-52630 | $540,244.00 | -$540,244.00 | $0.00 | | | | | | |
| INCREASE BUILD.MAINT HVAC MAINT. | 14606075-52500 | $0.00 | $38,000.00 | $38,000.00 | | | | | | |
| INCREASE BUILD.MAINT.SERV | 14606075-52510 | $0.00 | $35,000.00 | $35,000.00 | | | | | | |
| INCREASE BUILD.MAINT JANITORIAL SUPPL | 14606075-53430 | $0.00 | $5,000.00 | $5,000.00 | | | | | | |
| INCREASE BUILD.MAINT SAFETY SUPPL. | 14606075-53445 | $0.00 | $15,500.00 | $15,500.00 | | | | | | |
| INCREASE BUILD.MAINT OPER.SUPPL. | 14606075-53490 | $0.00 | $1,000.00 | $1,000.00 | | | | | | |
| INCREASE BUILD.MAINT OPER.SUPPL. | 14606075-54130 | $0.00 | $500.00 | $500.00 | | | | | | |
| INCREASE CITY BEN.FICA | 18109982-54110 | $755,000.00 | $23,930.00 | $778,930.00 | | | | | | |
| INCREASE CITY BEN.HEALTH INSUR | 18109982-54120 | $3,861,558.00 | $94,015.00 | $3,955,573.00 | | | | | | |
| INCREASE CITY BEN.LIFE INSUR | 18109982-54140 | $88,200.00 | $1,239.00 | $87,439.00 | | | | | | |
| INCREASE CITY BEN.PENSION | 18109982-54141 | $434,000.00 | $15,641.00 | $449,641.00 | | | | | | |
| REDUCE OT CITY COUN. | 11000010-51500 | $500.00 | -$8.00 | $492.00 | | | | | | |
| REDUCE OT CORP COUNSEL | 11100010-51500 | $500.00 | -$8.00 | $492.00 | | | | | | |
| REDUCE OT PERSONNEL | 11150010-51500 | $3,000.00 | -$45.00 | $2,955.00 | | | | | | |
| REDUCE OT CITY CLK | 11250010-51500 | $3,000.00 | -$45.00 | $2,955.00 | | | | | | |
| REDUCE OT REG.VOTERS | 11300010-51500 | $1,500.00 | -$24.00 | $1,476.00 | | | | | | |
| REDUCE OT BUILD.DEPT. | 11900010-51500 | $5,000.00 | -$75.00 | $4,925.00 | | | | | | |
| REDUCE OT COMPTROLLER | 12100010-51500 | $4,000.00 | -$60.00 | $3,940.00 | | | | | | |

| | | | |
|---|---|---|---|
| EXPENDITURES | | | |
| CITY | | | $38,345,356 |
| EDUCATION | | | $67,780,618 |
| DEBT SERVICE | | | $13,356,582 |
| TOTAL EXPENDITURES | $119,528,763.00 | -$46,207.00 | $119,482,556 | | | $0 |
| LESS | | | |
| NON-CURRENT TAXES | | | $9,589,178 |
| LICENSES | | | $485,500 |
| FINES & FORFEITS | | | $38,500 |
| USE OF MONEY | | | $773,000 |
| FROM OTHER AGENCIES | | | $44,528,163 |
| OTHER REVENUES | | | $2,363,885 |
| SERVICE CHARGES | | | $975,750 |
| OTHER FIN. SOURCES | | | $400,000 |
| TOTAL NON-TAX REVENUES | | $119,482,556.00 | $59,153,976 | | | $0 |
| AMOUNT TO BE RAISED BY TAXES | | | $60,328,580 | | | $297,850 |
| RESERVE FOR ELDERLY CREDITS | | | $500,000 |
| GROSS TAX LEVY | | | $64,300,824.52 | | | $314,852.01 |
| NET GRAND LIST | | | $1,813,702,909 | | | $1,813,702,909 |
| GENERAL FUND TAX RATE - MILLS | | | 35.45 | | | 0.17 |
| CAPITAL AND NON RECURRING FUND TAX RATE - MILLS | | | | | | 0.17 |
| TOTAL MILL RATE | | | 35.62 | | | 0.17 |

