UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*******************************
SANDRA LORUSSO and DEBORAH      *   CIVIL ACTION NO.
EVANGELISTA                     *   3:03CV00504 (MRK)
            PLAINTIFFS          *
VS.                             *
H. RICHARD BORER, JR.           *   JUNE 1, 2004
                                *
            DEFENDANT           *
*******************************
```

# DEFENDANT'S LOCAL RULE 9(C)1 STATEMENT

1. The Plaintiffs, Sandra Lorusso and Deborah Evangelista are sisters. *Complaint,* ¶ 8.

2. Sandra Lorusso is the former Risk Manager for the City of West Haven. *Exhibit 1, excerpts of Lorusso deposition, pp. 8, 67*. Ms. Lorusso retired as Risk Manager effective June 30, 2002. *Id.* at 67.

3. Deborah Evangelista has been employed by the City of West Haven since 1991, as the Administrative Assistant to the Democratic Registrar of Voters. *Exhibit 2, excerpts of Evangelista deposition, p. 9*.

4. The Defendant H. Richard Borer, Jr. was first elected as Mayor of the City of West Haven in November, 1991 for a two year term and was reelected for successive two year terms from 1993 through 2003. *Exhibit 3, Affidavit of John Early (hereinafter "Early Affidavit") at ¶ 5; Complaint ¶ 8*.

5. The budget adopted by the West Haven City Council for fiscal year 2002-2003 eliminated the funding for the position of Risk Manager and reduced the funding for the two positions of

Administrative Assistant to the Registrar of Voters from 35 hours per week to 19 hours per week.[1] *See Complaint ¶ 15-16; Exhibits D and E to Early Affidavit.*

6. The City of West Haven is governed by a Mayor/City Council form of government. The City Council for the City of West Haven is comprised of thirteen members. *WEST HAVEN, CONN., CITY CHARTER Ch. II, § 2 (1961, as revised)(hereinafter "Charter"); A copy of Charter is attached hereto as Exhibit 4.*

7. Pursuant to the Charter of the City of West Haven, the Mayor serves as the chief executive officer of the City whereas the legislative power of the City is vested in the City Council. *Exhibit 4, Charter, Ch. III, §1; Ch. IV, §5.*

8. Pursuant to the Charter of the City of West Haven, the Mayor is charged with presenting a recommended annual operating budget to City Council no later than the third Thursday of March of each year. *Exhibit 4, Charter, Ch. XIX, Part A, §3.* This recommended budget is to include a budget message outlining the financial policy of the City and describing the important features of the budget plan, estimates of revenue for the coming year and estimates of expenditures for the coming year. *Id.*

9. Not later than the first Thursday of February of each year, the Mayor receives from each department head detailed estimates of the projected expenditures to be made by his or her respective department. *Exhibit 4, Charter, Ch. XIX, Part A, §1.*

10. Pursuant to the Charter of the City of West Haven, the City Council is ultimately responsible for adopting the annual operating budget for the City of West Haven. *Exhibit 4, Charter, Ch. XIX, Part A, § 4; Exhibit 1, excerpts of Lorusso's deposition, at pp. 17, 46; Exhibit 2, excerpts*

---

[1] Deborah Evangelista is the Administrative Assistant to the Democratic Registrar of Voters. The City of West Haven also employs an Administrative Assistant to the Republican Registrar of Voters.

