```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF CONNECTICUT

 3

 4

 5        * * * * * * * * * * * * * *
          SANDRA LORUSSO and          *
 6        DEBORAH EVANGELISTA         *
                    Plaintiffs        *
 7                                    *   No. 303CV00504 AWT
                    VS.               *
 8                                    *   February 17, 2004
          H. RICHARD BORER, JR.       *
 9                   Defendant        *
          * * * * * * * * * * * * * *
10

11
                    DEPOSITION OF SANDRA LORUSSO
12

13
          Appearances:
14
                    FOR THE PLAINTIFFS:
15
                         LAW OFFICES OF KAREN LEE TORRE
16                       51 Elm Street
                         New Haven, Connecticut 06510
17                            By:  KAREN LEE TORRE, ESQ.

18                  FOR THE DEFENDANT:

19                       SUSMAN, DUFFY & SEGALOFF, P.C.
                         55 Whitney Avenue
20                       New Haven, Connecticut 06507
                              By:  JENNIFER SCHANCUPP, ESQ.
21

22

23

24
```

| | | |
|---|---|---|
| 1 | Q | And how long did you hold that position? |
| 2 | A | Until 1991, when the mayor was elected. |
| 3 | Q | And in 1991 -- or what job did you hold |
| 4 | | subsequent to the job as the administrative |
| 5 | | assistant?  I'm sorry, administrative -- |
| 6 | A | I was the administrative assistant to the |
| 7 | | registrar of voters until 1991.  In 1991, I went to |
| 8 | | work for the mayor as his executive secretary.  And I |
| 9 | | was there until 1996, when I became the risk manager. |
| 10 | Q | And you held that position until -- |
| 11 | A | 2002.  So, I was employed by the city for |
| 12 | | fifteen years. |
| 13 | Q | And how did you first become employed by |
| 14 | | the city?  I mean, how is it that you got the job as |
| 15 | | administrative assistant to the registrar of voters? |
| 16 | A | Emmett McDonough hired me.  They created |
| 17 | | two part-time positions in the registrar of voters |
| 18 | | office and the registrars each hire whomever they |
| 19 | | choose.  Joanne Callegari hired Joanne Mapes and |
| 20 | | Emmett McDonough hired me. |
| 21 | Q | And Emmett McDonough was the registrar of |
| 22 | | voters? |
| 23 | A | Yes.  They were an appointed position. |
| 24 | | |

1      of West Haven?
2          A    I'm not clear on what you're asking me.
3          Q    Okay.  Are you familiar with the budget
4      process that the City of West Haven uses?
5          A    Yes.  Every department head gets paperwork
6      that they have to fill out the budget that they would
7      like to see put into place, and that gets submitted
8      to your finance department.
9               The finance department at one time used to
10     sit down with the Board of Finance and review all of
11     those and they would make their cuts.  Although, I
12     believe since I've been out of city hall they've done
13     away with that process.  That budgets gets presented
14     to the mayor and the mayor goes over the budget and
15     he makes his cuts.  Then it gets presented to the
16     city counsel and they go over it and they vote on
17     what the final budget will be.
18         Q    Okay.  And do you know whether or not that
19     process was followed with respect to the budget for
20     the year 2002-2003?
21         A    Yes.  The only thing that may have been
22     different is whether or not the Board of Finance was
23     still involved.  Because, as I said, I know that
24     they, for some reason, stopped going through the

```
 1        A    Each department head submits a budget for
 2   their department, a budget request, I should say.
 3   And then those go -- it used to be that they went
 4   over to the finance committee, who looked them all
 5   over and then they made their changes.  They would
 6   interview the different departments.  And then that
 7   budget was submitted to the mayor and then the mayor
 8   would go over it and he would make his changes to it,
 9   and it's then presented to the city counsel and the
10   city counsel finalizes it.
11        Q    When you say, "the city counsel finalizes
12   it," what do you mean by that?
13        A    The city counsel can change anything in the
14   mayor's budget as long as they have nine votes.
15        Q    How many members sit on city counsel?
16        A    Thirteen.
17        Q    Okay.
18        A    But it takes nine votes to change any of
19   the mayor's line items.  If they don't have it, then
20   the mayor's lines go through the way they are.
21        Q    It's the city counsel that votes yes or no
22   on the mayor's proposed budget?
23        A    Right.
24        Q    Okay.
```

```
 1      works.  It's something that's worked out with the
 2      union.
 3           Q    Did you take an early retirement in 2002?
 4           A    Yeah, I took retirement, but I didn't take
 5      the buy-out.  I worked right up until the very end so
 6      that I could exercise my bumping rights.
 7           Q    Okay.  So, had you taken the buy-out
 8      package, you wouldn't have been eligible to exercise
 9      your bumping rights?
10           A    I would have been retired.  I was forced
11      into retirement because they wouldn't let me bump.
12      So, I didn't get the package when I retired.
13           Q    Okay.
14           A    I did take my benefits.  That was it.
15      Under the contract, if you're fifty years of age and
16      you've worked ten years for the city, you're entitled
17      to take your benefits with you.
18           Q    Since you met that criteria you were able
19      to take your benefits at the time?
20           A    That was why I was forced into retirement.
21      Had I not retired and I decided to take a layoff, I
22      wouldn't have been able to take my benefits.  I would
23      have lost them.
24           Q    At the time your position was eliminated,
```

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF CONNECTICUT)
 4                        ) Ss.
 5    COUNTY OF HARTFORD  )
 6              I, LISA GRAZIANO, a Notary Public in
 7    and for the State of Connecticut, do hereby certify
 8    that the foregoing record is a correct and verbatim
 9    computer-aided transcription of the proceeding
10    hereinbefore set forth.
11              I further certify that I am neither
12    counsel for, nor related to, nor employed by any of
13    the parties to the action in which this proceeding is
14    taken; and further certify that I am not related to,
15    nor an employee of any attorney or representative
16    employed by the parties thereto, nor am I financially
17    interested in this action.
18              In witness whereof, I have hereunto set
19    my hand and affixed my notarial seal this
20    date, February 17, 2004.
21
22                            LISA GRAZIANO
23                            NOTARY PUBLIC
24    My commission expires June 30, 2006.
```