1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


* * * * * * * * * * * * * * * *

SANDRA LORUSSO & DEBORAH
EVANGELISTA,                    CIVIL ACTION 3:03CV-00504
           PLAINTIFFS

       VS.
                                MARCH 11, 2004
H. RICHARD BORER, JR.,
           DEFENDANT

* * * * * * * * * * * * * * * *


DEPOSITION OF DEBORAH EVANGELISTA


APPEARANCES:

        FOR THE PLAINTIFFS:

            LAW OFFICES OF KAREN LEE TORRE
            51 Elm Street
            New Haven, Connecticut 06510
               By:  KAREN LEE TORRE, ATTORNEY




        FOR THE DEFENDANT:

            SUSMAN, DUFFY & SEGALOFF
            55 Whitney Avenue
            New Haven, Connecticut 06507
               By:  JENNIFER L. SCHANCUPP, ATTORNEY




                POST REPORTING SERVICE
            HAMDEN, CT  (800) 262-4102

9

DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

1          A    Uh-huh.

2          Q    When you say your sister, you're referring

3    to Sandra Lorusso?

4          A    Yes.

5          Q    How long have you worked for the City of

6    West Haven?

7          A    Went to work December 1991.

8          Q    So whatever that works out to be?

9          A    Yes.  I was trying to figure it out to be

10    12 years.

11          Q    Take me through, briefly, your employment

12    at the City of West Haven.  I know you're currently

13    employed in the Registrar of Voters Office.  Have

14    you always been in that office?

15          A    Yes.

16          Q    So for the 12 years tenure that you've had

17    at the City of West Haven, have you held different

18    jobs at the registrar's office or the same position?

19          A    No.

20          Q    And your current position is what?

21          A    Administrative assistant.

22          Q    Prior to going to work for the City of

23    West Haven, did you have other employment?

24          A    I worked for the West Haven News.

45

DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

1    Q    Did you attend budget hearings of the city

2    council for the '02-'03 budget year?

3    A    Yes.

4    Q    Where were those meetings held?

5    A    City council chambers.

6    Q    Can you approximate for me the number of

7    meetings that were held that concerned the topic of

8    the budget for '02 and '03?

9    A    They meet very often.  Some weeks three,

10   four nights, some less, some more, for a period of a

11   couple months, I don't know the number.

12   Q    Did you attend all of the meetings or some

13   of the meetings?

14   A    I would say I attended probably all to

15   most.  I don't recall but probably all, if not most

16   of them.

17   Q    Did you ever address city council during

18   any of those meetings for the '02-'03 budget?

19   A    I don't believe I did but I know that the

20   republican registrar did.  I don't think I missed.

21   I don't recall.

22   Q    Did you have the opportunity to do so?

23   A    Yes.

24   Q    What's your understanding of the mayor's

46

DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

1      role with respect to the preparation of a budget?

2          A      He takes it from the finance department;

3      then he makes any adjustments that he wants before

4      sending it to the council for approval.

5          Q      What does the city council do with the

6      budget that the mayor sends to them for approval?

7          A      They can adjust it.

8          Q      Can they adjust any item on the budget?

9          A      If they have nine votes.

10         Q      How many members are there of city

11     council?

12         A      13.

13         Q      Is it correct to say that the budget

14     that's prepared by the mayor is a proposed budget

15     versus the approved budget?

16         A      Yes.

17         Q      And that it's the city council that

18     creates the approved budget?

19         A      True.  Well, not really true.

20         Q      Okay, explain to me.

21         A      They just take the mayor's budget.  If

22     they don't have nine votes, the mayor's budget goes

23     through.  They have to have nine votes to change

24     anything the mayor does.

47

DEPOSITION OF DEBORAH EVANGELISTA
MARCH 11, 2004

1    Q    Did the city council vote on the

2   recommendations that the mayor puts before them?

3    A    They go through it line item by line item

4   and decide what they can or can't change.  Votes

5   were taken to make changes but not always nine votes

6   to change it.

7    Q    But they vote nay or yea on the whole

8   budget that gets presented to them?

9    A    After they make whatever changes, yes.

10   Q    So it would be correct to say that city

11  council has the ability to alter the mayor's

12  recommendations in the final budget that they

13  approve?

14   A    If they can get nine votes.

15   Q    Did you have any conversations with any

16  members of city council concerning the reduction in

17  your hours?

18   A    Yes.

19   Q    Who?

20   A    Just about all of them.

21   Q    Do any of those conversations stick out in

22  your mind as you sit here today?

23   A    No, not one more than the other.

24   Q    Tell me about those conversations, when