**March 21, 2002**

A Special Meeting of the West Haven City Council was held on Thursday, March 21, 2002 in the Council Chambers, third floor, City Hall.

After the Pledge of Allegiance the Special Meeting was called to order by Chairman James W. Morrissey at 5:35 p.m. and a roll call vote was taken.

Present were Council Members Morrissey, Cirillo, Broccoli, Bell, who arrived at 5:40 P.M., O'Brien, Amendola, Saley, Cullen, Perrotti, Elliott and Sandella. Absent were Council Members Arria and Cappetta.

Chairman Morrissey requested the Clerk to read the Call of the Special Meeting:

"In accordance with Rule #11 of the Rules Governing the Actions of the City Councl Mayor H. Richard Borer, Jr. has called a Special Meeting of the City Council for Thursday, March 21, 2002 at 5:30 p.m. in the City Council Chambers, third floor, City Hall. The purpose of this Special Meeting is for Mayor Borer's presentation of the Budget for Fiscal Year July 2, 2002 to June 30, 2002."

Mayor Borer addressed the Councl and presented the proposed budget outline. (Text of Mayor Borer's presentation appears at end of this Journal)

Chairman Morrissey thanked Mayor Borer and assigned the budget to the Councl as a Whole with Councilman Cappetta, Finance Chairman, to Chair.

Chairman Morrissey set a Public Hearing date on the proposed budget for **Wednesday, April 3, 2002** at **7:00 P.M.** in the May V. Carrigan Middle School auditorium.

ADJOURN:  6:40 P.M.

ATTEST:      John T. Early
             Clerk of the Council

BY:          Donna Nally
             Administrative Assistant to the Council

These minutes are subject to City Council approval.



**OFFICE OF THE MAYOR**

City of West Haven
355 Main Street
West Haven, CT 06516



H. Richard Borer Jr.
*Mayor*

## CITY OF WEST HAVEN, CONNECTICUT

## FY 2002-2003 RECOMMENDED OPERATING BUDGET

James W. Morrissey, Chairman
Members of the West Haven City Council
Citizens of West Haven

---

In accordance with the requirements of the City Charter, I am herewith transmitting my recommended budget for the Fiscal Year commencing July 1, 2002 and ending June 30, 2003.

## INTRODUCTION

In response to declining revenues and unexpected expenses, cities throughout Connecticut are announcing plans to respond to new fiscal realities. We in West Haven are no different.

The budget I am presenting to you today is a product of these new fiscal realities. It balances our commitment to education, public safety, public libraries, economic development and neighborhood redevelopment; with the Cities projected revenue growth.

At a time when the State of Connecticut is projecting deficits and state aid to most of Connecticut's cities is not only failing to keep up with inflation and normal budget growth, but is actually decreasing in dollars. It's important that we do our part in tightening our belt. This budget is a reflection of this.

The most critical challenge that we face over the coming months is not the expenditure side of the budget, as much as dealing with the revenue side and projected decreases. We will make aggressive attempts to collect back taxes and make recommendations to the City Council and Tax Collector to put policies and procedures in place that will increase our current collections.

## ECONOMIC AND FINANCIAL HIGHLIGHTS

The City's overall economic environment is optimistic. Home sales are strong and continue to improve, building permits continue to show strength and the overall financial health of our city continues to improve. Fiscal year 2000-01 ended with a surplus of $827,000.

Our Grand List showed a 2 percent gross increase over the previous fiscal year some of which is a direct result of Bayer Pharmaceutical improvements that are part of local and state tax incentive programs.

Last fiscal year, more than two-thirds of our City's taxpayers saw a decline in their taxes as a result of lower property assessments and a lower mill rate. This year's budget reflects a new mill rate that accounts for the loss of revenue resulting from many factors:

- Declining revenue from the State of Connecticut;

- Interest rates being reduced from five to under two percent on invested money;

- Reflection of the impact of the recession on Permits and Fees;

- A decline in the percentage of taxes being collected;

- Liability, Property and Casualty insurances increasing 75 percent as a result of the tragic events of 9/11

Efforts will continue on Sawmill Road despite what recent setbacks we may currently be suffering. We will continue to work with the State Department of Transportation to pursue the Train Station and encourage surrounding growth. We are optimistic that we will see growth during next year's budget in Allingtown at the Acorn Technology Campus.

## BUDGETARY GOALS AND OBJECTIVES

1) *Mill Rate Stabilization* – The City's operating side of the budget has *decreased* by .73 percent while the Board of Education will see a 4.0 percent *increase* over last year's budget.

    This demonstrates my commitment of fiscal restraint. West Haven has made great strides over the last decade as fiscal managers. This is my 11th budget recommendation and each budget – although budgets have grown – have been consistent with area cities and towns growth. One thing that I am especially proud of is that every one of my budgets has been balanced proven by year-end audit after year-end audit.

## CONCLUSION

In conclusion, cities across Connecticut face a grim budget outlook. The dramatic cuts in state aid, sharp revenue drops attributed to slowed economy and unexpected jumps in healthcare, casualty and liability insurance certainly has impacted our budget. We must continue to make progress in managing our budget and balancing our budget. Cities across the state are going through the same process. As the legislative process unfolds, we will make sure to update you so you have the most current and accurate information.

Once again this budget could not be accomplished without the cooperation of all the City Departments, Board of Education, the Board of Finance and we thank them for their contribution.