**May 2, 2002**

A Special Meeting of the West Haven City Council was held on Thursday, May 2, 2002 in the City Council Chambers, third floor, City Hall.

After the Pledge of Allegiance the Special Meeting was called to order by Chairman James W. Morrissey at 7:00 p.m. in the City Council Chambers, third floor, City Hall.

Present were Council Members Morrissey, Cappetta, Cirillo, Broccoli, Bell, O'Brien, Amendola, Saley, Cullen, Perrotti, Elliott and Sandella. Absent was Councilman Arria. Mayor Borer was also present.

Chairman Morrissey requested the Clerk to read the Call of the Special Meeting: "In accordance with Rule #11 of the Rules Governing the Actions of the City Council Chairman James W Morrissey has called a Special Meeting of the City Council for Thursday, May 2, 2002 at 7:00 P.M. in the Council Chambers, third floor, City Hall.

The purpose of this Special Meeting is to act on Mayor Borer's Recommended Budget Operating Budget and Five Year Capital Plan for the City of West Haven for Fiscal Year July 1, 2002 to June 30, 2003 and to set the mill rate thereon."

Chairman Morrissey requested comments from the Council Members. (comments on tape on file in the City Council office).

Chairman Morrissey thanked Finance Committee Chairman Cappetta, all Council Members and each Department Head for their diligence in this year's budget process.

Finance Committee Chairman Cappetta extended his gratitude and appreciation to the Council Members for their cooperation while working on this fiscal budget.

Councilman Cappetta presented MOTION to APPROVE Mayor Borer's recommended operating budget, as amended, which was SECONDED by Councilwoman Cirillo and a roll call vote was taken. There were nine ( 9 ) yes, Council Members Morrissey, Cappetta, Cirillo, Broccoli, O'Brien, Saley, Cullen, Perrotti, and Sandella, three ( 3 ) no, Council Members Elliott, Bell and Amendola and one absent, Councilman Arria. The Motion carried.

Councilman Cappetta presented a MOTION to APPROVE Mayor Borer's recommended Five Year Capital Plan which was SECONDED by Councilman Perrotti.

Certified a true copy of the Legal Notice published in the West Haven Voice on March 28, 2002 regarding the public hearing on Mayor Borer's proposed budget for fiscal year July 1, 2002 to June 30, 2003 held on Wednesday, April 3, 2002 at 7:00 p.m. in the auditorium of the May V. Carrigan Middle School, 2 Tetlow Street, West Haven which has not been rescinded or modified in anyway whatsoever.

*[signature: John T. Early]*
John T. Early
Clerk of the Council



OFFICE OF THE CITY COUNCIL

## LEGAL NOTICE

IN ACCORDANCE WITH THE CITY CHARTER, CHAPTER XIX, SECTION 4, THE CITY COUNCIL OF THE CITY OF WEST HAVEN WILL CONDUCT A PUBLIC HEARING ON MAYOR BORER'S RECOMMENDED BUDGET, SUMMARY ATTACHED, ON WEDNESDAY, APRIL 3, 2002 AT 7:00 P.M. IN THE AUDITORIUM OF THE MAY V. CARRIGAN MIDDLE SCHOOL, 2 TETLOW STREET, WEST HAVEN, AT WHICH TIME ANY ELECTOR OR TAXPAYER MAY HAVE AN OPPORTUNITY TO BE HEARD REGARDING APPROPRIATIONS FOR FISCALYEAR JULY 1, 2002 TO JUNE 30, 2003.

*John T. Early*
JOHN T. EARLY
CLERK OF THE COUNCIL

JTE/dn
c.c.: Mayor H. Richard Borer, Jr.
Richard A. Legg, Finance Director
Deborah Collins, City Clerk
Michael Farrell, Corporation Counsel
George Palermo, Superintendent of Schools
Robert Guthrie, Chairman, Board of Education
Paul Tortora, Deputy Superintendent of Schools

PLEASE PUBLISH IN THE VOICE ON THURSDAY, MARCH 28, 2002.

PLEASE BILL TO THE WEST HAVEN CITY COUNCIL, 355 MAIN STREET, WEST HAVEN, CT 06516

## SUMMARY OF GENERAL FUND REVENUES

| DESCRIPTION | 1998-99 ACTUAL REVENUE | 1999-00 ACTUAL REVENUE | 2000-01 ACTUAL REVENUE | 2001-02 ESTIMATED REVENUE | 2002-03 MAYOR'S REC'MD. |
|---|---|---|---|---|---|
| **GENERAL PROPERTY TAX** | | | | | |
| current property tax levy | $54,422,180 | $54,972,728 | $56,321,999 | $55,813,840 | $60,374,787 |
| motor vehicle supp. PA 76-338 | $897,750 | $873,195 | $930,848 | $1,200,000 | $1,300,000 |
| prior years levy | $3,701,861 | $3,345,394 | $3,733,539 | $3,200,000 | $6,261,978 |
| prior years tax lien sale | | | | | |
| suspense tax | $42,745 | $96,046 | $82,576 | $72,000 | $80,000 |
| Sub Total | $59,064,536 | $59,287,363 | $61,068,962 | $60,285,840 | $68,016,765 |
| **INTEREST & LIEN FEES** | | | | | |
| current property tax | $364,122 | $352,291 | $345,437 | $350,000 | $490,000 |
| prior years levy | $1,027,767 | $1,062,375 | $1,396,334 | $1,200,000 | $1,357,200 |
| suspense tax | $51,982 | $100,682 | $86,013 | $100,000 | $100,000 |
| Sub Total | $1,443,871 | $1,515,347 | $1,827,783 | $1,650,000 | $1,947,200 |
| **LICENSES & PERMITS** | | | | | |
| alcoholic beverage licenses | $194 | $207 | $182 | $200 | $200 |
| health licenses & restaurant perm. | $21,650 | $23,702 | $26,460 | $21,000 | $22,000 |
| police & protection permits | $4,725 | $3,779 | $6,084 | $5,000 | $6,000 |
| amusement licenses | | | | $200 | $200 |
| animal licenses | $2,454 | $3,486 | $6,664 | $3,200 | $4,000 |
| marriage licenses | $1,255 | $2,723 | $3,255 | $6,700 | $3,000 |
| building permits | $198,988 | $481,976 | $227,518 | $225,000 | $275,000 |
| electrical permits | $28,341 | $107,449 | $51,495 | $50,000 | $57,000 |
| excavation permits | $9,564 | $6,573 | $3,405 | $7,300 | $4,100 |
| plumbing & heating permits | $32,788 | $192,878 | $72,978 | $50,000 | $57,000 |
| zoning permits | $12,448 | $14,345 | $22,603 | $10,000 | $10,500 |
| miscellaneous permits | $1,124 | | | | |
| sporting licenses | $851 | $947 | $1,065 | $1,100 | $1,000 |
| cty. Clk. | | | $1,932 | $2,500 | $2,500 |
| dog releas. | | | $16,560 | $15,300 | $18,000 |
| misc. parks parking fest.. | | | | | $25,000 |
| Sub Total | $314,382 | $838,064 | $440,201 | $397,500 | $485,500 |
| **FINES, FORFEITS & PENALTIES** | | | | | |
| parking tags | $23,060 | $20,163 | $19,768 | $30,000 | $35,000 |
| penalties | $2,001 | $2,460 | $3,210 | $3,500 | $3,500 |
| Sub Total | $25,061 | $22,623 | $22,978 | $33,500 | $38,500 |
| **USE OF MONEY/PROPERTY** | | | | | |
| from investments general fund | $1,613,549 | $1,578,383 | $1,569,079 | $1,550,000 | $750,000 |
| rents, concessions & royalties | $13,288 | $10,308 | $6,243 | $10,000 | $8,000 |
| rents from city facilities | $14,221 | $17,946 | $13,551 | $15,000 | $15,000 |
| Sub Total | $1,641,059 | $1,606,637 | $1,588,873 | $1,575,000 | $773,000 |
| **FROM OTHER AGENCIES** | | | | | |
| special aid handicapped | $1,502,118 | $619,894 | $1,095,343 | $1,300,000 | $1,300,000 |
| transportation grants public & private | $899,633 | $1,034,270 | $1,186,494 | $1,057,421 | $1,089,321 |
| t.o.b.grant | | | | | |
| education for blind | | | | $68,497 | |
| health/welfare parochial school | $150,385 | $133,246 | $132,105 | $166,910 | $175,000 |
| school construction | $1,708,400 | $1,684,952 | $1,842,407 | $1,551,896 | $1,700,000 |
| veterans | $280,455 | $270,031 | $265,404 | $206,254 | $300,000 |
| adult ed. | | | | | $88,810 |

