# DEPARTMENTAL ANALYSIS SHEET

**DEPARTMENT: REGISTRAR OF VOTERS**

| | |
|---|---|
| 2001-02 ADJUSTED BUDGET: $ 193,830.00 | 2002-03 REC'MD: $108,933 |
| INCREASE/(DECREASE): ($84,897.00) | PERCENT CHANGE (0.44)% |

## 2001-02 ACCOMPLISHMENTS

- Annual door to door canvass
- September Mayoral Primary
- November Municipal Election
- We registered approximately 1,000 new voters from September to November
- We began sending voters cards as to where they vote. 20,000 cards were sent completely by our office staff

## SUMMARY OF BUDGETARY CHANGES

- Our budget for the 2002-03 fiscal year is coming in approximately $500.00 under last year's amount.
- The only major change which we have in this budget is our machine certification
- This is a state mandate that all voting machines (50) be certified by our machine mechanics every four years. This is the year they are to be certified.

## 2002-03 GOALS

- We will once again conduct our annual canvass.
- We are anticipating that there may be Sept. primaries
- We will be working with the State of Conn. to input all redistricting changes into our computer
- We will also be making all corrections, changes and updated information we receive from DMV, the courts, and other towns and cities into our computer system and our files

44

Document7

**CITY OF WEST HAVEN, CONNECTICUT**
**DEPARTMENT PERSONNEL SUMMARY**

### REG. OF VOTERS

**F-T PERSONNEL SUMMARY**

| | FY 2000-01 ACTUAL | | FY 2001-02 ADJ. BUDGET | | FY 2002-03 REQUEST | | FY 2002-03 RECOM'D. | | FY 2002-03 APPROVED | FY 2002-03 VARIANCE | FY 2002-03 % CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | AMOUNT | # | AMOUNT | # | AMOUNT | # | AMOUNT | # AMOUNT | AMOUNT | AMOUNT |
| ADMIN. ASST. | 2 | $75,398 | 2 | $77,660 | 2 | $79,990 | 2 | $43,433 | | ($34,227) | -44% |
| DEPARTMENT/ACTIVITY TOTAL | 2 | $75,398 | 2 | $77,660 | 2 | $79,990 | 2 | $43,433 | | ($34,227) | -44% |

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 11300010 | REGISTRAR OF VOTERS | | | | | | | | |
| 11300010 51000 | REGULAR WAGES | 75377 | 77660 | 77660 | 40661 | 77660 | 79990 | 43433 | 0 |
| 11300010 51020 | DEPUTY REGISTRARS | 7867 | 8597 | 8597 | 5402 | 8597 | 8597 | 0 | 0 |
| 11300010 51030 | ASSISTANT REGISTRARS | 28517 | 29373 | 29373 | 27904 | 29373 | 29960 | 0 | 0 |
| 11300010 51350 | PART TIME - ELECTED | 22944 | 25000 | 25000 | 11562 | 25000 | 25000 | 25000 | 0 |
| 11300010 51400 | TEMPORARY PAYROLL | 37713 | 40000 | 39000 | 28636 | 40000 | 40000 | 30130 | 0 |
| 11300010 51500 | OVERTIME | 1449 | 1500 | 2500 | 2464 | 1500 | 1500 | 1500 | 0 |
| 11300010 52220 | OUTSIDE PRINTING SER | 0 | 5000 | 5000 | 7 | 0 | 0 | 0 | 0 |
| 11300010 52310 | CONVENTIONS & DUES | 0 | 550 | 550 | 0 | 550 | 550 | 0 | 0 |
| 11300010 52320 | SUBSCRIPTIONS & PERI | 550 | 150 | 150 | 0 | 200 | 200 | 0 | 0 |
| 11300010 52580 | EQUIPMENT MAINTENANC | 0 | 1000 | 1000 | 255 | 1000 | 1000 | 1000 | 0 |
| 11300010 53110 | OFFICE SUPPLIES | 379 | 2000 | 2000 | 320 | 1500 | 1500 | 500 | 0 |
| 11300010 53480 | FOOD | 1168 | 0 | 0 | 0 | 0 | 0 | 2370 | 0 |
| 11300010 55600 | VOTING MACHINES | 29 | 3000 | 3000 | 0 | 3000 | 5000 | 5000 | 0 |
| | | 175996 | 193830 | 193830 | 117213 | 188380 | 193297 | 108933 | 0 |