11:01 AM5/30/2eecsaip03

# GENERAL FUND BUDGET CHANGES F.Y. 2002-03

FY 2003

| DEPARTMENT/ ACCOUNT NAME | ACCT.# | MAYOR RECOMMEN.AMT. | COUNCIL CHANGE AMT. | NEW AMT. | MAYOR RECOMMENDED AMT. | CITY COUNCIL CHANGES | TOTAL MAYOR RECOMM AMT AND COUNCIL CHANGES |
|---|---|---|---|---|---|---|---|
| REDUCE O/T D.P. | 12200022-51500 | 3,500.00 | -53.00 | $3,447.00 | | | |
| REDUCE O/T CENT.SERV. | 12200023-51500 | 15,000.00 | -225.00 | $14,775.00 | | | |
| REDUCE O/T CITY COUN. | 12300010-51500 | 8,500.00 | -128.00 | $8,372.00 | | | |
| REDUCE O/T BRD. TAX | 12300025-51500 | 3,000.00 | -45.00 | $2,955.00 | | | |
| REDUCE O/T TAX DEPT. | 12400010-51500 | 6,000.00 | -90.00 | $5,910.00 | | | |
| REDUCE O/T P.D.OPER. | 13100030-51500 | 244,500.00 | -3,668.00 | $240,832.00 | | | |
| REDUCE O/T DOG WARDEN | 13202010-51500 | 10,000.00 | -150.00 | $9,850.00 | | | |
| REDUCE O/T VEHICLE MAINT. | 14404072-51500 | 30,000.00 | -450.00 | $29,550.00 | | | |
| REDUCE O/T BUILD.MAINT. | 14606075-51500 | 50,000.00 | -750.00 | $49,250.00 | | | |
| REDUCE O/T HW/PARKS | 14704010-51500 | 200,000.00 | -3,000.00 | $197,000.00 | | | |
| REDUCE O/T P/REC. | 15202050-51500 | 7,500.00 | -113.00 | $7,387.00 | | | |
| REDUCE O/T HEALTH | 15300010-51500 | 1,000.00 | -15.00 | $985.00 | | | |
| REDUCE O/T CITY COUN. | 11000010-51500 | $492.00 | -369.00 | $123.00 | | | |
| REDUCE O/T CORP.COUNSEL | 11100010-51500 | $492.00 | -369.00 | $123.00 | | | |
| REDUCE O/T PERSONNEL | 11150010-51500 | $2,955.00 | -2,216.00 | $739.00 | | | |
| REDUCE O/T CITY CLK | 11250010-51500 | $2,955.00 | -2,216.00 | $739.00 | | | |
| REDUCE O/T REG.VOTERS | 11300010-51500 | $1,476.00 | -1,108.00 | $368.00 | | | |
| REDUCE O/T BUILD.DEPT. | 11900013-51500 | $4,925.00 | -3,694.00 | $1,231.00 | | | |
| REDUCE O/T COMPTROLLER | 12100010-51500 | $3,940.00 | -2,955.00 | $985.00 | | | |
| REDUCE O/T D.P | 12200022-51500 | $3,447.00 | -2,586.00 | $861.00 | | | |
| REDUCE O/T CENT.SERV. | 12200023-51500 | $14,775.00 | -11,081.00 | $3,694.00 | | | |
| REDUCE O/T ASSESSOR | 12300010-51500 | $8,372.00 | -6,279.00 | $2,093.00 | | | |
| REDUCE O/T BRD. TAX | 12300025-51500 | $2,955.00 | -2,216.00 | $739.00 | | | |
| REDUCE O/T TAX DEPT. | 12400010-51500 | $5,910.00 | -4,433.00 | $1,477.00 | | | |
| REDUCE O/T P.D.OPER. | 13100030-51500 | $240,832.00 | -180,624.00 | $60,208.00 | | | |
| REDUCE O/T DOG WARDEN | 13202010-51500 | $9,850.00 | -7,388.00 | $2,462.00 | | | |
| REDUCE O/T VEHICLE MAINT. | 14404072-51500 | $29,550.00 | -22,163.00 | $7,387.00 | | | |
| REDUCE O/T BUILD.MAINT. | 14606075-51500 | $49,250.00 | -36,938.00 | $12,312.00 | | | |
| REDUCE O/T HW/PARKS | 14704010-51500 | $197,000.00 | -147,750.00 | $49,250.00 | | | |
| REDUCE O/T P/REC. | 15202050-51500 | $7,387.00 | -5,541.00 | $1,846.00 | | | |
| REDUCE O/T HEALTH | 15300010-51500 | $985.00 | -739.00 | $246.00 | | | |
| INCREASE CONTIN.O/T | 19099990-51500 | 0.00 | 440,665.00 | $440,665.00 | | | |
| REDUCE PERSONAL SERV. | 5100 SERIES | 90,000.00 | -1,350.00 | $88,650.00 | | | |
| REDUCE CONTRACTUAL SERV. | 5200 SERIES | 1,056,070.00 | -15,841.00 | $1,040,229.00 | | | |
| REDUCE MAT. & SUPPL. | 5300 SERIES | 1,035,772.00 | -15,537.00 | $1,020,235.00 | | | |
| REDUCE CAP OUTLAY | 5500 SERIES | 30,500.00 | -458.00 | $30,042.00 | | | |
| | | | -$46,207.00 | -$46,207.00 | | | |
| | | | | $0.00 | | | |