2

*of Evangelista's deposition at pp. 46-47.*

11. In carrying out this legislative function, the City Council must first hold public hearings and allow all those to come forward who wish to be heard on the City's appropriations. Such public hearings are to be held not later than the first Thursday of April of each year. *Exhibit 4, Charter, Ch. XIX, Part A, § 4.*

12. During the course of its review of the Mayor's recommended operating budget, the City Council may alter any item of the Mayor's recommendations upon a two thirds vote. *Id.; Exhibit 1, excerpts of Lorusso's deposition at p. 46; Exhibit 2, excerpts of Eangelista's deposition at pp. 45-47.*

13. The Mayor's recommendations on the operating budget are subject to plenary review by the City Council of the City of West Haven. *Exhibit 4, Charter, Ch. XIX, Part A, § 3.*

14. The City Council of the City of West Haven adopts the annual operating budget by majority vote. *Id.*

15. Mayor Borer presented his recommended operating budget for fiscal year 2002-2003 to the City Council on March 21, 2002. *Exhibit 5, Minutes of 3/21/02 Meeting.*

16. The Mayor's recommended operating budget proposed eliminating the position of Risk Manager and reducing the hours of the two Administrative Assistants to the Registrar of Voters from 35 hours per week to 19 hours per week. *See Exhibits B and C to Early Affidavit; See Complaint ¶ 15-16.*

17. A public hearing on the Mayor's recommended budget for fiscal year 2002-2003 was held on April 3, 2002 at 7:00 p.m. in the auditorium of the May V. Carrigan Middle School in West Haven, at which time any elector or taxpayer was granted the opportunity to be heard regarding appropriations for fiscal year July 1, 2002 to June 30, 2003. *Exhibit 3, Early Affidavit at ¶ 10.*

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

18. Notice of this public hearing was published in the West Haven Voice on March 28, 2002. *Exhibit 6, Certified Copy of the Legal Notice for the Public Hearing on the Budget for Fiscal Year July 1, 2002 to June 30, 2004.*

19. During a Budget Meeting of the City Council, the Council entertained a motion to fund the two positions of Administrative Assistant to the Registrar of Voters for 35 hours per week, as opposed to the 19 hours per week proposed by the Mayor. A vote was taken on this motion. The motion did not garner the requisite two thirds majority vote to pass. *See Exhibit 2, excerpts of Evangelista's deposition at pp. 80-81.*

20. The City Council of the City of West Haven conducted a special meeting on May 2, 2002 for the purpose of acting on the Mayor's recommended operating budget and five year capital plan for the City of West Haven for Fiscal Year July 1, 2002 to June 30, 2003. *Exhibit 7, Minutes of 5/2/02 Meeting.*

21. The Mayor's operating budget, as amended by the City Council, was adopted by a vote of 9 to 3. *Id.*.

22. The budget adopted by City Council amended the Mayor's recommendations by two thirds vote in numerous instances by, for example, increasing or decreasing the amount budgeted for a certain itemized expenditure. *Id. and Copy of Amendments of City Council appended to Exhibit 7, Minutes of 5/2/02 Meeting.*

23. The Plaintiffs commenced this action by complaint dated and filed on March 21, 2003.

24. The Plaintiff Sandra Lorusso claims that Mayor Borer eliminated the position of Risk Manager from his recommended operating budget for fiscal year 2002-2003 because she did not support Mayor Borer in his bid for reelection in November, 2001. *Complaint ¶ 10-14, ¶17.*

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

25. The Plaintiff Deborah Evangelista claims that Mayor Borer reduced the hours of her position from 35 hours per week to 19 hours per week because she did not support him in his bid for reelection in November, 2001. *Complaint ¶ 10-14, ¶ 16-17*.

26. The Plaintiffs claim that Mayor Borer "orchestrated" the "adverse employment actions." *Complaint, ¶ 17*.

27. The Plaintiffs do not claim nor is there any evidence to support a claim that the City Council committed any wrongdoing in adopting the operating budget for the City of West Haven for fiscal year 2002-2003. *See Complaint.*

28. The Plaintiffs do not claim nor is there any evidence to support a claim that either the Mayor or the City Council deviated from the budget process as established by the City Charter. *Id.*

<br>

THE DEFENDANT,
H. RICHARD BORER, JR.

By: _____
Jennifer L. Schancupp
Federal Bar No. ct11876
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

5

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

                                                  _____
                                                  Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\Local Rule 9 (c)1 statement.wpd