1

# SUMMARY OF GENERAL FUND REVENUES

| DESCRIPTION | 1998-99 ACTUAL REVENUE | 1999-00 ACTUAL REVENUE | 2000-01 ACTUAL REVENUE | 2001-02 ESTIMATED REVENUE | 2002-03 MAYOR'S REC'MD |
|---|---|---|---|---|---|
| elderly prop. tax relief | $781,962 | $674,976 | $540,330 | $615,335 | $500,000 |
| disability | $10,809 | $8,364 | | $8,394 | $10,000 |
| distressed municipality | | | | | |
| student achiev. | | | | | |
| ECS | $30,007,075 | $32,322,861 | $33,588,424 | $33,930,756 | $34,897,776 |
| PILOT - vessels | $10,411 | $10,411 | $10,411 | $10,411 | $10,411 |
| dept. social serv. | | | | | |
| PILOT - pequot funds st.prop. | $1,401,800 | $1,373,674 | $1,437,834 | $1,437,834 | $1,402,393 |
| manuf. new machinery & equip. | $1,201,139 | $1,122,687 | $1,401,428 | $1,500,000 | $1,500,000 |
| PILOT -state, colleges & hosp. paymts. | $673,051 | $848,010 | $819,613 | $795,432 | $840,234 |
| PILOT -state, owned pro. | $12,155 | $9,840 | $9,947 | $9,842 | $8,979 |
| rev. share miscellaneous grants | $63,442 | $311,706 | $578,319 | $540,511 | $675,239 |
| state-reimb. police | $44,456 | $55,304 | $28,294 | $30,000 | $30,000 |
| Sub Total | $38,747,292 | $40,480,226 | $42,936,353 | $43,229,492 | $44,528,163 |
| **CHARGES - CURRENT SERVICES** | | | | | |
| gen. govt.-record legal instr. | $338,315 | $361,315 | $385,438 | $325,000 | $350,000 |
| gen. govt. - all other | $29,067 | $52,999 | $79,479 | $100,000 | $100,000 |
| pub. safety - police charges | $8,194 | $12,345 | $28,737 | $29,000 | $30,000 |
| pub. safety - police extra duty | $4,071 | $6,320 | | | |
| policing project | $5,200 | | | | |
| pub. works - misc. | $553 | $729 | $1,692 | $1,010 | $750 |
| pub. works - all other | $7,377 | $12,362 | $10,227 | $15,000 | $15,000 |
| athletic department revenue | | | | | |
| pub. welfare - all other | $57,318 | $17,137 | $15,108 | $10,000 | $5,000 |
| misc. all other schools cops school. | $3,289 | $85,305 | $282,235 | $120,000 | $300,000 |
| admin., conc. & fees | $204,892 | $186,105 | $221,893 | $150,000 | $175,000 |
| misc. - sundry other | | | | | |
| health fiu vaccine fees | | | | | |
| demo. reimbur. | | | | | |
| Sub Total | $658,277 | $734,617 | $1,024,810 | $750,010 | $975,750 |
| **OTHER REVENUES** | | | | | |
| sale of fixed assets | $43,974 | $32,500 | $9,216 | $111,178 | $200,000 |
| miscellaneous revenues | $378,273 | $1,987,922 | $222,207 | $80,000 | $80,000 |
| fire - ERS share | $377,662 | $438,279 | $437,196 | $498,732 | $597,012 |
| police dept. - ERS share | $159,289 | $146,095 | $145,676 | $166,244 | $199,004 |
| dog fund reimbursement | | | | | |
| telephone access | $385,094 | $362,818 | $401,323 | $401,323 | $615,286 |
| PILOT-N.H. water | $215,700 | $214,557 | $214,274 | $254,267 | $275,000 |
| organic recycl. compost | $14,580 | $17,390 | $15,946 | $10,000 | $70,000 |
| housing authority pilot | $94,160 | | $190,491 | $100,000 | $100,000 |
| sewer fee collection exp. | | $27,583 | $27,583 | $27,583 | $27,583 |
| insurance & reimbursement | $171,972 | $150,460 | $224,861 | $200,000 | $200,000 |
| Sub Total | $1,840,702 | $3,377,604 | $1,888,771 | $1,849,327 | $2,363,885 |
| **OTHER FIN. SOURCES** | | | | | |
| contribution frm. sewer oper | $400,000 | $400,000 | $400,000 | $1,100,000 | $400,000 |
| contribution frm. fund bal. | $2,000,000 | | $78,000 | $3,300,750 | |
| Sub Total | $2,400,000 | $400,000 | $478,000 | $4,400,750 | $400,000 |
| **GRAND TOTAL** | $106,135,179 | $108,262,482 | $111,276,730 | $114,171,419 | $119,528,763 |

## SUMMARY OF GENERAL FUND EXPENDITURES

| DESCRIPTION | 2000-01 ACTUAL | 2001-02 ORIGINAL BUDGET | 2001-02 ADJ. BUDGET | 2001-02 EST. ACTUAL | 2002-03 DEPT REQUEST | 2002-03 MAYOR'S REC'MD |
|---|---|---|---|---|---|---|
| **GENERAL GOVERNMENT** | | | | | | |
| city council | $137,506 | $97,360 | $97,360 | $97,360 | $98,687 | $96,138 |
| mayor's office | $347,660 | $366,611 | $366,611 | $366,611 | $377,832 | $355,123 |
| corporation counsel | $681,182 | $575,658 | $580,988 | $580,988 | $698,678 | $455,110 |
| labor relations & personnel | $123,691 | $124,863 | $124,863 | $124,863 | $125,247 | $121,847 |
| communications - city | $162,034 | $192,000 | $192,000 | $192,000 | $200,000 | $200,000 |
| town & city clerk | $242,165 | $241,311 | $241,311 | $241,311 | $269,100 | $245,008 |
| registrar of voters | $175,997 | $193,830 | $193,830 | $193,830 | $193,297 | $108,933 |
| sealer of weights & measures | $5,943 | $6,261 | $6,261 | $6,261 | $6,444 | $6,111 |
| probate court | $11,883 | $13,401 | $13,401 | $13,401 | $13,600 | $5,600 |
| Division Total | $1,888,061 | $1,811,295 | $1,816,625 | $1,816,625 | $1,982,885 | $1,593,870 |
| **PLANNING & DEVELOPMENT** | $593,764 | $649,661 | $649,661 | $649,661 | $749,067 | $635,506 |
| DivisionTotal | $593,764 | $649,661 | $649,661 | $649,661 | $749,067 | $635,506 |
| **FINANCE** | | | | | | |
| treasurer | $7,600 | $7,600 | $7,600 | $7,600 | $7,600 | $7,600 |
| dept. of finance/comptroller | $482,262 | $555,573 | $555,573 | $555,573 | $569,982 | $553,050 |
| purchasing dept. | $84,517 | $88,318 | $96,818 | $96,818 | $98,660 | $175,387 |
| risk mgt. | $47,755 | $49,402 | $49,402 | $49,402 | $50,848 | $900 |
| data processing | $241,414 | $262,075 | $276,926 | $276,926 | $268,220 | $257,220 |
| central services | $219,765 | $260,183 | $260,183 | $260,183 | $262,361 | $310,936 |
| tax assessment | $342,456 | $348,484 | $350,384 | $350,384 | $440,166 | $338,216 |
| board of assessment appeals | $6,511 | $5,900 | $5,900 | $5,900 | $7,400 | $6,250 |
| tax collection | $318,346 | $333,708 | $333,708 | $333,708 | $347,661 | $343,961 |
| Division Total | $1,750,625 | $1,911,243 | $1,936,494 | $1,936,494 | $2,052,898 | $1,993,520 |
| **PUBLIC SAFETY** | | | | | | |
| communications - ERS | $591,397 | $662,976 | $662,976 | $662,976 | $796,017 | $789,067 |
| dept. of public safety | $12,161,267 | $9,811,572 | $12,215,371 | $12,215,371 | $11,456,288 | $10,779,857 |
| dog warden | $218,540 | $229,752 | $229,752 | $229,752 | $289,478 | $233,514 |
| civil defense | $2,591 | $2,950 | $2,950 | $2,950 | $17,830 | $17,830 |
| Division Total | $12,973,794 | $10,707,250 | $13,111,049 | $13,111,049 | $12,559,613 | $11,820,268 |
| **DEPT. OF PUBLIC WORKS** | | | | | | |
| administration | $262,375 | $281,148 | $281,148 | $281,148 | $289,530 | $281,430 |
| bureau of engineering | $167,055 | $173,974 | $173,974 | $173,974 | $176,988 | $129,377 |
| central garage | $952,695 | $957,152 | $957,152 | $957,152 | $1,077,107 | $869,383 |
| disposal of solid waste | $2,912,938 | $3,332,300 | $3,332,300 | $3,332,300 | $3,585,910 | $3,552,410 |
| grounds & build. maint. | $933,159 | $937,927 | $957,994 | $957,994 | $985,238 | $907,214 |
| hwy/park maint. | $3,462,375 | $3,580,711 | $3,560,766 | $3,560,766 | $3,711,223 | $3,396,312 |
| Division Total | $8,690,598 | $9,263,212 | $9,263,334 | $9,263,334 | $9,825,996 | $9,136,126 |
| **HUMAN RESOURCES** | | | | | | |
| dept. of human resources | $431,344 | $476,312 | $476,312 | $476,312 | $489,381 | $369,787 |
| dept. of elderly services | $345,666 | $368,642 | $369,117 | $369,117 | $382,518 | $344,627 |
| parks & recreation | $860,194 | $875,839 | $886,634 | $886,634 | $927,566 | $887,856 |
| health department | $298,128 | $294,353 | $294,353 | $294,353 | $321,898 | $311,698 |
| welfare department | $24,271 | | | | | |
| VNA | $22,500 | $32,296 | $32,296 | $32,296 | $32,296 | $25,000 |
| Division Total | $1,982,103 | $2,047,442 | $2,058,712 | $2,058,712 | $2,153,659 | $1,938,968 |

## SUMMARY OF GENERAL FUND EXPENDITURES

| DESCRIPTION | 2000-01 ACTUAL | 2001-02 ORIGINAL BUDGET | 2001-02 ADJ. BUDGET | 2001-02 EST. ACTUAL | 2002-03 DEPT REQUEST | 2002-03 MAYOR'S REC'MD |
|---|---|---|---|---|---|---|
| **LIBRARY** | | | | | | |
| village improvement ass'n. | $1,207,623 | $1,230,065 | $1,230,065 | $1,230,065 | $1,334,634 | $1,334,634 |
| Division Total | $1,207,623 | $1,230,065 | $1,230,065 | $1,230,065 | $1,334,634 | $1,334,634 |
| **BOARD OF EDUCATION** | | | | | | |
| tuition | $5,517,398 | $5,832,671 | $5,763,298 | $5,763,298 | $6,051,461 | |
| student transportation | $3,379,030 | $3,418,068 | $3,396,280 | $3,396,280 | $3,515,149 | |
| salaries | $39,390,656 | $41,212,116 | $41,100,980 | $41,100,980 | $43,261,373 | |
| operation of plant | $2,969,814 | $2,812,775 | $3,009,250 | $3,009,250 | $3,194,478 | |
| benefits & fixed charges | $8,875,865 | $9,655,916 | $9,595,740 | $9,595,740 | $11,617,441 | |
| other | $984,207 | $982,225 | $1,002,225 | $1,002,225 | $1,002,225 | |
| instruction | $2,257,527 | $1,259,900 | $1,306,900 | $1,306,900 | $2,147,500 | |
| b of ed. request | $63,374,497 | $65,173,671 | $65,173,671 | $65,173,671 | $70,789,626 | $70,789,626 |
| recomm. reduction | | | | | | $3,009,008 |
| council reduction | | | | | | |
| Division total | $63,374,497 | $65,173,671 | $65,173,671 | $65,173,671 | $70,789,626 | $67,780,618 |
| **OPERATING CHARGES** | | | | | | |
| city insurance | $886,400 | $1,052,200 | $1,052,200 | $1,052,200 | $1,841,350 | $1,853,613 |
| pensions & hospitalizations | $5,864,146 | $6,442,700 | $6,442,700 | $6,442,700 | $7,070,340 | $6,589,058 |
| c-med.prog. | $88,521 | $114,086 | $114,086 | $114,086 | $110,000 | $110,000 |
| indebtedness | $10,952,069 | $12,385,576 | $12,385,576 | $12,385,576 | $13,374,556 | $13,356,582 |
| Division Total | $17,791,136 | $19,994,562 | $19,994,562 | $19,994,562 | $22,396,246 | $21,909,253 |
| **CONTINGENT FUND** | | | | | | |
| contingent fund | $377,001 | $800,000 | $2,068,127 | $2,068,127 | $986,000 | $1,386,000 |
| Division Total | $377,001 | $800,000 | $2,068,127 | $2,068,127 | $986,000 | $1,386,000 |
| **GRAND TOTAL** | $110,629,201 | $113,588,401 | $117,302,301 | $117,302,301 | $124,830,624 | $119,528,763 |

7

# CITY OF WEST HAVEN
## 2002-03 ALLOCATION OF TAX DOLLARS

*Approximate Average Residential Property Tax Bill for City Services is $3,205*

**BOARD OF EDUCATION ($1,259)**
- EDUCATE OVER 7,400 STUDENTS
- 9 ELEMENTARY SCHOOLS
- 2 MIDDLE SCHOOLS
- 1 HIGH SCHOOLS
- SPECIAL EDUCATION
- BILINGUAL EDUCATION
- STUDENT TRANSPORTATION

**POLICE ($587)**
- 24 HOURS/DAY LAW ENFORCEMENT
- DRUG INVESTIGATION AND ENFORCEMENT
- STREET AND MARINE PATROL
- DETECTIVE BUREAU
- COMMUNICATIONS - ERS
- ANIMAL CONTROL
- COMMUNITY POLICING

**PUBLIC WORKS ($479)**
- GARBAGE COLLECTION AND DISPOSAL
- RECYCLING
- SNOW REMOVAL
- STREET MAINTENANCE AND PAVING
- TRAFFIC AND ENGINEERING
- HIGHWAY & PARK MAINTENANCE
- FLEET MANAGEMENT
- MAINTENANCE OF CITY'S BUILDINGS

**DEBT SERVICE ($504)**
- RETIREMENT OF CAPITAL IMPROVEMENT BONDS
- RETIREMENT OF CLEAN WATER FUND BONDS

**HUMAN RESOURCES ($99)**
- HEALTH DEPARTMENT
- VISITING NURSES ASSOCIATION
- WELFARE PREVENTION PROGRAMS
- SUMMER YOUTH PROGRAMS
- ADMINISTRATION OF ALL RECREATIONAL PROGRAMS
- ELDERLY SERVICES

**LIBRARY ($93)**
- MAIN LIBRARY AND TWO BRANCHES
- BOOKMOBILE
- BOOKS FOR PUBLIC CIRCULATION
- CHILDREN'S PROGRAMS
- AUDIO AND VIDEO MATERIALS FOR CIRCULATION
- PUBLIC ACCESS TO INTERNET

**FINANCE ($93)**
- ACCOUNTING & TREASURY
- TAX COLLECTOR'S OFFICE
- TAX ASSESSOR'S OFFICE
- BOARD OF ASSESSMENT APPEALS
- DATA PROCESSING
- PURCHASING & CENTRAL SERVICES
- RISK MANAGEMENT

**GENERAL GOVERNMENT ($85)**
- MAYOR'S OFFICE
- CITY CLERK VITAL STATISTIC RECORDS
- VOTER REGISTRATION
- LEGISLATIVE AND POLICY ANALYSIS
- CORPORATION COUNSEL
- PERSONNEL & LABOR RELATIONS
- PROBATE COURT
- SEALER OF WEIGHTS AND MEASURES

**PLANNING, ZONING, GRANTS ($6)**
- REGULATION OF CITY LAND USE
- IMPLEMENT PLANS OF DEVELOPMENT
- BUILDING INSPECTION
- APPROVAL AND ISSUANCE OF ALL BUILDING PERMITS
- HOUSING CODE ENFORCEMENT
- CITY GRANTS COORDINATOR
- INLAND WETLANDS AGENCY

AVERAGE TAX BILL = $3,205

Note: The above illustration refers to the amount of tax dollars allocated to each category. In several cases, departments generate their own revenue, which helps to offset the total tax dollars needed to finance their services. Thus, the amounts listed above do not reflect the total budget of each department. Rather, they reflect the total amount of tax dollars used to finance the services of each department.

# BUDGET SUMMARY AND PROPERTY TAX RATE CALCULATION

| | FY 2002 COUNCIL APPROVED BUDGET | FY 2002 COUNCIL REVISED BUDGET | DEPT REQ. & REV REQ. | BRD FINANCE MAYOR RECOMMEND | REVISED 2002 VS RECOMMEND 2002/03 |
|---|---|---|---|---|---|
| **EXPENDITURES** | | | | | |
| GENERAL GOVERNMENT | $1,811,295 | $1,816,625 | $1,982,885 | $1,593,870 | -12.26% |
| PLANN. & DEVEL. | $649,661 | $649,661 | $749,067 | $635,506 | -2.18% |
| FINANCE | $1,911,243 | $1,936,494 | $2,052,898 | $1,993,520 | 2.94% |
| PUBLIC SAFETY | $10,707,250 | $13,111,049 | $12,559,613 | $11,820,268 | -9.84% |
| PUBLIC WORKS | $9,263,212 | $9,263,334 | $9,825,996 | $9,136,126 | -1.37% |
| HUMAN RESOURCES | $2,047,442 | $2,058,712 | $2,153,659 | $1,938,968 | -5.82% |
| LIBRARY | $1,230,065 | $1,230,065 | $1,334,634 | $1,334,634 | 8.50% |
| BRD. OF ED. | $65,173,671 | $65,173,671 | $70,789,626 | $67,780,618 | 4.00% |
| OPERATING CHARGES | $19,994,562 | $19,994,562 | $22,396,246 | $21,909,253 | 9.58% |
| CONTINGENT | $800,000 | $2,068,127 | $986,000 | $1,386,000 | -32.98% |
| **TOTAL EXPENDITURES** | **$113,588,401** | **$117,302,300** | **$124,830,624** | **$119,528,763** | **1.90%** |
| **LESS** | | | | | |
| NON-CURRENT TAXES | $6,070,000 | $6,070,000 | $6,070,000 | $9,589,178 | 57.98% |
| LICENSES | $388,200 | $388,200 | $388,200 | $485,500 | 25.06% |
| FINES & FORFEITS | $27,500 | $27,500 | $27,500 | $38,500 | 40.00% |
| USE OF MONEY | $1,575,000 | $1,575,000 | $1,575,000 | $773,000 | -50.92% |
| FROM OTHER AGENCIES | $43,443,802 | $43,443,802 | $42,705,762 | $44,528,163 | 2.50% |
| OTHER REVENUES | $1,128,559 | $1,128,559 | $1,427,522 | $2,363,885 | 109.46% |
| SERVICE CHARGES | $740,750 | $800,297 | $800,297 | $975,750 | 21.92% |
| OTHER FIN. SOURCES | $4,400,750 | $4,400,750 | $1,000,000 | $400,000 | -90.91% |
| **TOTAL NON-TAX REVENUES** | **$57,774,561** | **$57,834,108** | **$53,994,281** | **$59,153,976** | **2.28%** |
| **AMOUNT TO BE RAISED BY TAXES** | $55,813,840 | $59,468,192 | $70,836,343 | $60,374,787 | 1.52% |
| **RESERVE FOR ELDERLY CREDITS** | $800,000 | $800,000 | $500,000 | $500,000 | -37.50% |
| **GROSS TAX LEVY** | $60,920,951.25 | $64,853,321.86 | $76,763,524.16 | $64,349,669.13 | -0.78% |
| **NET GRAND LIST** | $1,800,987,247 | $1,800,987,247 | $1,813,702,909 | $1,813,702,909 | 0.71% |
| **GENERAL FUND TAX RATE - MILLS** | 33.83 | 36.01 | 42.32 | 35.48 | -1.47% |
| **CAPITAL AND NON RECURRING FUND TAX RATE - MILLS** | 0.25 | 0.25 | 0.44 | 0.17 | -32.00% |
| **TOTAL MILL RATE** | 34.08 | 36.26 | 42.76 | 35.65 | -1.68% |

### SEWER USE FEE RATE CALCULATION

| | FY 2002 BUDGET | FY 2003 DEPARTMENT REQUEST | FY 2003 WPCC PROPOSED | PERCENT CHANGE |
|---|---|---|---|---|
| **EXPENDITURES** | | | | |
| TOTAL EXPENDITURES | $3,634,350 | $3,693,350 | $3,693,350 | 1.62% |
| **LESS** | | | | |
| PRIOR YEAR SEWER LEVY | $75,000 | $40,000 | $40,000 | -46.67% |
| INTEREST - CURRENT LEVY | $10,000 | $75,000 | $75,000 | 650.00% |
| INTEREST - DELINQUENT LEVY | $25,000 | $60,000 | $60,000 | 140.00% |
| SEPTAGE DISPOSAL | $6,000 | $15,000 | $15,000 | 150.00% |
| SLUDGE REVENUE | $0 | $0 | $0 | 0.00% |
| ORANGE SHARE | $150,000 | $150,000 | $150,000 | 0.00% |
| TOTAL NON-TAX REVENUES | $266,000 | $340,000 | $340,000 | 27.82% |
| AMOUNT TO BE RAISED BY SEWER USE FEE | $3,368,350 | $3,353,350 | $3,353,350 | -0.45% |
| RES. FOR UNCOLLECTED | $312,907 | $331,650 | $331,650 | 5.99% |
| GROSS SEWER USE LEVY | $3,681,257 | $3,685,000.00 | $3,685,000.00 | 0.10% |
| ESTIMATED # OF UNITS | 27500 | 27500 | 27500 | 0.00% |
| SEWER USE RATE | $134 | $134 | $134 | 0.00% |

## SUMMARY OF GENERAL FUND REVENUES

| DESCRIPTION | 1998-99 ACTUAL REVENUE | 1999-00 ACTUAL REVENUE | 2000-01 ACTUAL REVENUE | 2001-02 ESTIMATED REVENUE | 2002-03 MAYOR'S REC'MD. |
|---|---|---|---|---|---|
| **GENERAL PROPERTY TAX** | | | | | |
| current property tax levy | $54,422,180 | $54,972,728 | $56,321,999 | $55,813,840 | $60,374,787 |
| motor vehicle supp. PA 76-338 | $897,750 | $873,195 | $930,848 | $1,200,000 | $1,300,000 |
| prior years levy | $3,701,861 | $3,345,394 | $3,733,539 | $3,200,000 | $6,261,978 |
| prior years tax lien sale | | | | | |
| suspense tax | $42,745 | $96,046 | $82,576 | $72,000 | $80,000 |
| Sub Total | $59,064,536 | $59,287,363 | $61,068,962 | $60,285,840 | $68,016,765 |
| **INTEREST & LIEN FEES** | | | | | |
| current property tax | $364,122 | $352,291 | $345,437 | $350,000 | $490,000 |
| prior years levy | $1,027,767 | $1,062,375 | $1,396,334 | $1,200,000 | $1,357,200 |
| suspense tax | $51,982 | $100,682 | $86,013 | $100,000 | $100,000 |
| Sub Total | $1,443,871 | $1,515,347 | $1,827,783 | $1,650,000 | $1,947,200 |
| **LICENSES & PERMITS** | | | | | |
| alcoholic beverage licenses | $194 | $207 | $182 | $200 | $200 |
| health licenses & restaurant perm. | $21,650 | $23,702 | $26,460 | $21,000 | $22,000 |
| police & protection permits | $4,725 | $3,779 | $6,084 | $5,000 | $6,000 |
| amusement licenses | | | | $200 | $200 |
| animal licenses | $2,454 | $3,486 | $6,664 | $3,200 | $4,000 |
| marriage licenses | $1,255 | $2,723 | $3,255 | $6,700 | $3,000 |
| building permits | $198,988 | $481,976 | $227,518 | $225,000 | $275,000 |
| electrical permits | $28,341 | $107,449 | $51,495 | $50,000 | $57,000 |
| excavation permits | $9,564 | $6,573 | $3,405 | $7,300 | $4,100 |
| plumbing & heating permits | $32,788 | $192,878 | $72,978 | $50,000 | $57,000 |
| zoning permits | $12,448 | $14,345 | $22,603 | $10,000 | $10,500 |
| miscellaneous permits | $1,124 | | | | |
| sporting licenses | $851 | $947 | $1,065 | $1,100 | $1,000 |
| cty. Clk. | | | $1,932 | $2,500 | $2,500 |
| dog releas. | | | $16,560 | $15,300 | $18,000 |
| misc. parks parking fest.. | | | | | $25,000 |
| Sub Total | $314,382 | $838,064 | $440,201 | $397,500 | $485,500 |
| **FINES, FORFEITS & PENALTIES** | | | | | |
| parking tags | $23,060 | $20,163 | $19,768 | $30,000 | $35,000 |
| penalties | $2,001 | $2,460 | $3,210 | $3,500 | $3,500 |
| Sub Total | $25,061 | $22,623 | $22,978 | $33,500 | $38,500 |
| **USE OF MONEY/PROPERTY** | | | | | |
| from investments general fund | $1,613,549 | $1,578,383 | $1,569,079 | $1,550,000 | $750,000 |
| rents, concessions & royalties | $13,288 | $10,308 | $6,243 | $10,000 | $8,000 |
| rents from city facilities | $14,221 | $17,946 | $13,551 | $15,000 | $15,000 |
| Sub Total | $1,641,059 | $1,606,637 | $1,588,873 | $1,575,000 | $773,000 |
| **FROM OTHER AGENCIES** | | | | | |
| special aid handicapped | $1,502,118 | $619,894 | $1,095,343 | $1,300,000 | $1,300,000 |
| transportation grants public & private | $899,633 | $1,034,270 | $1,186,494 | $1,057,421 | $1,089,321 |
| t.o.b. grant | | | | | |
| education for blind | | | | $68,497 | |
| health/welfare parochial school | $150,385 | $133,246 | $132,105 | $166,910 | $175,000 |
| school construction | $1,708,400 | $1,684,952 | $1,842,407 | $1,551,896 | $1,700,000 |
| veterans | $280,455 | $270,031 | $265,404 | $206,254 | $300,000 |
| adult ed. | | | | | $88,810 |

## SUMMARY OF GENERAL FUND EXPENDITURES

| DESCRIPTION | 2000-01 ACTUAL | 2001-02 ORIGINAL BUDGET | 2001-02 ADJ. BUDGET | 2001-02 EST. ACTUAL | 2002-03 DEPT REQUEST | 2002-03 MAYOR'S REC'MD |
|---|---|---|---|---|---|---|
| **GENERAL GOVERNMENT** | | | | | | |
| city council | $137,506 | $97,360 | $97,360 | $97,360 | $98,687 | $96,138 |
| mayor's office | $347,660 | $366,611 | $366,611 | $366,611 | $377,832 | $355,123 |
| corporation counsel | $681,182 | $575,658 | $580,988 | $580,988 | $698,678 | $455,110 |
| labor relations & personnel | $123,691 | $124,863 | $124,863 | $124,863 | $125,247 | $121,847 |
| communications - city | $162,034 | $192,000 | $192,000 | $192,000 | $200,000 | $200,000 |
| town & city clerk | $242,165 | $241,311 | $241,311 | $241,311 | $269,100 | $245,008 |
| registrar of voters | $175,997 | $193,830 | $193,830 | $193,830 | $193,297 | $108,933 |
| sealer of weights & measures | $5,943 | $6,261 | $6,261 | $6,261 | $6,444 | $6,111 |
| probate court | $11,883 | $13,401 | $13,401 | $13,401 | $13,600 | $5,600 |
| Division Total | $1,888,061 | $1,811,295 | $1,816,625 | $1,816,625 | $1,982,885 | $1,593,870 |
| **PLANNING & DEVELOPMENT** | $593,764 | $649,661 | $649,661 | $649,661 | $749,067 | $635,506 |
| Division Total | $593,764 | $649,661 | $649,661 | $649,661 | $749,067 | $635,506 |
| **FINANCE** | | | | | | |
| treasurer | $7,600 | $7,600 | $7,600 | $7,600 | $7,600 | $7,600 |
| dept. of finance/comptroller | $482,262 | $555,573 | $555,573 | $555,573 | $569,982 | $553,050 |
| purchasing dept. | $84,517 | $88,318 | $96,818 | $96,818 | $98,660 | $175,387 |
| risk mgt. | $47,755 | $49,402 | $49,402 | $49,402 | $50,848 | $900 |
| data processing | $241,414 | $262,075 | $276,926 | $276,926 | $268,220 | $257,220 |
| central services | $219,765 | $260,183 | $260,183 | $260,183 | $262,361 | $310,936 |
| tax assessment | $342,456 | $348,484 | $350,384 | $350,384 | $440,166 | $338,216 |
| board of assessment appeals | $6,511 | $5,900 | $5,900 | $5,900 | $7,400 | $6,250 |
| tax collection | $318,346 | $333,708 | $333,708 | $333,708 | $347,661 | $343,961 |
| Division Total | $1,750,625 | $1,911,243 | $1,936,494 | $1,936,494 | $2,052,898 | $1,993,520 |
| **PUBLIC SAFETY** | | | | | | |
| communications - ERS | $591,397 | $662,976 | $662,976 | $662,976 | $796,017 | $789,067 |
| dept. of public safety | $12,161,267 | $9,811,572 | $12,215,371 | $12,215,371 | $11,456,288 | $10,779,857 |
| dog warden | $218,540 | $229,752 | $229,752 | $229,752 | $289,478 | $233,514 |
| civil defense | $2,591 | $2,950 | $2,950 | $2,950 | $17,830 | $17,830 |
| Division Total | $12,973,794 | $10,707,250 | $13,111,049 | $13,111,049 | $12,559,613 | $11,820,268 |
| **DEPT. OF PUBLIC WORKS** | | | | | | |
| administration | $262,375 | $281,148 | $281,148 | $281,148 | $289,530 | $281,430 |
| bureau of engineering | $167,055 | $173,974 | $173,974 | $173,974 | $176,988 | $129,377 |
| central garage | $952,695 | $957,152 | $957,152 | $957,152 | $1,077,107 | $869,383 |
| disposal of solid waste | $2,912,938 | $3,332,300 | $3,332,300 | $3,332,300 | $3,585,910 | $3,552,410 |
| grounds & build. maint. | $933,159 | $937,927 | $957,994 | $957,994 | $985,238 | $907,214 |
| hwy/park maint. | $3,462,375 | $3,580,711 | $3,560,766 | $3,560,766 | $3,711,223 | $3,396,312 |
| Division Total | $8,690,598 | $9,263,212 | $9,263,334 | $9,263,334 | $9,825,996 | $9,136,126 |
| **HUMAN RESOURCES** | | | | | | |
| dept. of human resources | $431,344 | $476,312 | $476,312 | $476,312 | $489,381 | $369,787 |
| dept. of elderly services | $345,666 | $368,642 | $369,117 | $369,117 | $382,518 | $344,627 |
| parks & recreation | $860,194 | $875,839 | $886,634 | $886,634 | $927,566 | $887,856 |
| health department | $298,128 | $294,353 | $294,353 | $294,353 | $321,898 | $311,698 |
| welfare department | $24,271 | | | | | |
| VNA | $22,500 | $32,296 | $32,296 | $32,296 | $32,296 | $25,000 |
| Division Total | $1,982,103 | $2,047,442 | $2,058,712 | $2,058,712 | $2,153,659 | $1,938,968 |

## SUMMARY OF GENERAL FUND EXPENDITURES

| DESCRIPTION | 2000-01 ACTUAL | 2001-02 ORIGINAL BUDGET | 2001-02 ADJ. BUDGET | 2001-02 EST. ACTUAL | 2002-03 DEPT REQUEST | 2002-03 MAYOR'S RECMD |
|---|---|---|---|---|---|---|
| **LIBRARY** | | | | | | |
| village improvement ass'n. | $1,207,623 | $1,230,065 | $1,230,065 | $1,230,065 | $1,334,634 | $1,334,634 |
| Division Total | $1,207,623 | $1,230,065 | $1,230,065 | $1,230,065 | $1,334,634 | $1,334,634 |
| **BOARD OF EDUCATION** | | | | | | |
| tuition | $5,517,398 | $5,832,671 | $5,763,298 | $5,763,298 | $6,051,461 | |
| student transportation | $3,379,030 | $3,418,068 | $3,396,280 | $3,396,280 | $3,515,149 | |
| salaries | $39,390,656 | $41,212,116 | $41,100,980 | $41,100,980 | $43,261,373 | |
| operation of plant | $2,969,814 | $2,812,775 | $3,009,250 | $3,009,250 | $3,194,478 | |
| benefits & fixed charges | $8,875,865 | $9,655,916 | $9,595,740 | $9,595,740 | $11,617,441 | |
| other | $984,207 | $982,225 | $1,002,225 | $1,002,225 | $1,002,225 | |
| instruction | $2,257,527 | $1,259,900 | $1,306,900 | $1,306,900 | $2,147,500 | |
| bd. of ed. request | $63,374,497 | $65,173,671 | $65,173,671 | $65,173,671 | $70,789,626 | $70,789,626 |
| comm. reduction | | | | | | $3,009,008 |
| council reduction | | | | | | |
| Division total | $63,374,497 | $65,173,671 | $65,173,671 | $65,173,671 | $70,789,626 | $67,780,618 |
| **OPERATING CHARGES** | | | | | | |
| city insurance | $886,400 | $1,052,200 | $1,052,200 | $1,052,200 | $1,841,350 | $1,853,613 |
| pensions & hospitalizations | $5,864,146 | $6,442,700 | $6,442,700 | $6,442,700 | $7,070,340 | $6,589,058 |
| med.prog. | $88,521 | $114,086 | $114,086 | $114,086 | $110,000 | $110,000 |
| indebtedness | $10,952,069 | $12,385,576 | $12,385,576 | $12,385,576 | $13,374,556 | $13,356,582 |
| Division Total | $17,791,136 | $19,994,562 | $19,994,562 | $19,994,562 | $22,396,246 | $21,909,253 |
| **CONTINGENT FUND** | | | | | | |
| contingent fund | $377,001 | $800,000 | $2,068,127 | $2,068,127 | $986,000 | $1,386,000 |
| Division Total | $377,001 | $800,000 | $2,068,127 | $2,068,127 | $986,000 | $1,386,000 |
| **GRAND TOTAL** | $110,629,201 | $113,588,401 | $117,302,301 | $117,302,301 | $124,830,624 | $119,528,763 |

## SUMMARY OF GENERAL FUND REVENUES

| DESCRIPTION | 1998-99 ACTUAL REVENUE | 1999-00 ACTUAL REVENUE | 2000-01 ACTUAL REVENUE | 2001-02 ESTIMATED REVENUE | 2002-03 MAYOR REC ME |
|---|---|---|---|---|---|
| elderly prop. tax relief | $781,962 | $674,976 | $540,330 | $615,335 | $500,000 |
| disability | $10,809 | $8,364 | | $8,394 | $10,000 |
| distressed municipality | | | | | |
| student achiev. | | | | | |
| ECS | $30,007,075 | $32,322,861 | $33,588,424 | $33,930,756 | $34,897,776 |
| PILOT - vessels | $10,411 | $10,411 | $10,411 | $10,411 | $10,411 |
| dept. social serv. | | | | | |
| PILOT - pequot funds st.prop. | $1,401,800 | $1,373,674 | $1,437,834 | $1,437,834 | $1,402,393 |
| manuf. new machinery & equip. | $1,201,139 | $1,122,687 | $1,401,428 | $1,500,000 | $1,500,000 |
| PILOT -state, colleges & hosp. paymts. | $673,051 | $848,010 | $819,613 | $795,432 | $840,234 |
| PILOT -state, owned pro. | $12,155 | $9,840 | $9,947 | $9,842 | $8,979 |
| rev. share miscellaneous grants | $63,442 | $311,706 | $578,319 | $540,511 | $675,239 |
| state-reimb. police | $44,456 | $55,304 | $28,294 | $30,000 | $30,000 |
| Sub Total | $38,747,292 | $40,480,226 | $42,936,353 | $43,229,492 | $44,528,163 |
| **CHARGES - CURRENT SERVICES** | | | | | |
| gen. govt.-record legal instr. | $338,315 | $361,315 | $385,438 | $325,000 | $350,000 |
| gen. govt. - all other | $29,067 | $52,999 | $79,479 | $100,000 | $100,000 |
| pub. safety - police charges | $8,194 | $12,345 | $28,737 | $29,000 | $30,000 |
| pub. safety - police extra duty | $4,071 | $6,320 | | | |
| policing project | $5,200 | | | | |
| pub. works - misc. | $553 | $729 | $1,692 | $1,010 | $750 |
| pub. works - all other | $7,377 | $12,362 | $10,227 | $15,000 | $15,000 |
| athletic department revenue | | | | | |
| pub. welfare - all other | $57,318 | $17,137 | $15,108 | $10,000 | $5,000 |
| misc. all other schools cops school. | $3,289 | $85,305 | $282,235 | $120,000 | $300,000 |
| admin., conc. & fees | $204,892 | $186,105 | $221,893 | $150,000 | $175,000 |
| misc. - sundry other | | | | | |
| health flu vaccine fees | | | | | |
| demo. reimbur. | | | | | |
| Sub Total | $658,277 | $734,617 | $1,024,810 | $750,010 | $975,750 |
| **OTHER REVENUES** | | | | | |
| sale of fixed assets | $43,974 | $32,500 | $9,216 | $111,178 | $200,000 |
| miscellaneous revenues | $378,273 | $1,987,922 | $222,207 | $80,000 | $80,000 |
| fire - ERS share | $377,662 | $438,279 | $437,196 | $498,732 | $597,012 |
| police dept. - ERS share | $159,289 | $146,095 | $145,676 | $166,244 | $199,004 |
| dog fund reimbursement | | | | | |
| telephone access | $385,094 | $362,818 | $401,323 | $401,323 | $615,286 |
| PILOT-N.H. water | $215,700 | $214,557 | $214,274 | $254,267 | $275,000 |
| organic recycl. compost | $14,580 | $17,390 | $15,946 | $10,000 | $70,000 |
| housing authority pilot | $94,160 | | $190,491 | $100,000 | $100,000 |
| sewer fee collection exp. | | $27,583 | $27,583 | $27,583 | $27,583 |
| insurance & reimbursement | $171,972 | $150,460 | $224,861 | $200,000 | $200,000 |
| Sub Total | $1,840,702 | $3,377,604 | $1,888,771 | $1,849,327 | $2,363,885 |
| **OTHER FIN. SOURCES** | | | | | |
| contribution frm. sewer oper | $400,000 | $400,000 | $400,000 | $1,100,000 | $400,000 |
| contribution frm. fund bal. | $2,000,000 | | $78,000 | $3,300,750 | |
| Sub Total | $2,400,000 | $400,000 | $478,000 | $4,400,750 | $400,000 |
| **GRAND TOTAL** | **$106,135,179** | **$108,262,482** | **$111,276,730** | **$114,171,419** | **$119,528,763** |

# CITY OF WEST HAVEN
## 2002-03 ALLOCATION OF TAX DOLLARS

*Approximate Average Residential Property Tax Bill for City Services is $3,205*

**BOARD OF EDUCATION ($1,259)**
- EDUCATE OVER 7,400 STUDENTS
- 9 ELEMENTARY SCHOOLS
- 2 MIDDLE SCHOOLS
- 1 HIGH SCHOOLS
- SPECIAL EDUCATION
- BILINGUAL EDUCATION
- STUDENT TRANSPORTATION

**POLICE ($587)**
- 24 HOURS/DAY LAW ENFORCEMENT
- DRUG INVESTIGATION AND ENFORCEMENT
- STREET AND MARINE PATROL
- DETECTIVE BUREAU
- COMMUNICATIONS - ERS
- ANIMAL CONTROL
- COMMUNITY POLICING

**PUBLIC WORKS ($479)**
- GARBAGE COLLECTION AND DISPOSAL
- RECYCLING
- SNOW REMOVAL
- STREET MAINTENANCE AND PAVING
- TRAFFIC AND ENGINEERING
- HIGHWAY & PARK MAINTENANCE
- FLEET MANAGEMENT
- MAINTENANCE OF CITY'S BUILDINGS

**DEBT SERVICE ($504)**
- RETIREMENT OF CAPITAL IMPROVEMENT BONDS
- RETIREMENT OF CLEAN WATER FUND BONDS

**HUMAN RESOURCES ($99)**
- HEALTH DEPARTMENT
- VISITING NURSES ASSOCIATION
- WELFARE PREVENTION PROGRAMS
- SUMMER YOUTH PROGRAMS
- ADMINISTRATION OF ALL RECREATIONAL PROGRAMS
- ELDERLY SERVICES

**LIBRARY ($93)**
- MAIN LIBRARY AND TWO BRANCHES
- BOOKMOBILE
- BOOKS FOR PUBLIC CIRCULATION
- CHILDREN'S PROGRAMS
- AUDIO AND VIDEO MATERIALS FOR CIRCULATION
- PUBLIC ACCESS TO INTERNET

**FINANCE ($93)**
- ACCOUNTING & TREASURY
- TAX COLLECTOR'S OFFICE
- TAX ASSESSOR'S OFFICE
- BOARD OF ASSESSMENT APPEALS
- DATA PROCESSING
- PURCHASING & CENTRAL SERVICES
- RISK MANAGEMENT

**GENERAL GOVERNMENT ($85)**
- MAYOR'S OFFICE
- CITY CLERK VITAL STATISTIC RECORDS
- VOTER REGISTRATION
- LEGISLATIVE AND POLICY ANALYSIS
- CORPORATION COUNSEL
- PERSONNEL & LABOR RELATIONS
- PROBATE COURT
- SEALER OF WEIGHTS AND MEASURES

**PLANNING, ZONING, GRANTS ($6)**
- REGULATION OF CITY LAND USE
- IMPLEMENT PLANS OF DEVELOPMENT
- BUILDING INSPECTION
- APPROVAL AND ISSUANCE OF ALL BUILDING PERMITS
- HOUSING CODE ENFORCEMENT
- CITY GRANTS COORDINATOR
- INLAND WETLANDS AGENCY

AVERAGE TAX BILL = $3,205

Note: The above illustration refers to the amount of tax dollars allocated to each category. In several cases, departments generate their own revenue, which helps to offset the total tax dollars needed to finance their services. Thus, the amounts listed above do not reflect the total budget of each department. Rather, they reflect the total amount of tax dollars used to finance the services of each department.

## BUDGET SUMMARY AND PROPERTY TAX RATE CALCULATION

| | FY 2002 COUNCIL APPROVED BUDGET | FY 2002 COUNCIL REVISED BUDGET | DEPT REQ & REV REQ | BRD FINANCE MAYOR RECOMMEND | REVISED 2002 VS RECOMMEND 2002/03 |
|---|---|---|---|---|---|
| **EXPENDITURES** | | | | | |
| GENERAL GOVERNMENT | $1,811,295 | $1,816,625 | $1,982,885 | $1,593,870 | 2.26 |
| PLANN. & DEVEL. | $649,661 | $649,661 | $749,067 | $635,506 | 2.18 |
| FINANCE | $1,911,243 | $1,936,494 | $2,052,898 | $1,993,520 | 2.94 |
| PUBLIC SAFETY | $10,707,250 | $13,111,049 | $12,559,613 | $11,820,268 | 9.84 |
| PUBLIC WORKS | $9,263,212 | $9,263,334 | $9,825,996 | $9,136,126 | 1.37 |
| HUMAN RESOURCES | $2,047,442 | $2,058,712 | $2,153,659 | $1,938,968 | 5.82 |
| LIBRARY | $1,230,065 | $1,230,065 | $1,334,634 | $1,334,634 | 8.50 |
| BRD. OF ED. | $65,173,671 | $65,173,671 | $70,789,626 | $67,780,618 | 4.00 |
| OPERATING CHARGES | $19,994,562 | $19,994,562 | $22,396,246 | $21,909,253 | 9.58 |
| CONTINGENT | $800,000 | $2,068,127 | $986,000 | $1,386,000 | 32.98 |
| **TOTAL EXPENDITURES** | $113,588,401 | $117,302,300 | $124,830,624 | $119,528,763 | 1.90% |
| **LESS** | | | | | |
| NON-CURRENT TAXES | $6,070,000 | $6,070,000 | $6,070,000 | $9,589,178 | 57.98% |
| LICENSES | $388,200 | $388,200 | $388,200 | $485,500 | 25.06% |
| FINES & FORFEITS | $27,500 | $27,500 | $27,500 | $38,500 | 40.00% |
| USE OF MONEY | $1,575,000 | $1,575,000 | $1,575,000 | $773,000 | -50.92% |
| FROM OTHER AGENCIES | $43,443,802 | $43,443,802 | $42,705,762 | $44,528,163 | 2.50% |
| OTHER REVENUES | $1,128,559 | $1,128,559 | $1,427,522 | $2,363,885 | 109.46% |
| SERVICE CHARGES | $740,750 | $800,297 | $800,297 | $975,750 | 21.92% |
| OTHER FIN. SOURCES | $4,400,750 | $4,400,750 | $1,000,000 | $400,000 | -90.91% |
| **TOTAL NON-TAX REVENUES** | $57,774,561 | $57,834,108 | $53,994,281 | $59,153,976 | 2.28% |
| **AMOUNT TO BE RAISED BY TAXES** | $55,813,840 | $59,468,192 | $70,836,343 | $60,374,787 | 1.52% |
| RESERVE FOR ELDERLY CREDITS | $800,000 | $800,000 | $500,000 | $500,000 | -37.50% |
| **GROSS TAX LEVY** | $60,920,951.25 | $64,853,321.86 | $76,763,524.16 | $64,349,669.13 | -0.78% |
| **NET GRAND LIST** | $1,800,987,247 | $1,800,987,247 | $1,813,702,909 | $1,813,702,909 | 0.71% |
| **GENERAL FUND TAX RATE - MILLS** | 33.83 | 36.01 | 42.32 | 35.48 | -1.47% |
| **CAPITAL AND NON RECURRING FUND TAX RATE - MILLS** | 0.25 | 0.25 | 0.44 | 0.17 | -32.00% |
| **TOTAL MILL RATE** | 34.08 | 36.26 | 42.76 | 35.65 | -1.68% |

1:08 PM 3/20/02

15

legg

## SEWER USE FEE RATE CALCULATION

| | FY 2002 BUDGET | FY 2003 DEPARTMENT REQUEST | FY 2003 WPGC PROPOSED | PERCENT CHANGE |
|---|---|---|---|---|
| **EXPENDITURES** | | | | |
| TOTAL EXPENDITURES | $3,634,350 | $3,693,350 | $3,693,350 | 1.62% |
| **LESS** | | | | |
| PRIOR YEAR SEWER LEVY | $75,000 | $40,000 | $40,000 | -46.67% |
| INTEREST - CURRENT LEVY | $10,000 | $75,000 | $75,000 | 650.00% |
| INTEREST - DELINQUENT LEVY | $25,000 | $60,000 | $60,000 | 140.00% |
| SEPTAGE DISPOSAL | $6,000 | $15,000 | $15,000 | 150.00% |
| SLUDGE REVENUE | $0 | $0 | $0 | 0.00% |
| ORANGE SHARE | $150,000 | $150,000 | $150,000 | 0.00% |
| TOTAL NON-TAX REVENUES | $266,000 | $340,000 | $340,000 | 27.82% |
| AMOUNT TO BE RAISED BY SEWER USE FEE | $3,368,350 | $3,353,350 | $3,353,350 | -0.45% |
| RES. FOR UNCOLLECTED | $312,907 | $331,650 | $331,650 | 5.99% |
| GROSS SEWER USE LEVY | $3,681,257 | $3,685,000.00 | $3,685,000.00 | 0.10% |
| ESTIMATED # OF UNITS | 27500 | 27500 | 27500 | 0.00% |
| SEWER USE RATE | $134 | $134 | $134 | 0.00% |

WEST HAVEN VOICE >> MARCH 28, 2002



## OFFICE OF THE CITY COUNCIL

### LEGAL NOTICE

IN ACCORDANCE WITH THE CITY CHARTER, CHAPTER XIX, SECTION 4, THE CITY COUNCIL OF THE CITY OF WEST HAVEN WILL CONDUCT A PUBLIC HEARING ON MAYOR BORER'S RECOMMENDED BUDGET, SUMMARY ATTACHED, ON WEDNESDAY, APRIL 3, 2002 AT 7:00 P.M. IN THE AUDITORIUM OF THE MAY V. CARRIGAN MIDDLE SCHOOL, 2 TETLOW STREET, WEST HAVEN, AT WHICH TIME ANY ELECTOR OR TAXPAYER MAY HAVE AN OPPORTUNITY TO BE HEARD REGARDING APPROPRIATIONS FOR FISCAL YEAR JULY 1, 2002 TO JUNE 30, 2003.

*John T. Early*
JOHN T. EARLY
CLERK OF THE COUNCIL

JTE/dn
c.c.:  Mayor H. Richard Borer, Jr.
       Richard A. Legg, Finance Director
       Deborah Collins, City Clerk
       Michael Farrell, Corporation Counsel
       George Palermo, Superintendent of Schools
       Robert Guthrie, Chairman, Board of Education
       Paul Tortora, Deputy Superintendent of Schools

PLEASE PUBLISH IN THE VOICE ON THURSDAY, MARCH 28, 2002.

PLEASE BILL TO THE WEST HAVEN CITY COUNCIL, 355 MAIN STREET, WEST HAVEN, CT 06516

WEST HAVEN VOICE ☆ MARCH 28, 2002        Page 9