## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: TREASURER'S OFFICE

2001-02 ADJUSTED BUDGET: $ 7,600

INCREASE/(DECREASE): $ 0

2002-03 REC'MD: $ 7,600

PERCENT CHANGE: 0 %

### SUMMARY OF BUDGETARY CHANGES

- The Treasurer is an elected, charter-required position. The Treasurer is charged with the authority to oversee the City's cash accounts and investments, and is required to sign all checks on behalf of the City. The Treasurer also must execute bond issuance documents on behalf of the City.

### 2001-02 GOALS

- To stay abreast of changes in the investment community to ensure that the City is not exposed to losses, as other cities around the country have experienced.

### 2000-01 ACCOMPLISHMENTS

- Continued to refine the City's cash management activities to generate the maximum amount of interest income possible, within the safety and liquidity constraints imposed by the City's Investment Policy.

- Monitored the investment performance of the outside money managers who are charged with managing the assets of the Police Pension Trust fund.

SHEET17.DOC

58

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12000010 | TREASURER | | | | | | | | |
| 12000010 51350 | PART TIME - ELECTED | 7599 | 7600 | 7600 | 3799 | 7600 | 7600 | 7600 | |
| | | 7599 | 7600 | 7600 | 3799 | 7600 | 7600 | 7600 | |

# DEPARTMENTAL ANALYSIS SHEET

## DEPARTMENT: COMPTROLLER'S OFFICE

2001-02 ADJUSTED BUDGET: $ 555,573.

INCREASE/(DECREASE): $(2,523)

2001-02 REC'MD:$553,050.

PERCENT CHANGE: 0 %

## SUMMARY OF BUDGETARY CHANGES

- The Comptroller's Office is responsible for all financial operations of the City, including the following: payroll, accounts payable, accounts receivable, accounting and financial reporting, cash management, debt management, budgeting and financial forecasting and capital planning. The Director of Finance also oversees the functions of purchasing, risk management, data processing, tax assessment, and tax collection.

## 2001-02 GOALS

- To continue to improve the City's internal financial controls and reconciliation procedures.

- To further train departments in the use of the new financial system.

- Full implementation of GASB34

- Submit Financials to GFOA for accreditation/award

## 2001-02 ACCOMPLISHMENTS

- Strengthen the City's internal control system especially in the area of Bank reconciliation and posting of receipts to general ledger

- Streamlined procedures to provide for better financial reporting and eliminate duplication

- Strengthened internal auditing

- Reviewed City's Capital Projects and developed a plan for financing such projects along with budget and tax rate projections

SHEET18

60

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

**COMPTROLLERS**

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASST. FIN.DIR. | 1 | $57,188 | 1 | $55,104 | 1 | $58,714 | 1 | $58,714 | | | $3,610 | 7% |
| SR. ACCOUNTANT | 1 | $46,160 | 1 | $49,417 | 1 | $50,899 | 1 | $50,899 | | | $1,482 | 3% |
| ADMIN.CLK. 11 FIN. | 1 | $29,745 | 1 | $31,569 | 1 | $32,517 | 1 | $18,585 | | | ($12,984) | -41% |
| PAYROLL CLK. 111 | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | | | $1,178 | 3% |
| ACCTS. CLK. FIN. V | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | | | $1,178 | 3% |
| DIR.FIN./COMP. | 1 | $72,100 | 1 | $74,263 | 1 | $76,491 | 1 | $76,491 | | | $2,228 | 3% |
| FINANCE SEC. | | | | | 1 | $33,588 | 1 | $33,588 | | | $33,588 | 100% |
| ACCOUNTING CLERK | 1 | $26,272 | 1 | $27,060 | 1 | $27,871 | 1 | $27,871 | | | $811 | 3% |
| SEC. 1 | 1 | $30,854 | 1 | $31,780 | | | | | | | ($31,780) | -100% |
| BUDGET COORD. | 1 | $51,507 | 1 | $54,114 | 1 | $56,830 | 1 | $56,830 | | | $2,716 | 5% |
| DEPARTMENT/ACTIVITY TOTAL | 9 | $390,056 | 9 | $401,823 | 9 | $417,782 | 9 | $403,850 | | | $2,027 | 1% |

61

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12100010 | COMPTROLLER | | | | | | | | |
| 12100010 51000 | REGULAR WAGES | 388034 | 405623 | 405623 | 212954 | 405623 | 417782 | 403850 | |
| 12100010 51500 | OVERTIME | 3507 | 4000 | 4000 | 1052 | 4000 | 4000 | 4000 | |
| 12100010 52210 | PRINTING | 421 | 500 | 500 | 0 | 500 | 500 | 500 | |
| 12100010 52310 | CONVENTIONS & DUES | 515 | 3500 | 3500 | 1047 | 3500 | 3500 | 3500 | |
| 12100010 52320 | SUBSCRIPTIONS & PERI | 1033 | 1500 | 1500 | 721 | 1500 | 1500 | 1500 | |
| 12100010 52420 | FINANCIAL SERVICES | 15020 | 77000 | 77000 | 25600 | 77000 | 79000 | 79000 | |
| 12100010 52520 | OFFICE EQUIPMENT REP | 502 | 700 | 700 | 0 | 700 | 700 | 700 | |
| 12100010 52970 | EVICTION SERVICES | 70555 | 60000 | 60000 | 26257 | 60000 | 60000 | 60000 | |
| 12100010 53110 | OFFICE SUPPLIES | 2671 | 2750 | 2750 | 2174 | 2750 | 3000 | 0 | |
| | | 482261 | 555573 | 555573 | 269807 | 555573 | 569982 | 553050 | |

## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: PURCHASING OFFICE

2001-02 ADJUSTED BUDGET: $96,818

2002-03 REC'MD: $175,387

INCREASE/(DECREASE): $78,569

PERCENT CHANGE:  81 %

### SUMMARY OF BUDGETARY CHANGES

- The Purchasing Department is responsible for placing items out to competitive bid as requested by departments and required by the City Code.  Working with the using department, Purchasing prepares specs, advertises and opens bids, notifies bidders of the outcome of each bid, and coordinates the signing of contracts.  The Department also handles insurance certificates, bid bonds, and performance bonds.

### 2001-02 ACCOMPLISHMENTS

- Work closely with individual departments to facilitate the centralization of the purchasing process.

- Review and update vendor information on MUNIS system.

### 2002-03 GOALS

- Move the purchase requisition process to a paperless system with heavy use of credit card purchases.

- Encourage prospective bidders to bid on City projects, services, and commodities, and to encourage competition in City bids.

- Continue to review and update the City's standard bid specifications to protect the City's interests, and encourage competition and provide a " short form" process.

SHEET19

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

### PURCHASING

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOMD. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 CHANGE % AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASST. PURCH. AGENT | 1 | $45,327 | 1 | $43,559 | 1 | $48,088 | | | | | ($43,559) | -100.00% |
| PURCHASING SEC. | 1 | $31,660 | 1 | $32,609 | 1 | $33,587 | 1 | $33,587 | | | $978 | 3.00% |
| ASST. PURCH. AGENT | | | | | | | 1 | $56,200 | | | $56,200 | 100.00% |
| DEPARTMENT/ACTIVITY TOTAL | 2 | $76,987 | 2 | $76,168 | 2 | $81,675 | 2 | $89,787 | | | $13,619 | 18% |

64

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12100020 | PURCHASING DEPARTMENT | | | | | | | | |
| 12100020 51000 | REGULAR WAGES | 74632 | 77733 | 76233 | 39524 | 77733 | 81675 | 89787 | |
| 12100020 52210 | PRINTING | 328 | 710 | 710 | 0 | 710 | 710 | 500 | |
| 12100020 52250 | ADVERTISING | 8845 | 8600 | 18600 | 7687 | 15000 | 15000 | 20000 | |
| 12100020 52320 | SUBSCRIPTIONS & PERI | 25 | 100 | 100 | 0 | 100 | 100 | 0 | |
| 12100020 52520 | OFFICE EQUIPMENT REP | 0 | 150 | 150 | 70 | 150 | 150 | 100 | |
| 12100020 53110 | OFFICE SUPPLIES | 524 | 525 | 525 | 202 | 525 | 525 | 65000 | |
| 12100020 55190 | OTHER OFFICE EQUIPME | 161 | 500 | 500 | 0 | 500 | 500 | 0 | |
| | | 84517 | 88318 | 96818 | 47485 | 94718 | 98660 | 175387 | |

65

## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: RISK MANAGEMENT

2002-02 ADJUSTED BUDGET: $ 49,402.

INCREASE/(DECREASE): $ (48,502)

2002-03 REC'MD: $ 900.

PERCENT CHANGE (98) %

### SUMMARY OF BUDGETARY CHANGES

- Risk Management is responsible for managing all lines of risk. This includes property, casualty, general liability: worker's compensation; health insurance; and disability insurance. The objective of this unit is to lower the City's total cost of risk.

### 2001-02 GOALS

- Establish a return to work program during contract negotiations.

- Minimize claims through active investigation and a pro-active approach.

- Consolidate insurance administration within the function

### 2002-01 ACCOMPLISHMENTS

- Conducted safety inspections of City buildings.

- Conducted regular fire drills at City buildings.

- Trained employees in the use of MSDS books.

- Put City's liability insurance out to bid, resulting in lower premiums.

SHEET20.DOC

66

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

**RISK MGMT.**

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLMS.&LOSS CORD. | 1 | $46,797 | 1 | $48,202 | 1 | $49,648 | | | | | ($48,202) | -100% |
| DEPARTMENT/ACTIVITY TOTAL | 1 | $46,797 | 1 | $48,202 | 1 | $49,648 | | | | | ($48,202) | -100% |

67

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12100021 | RISK MANAGEMENT | | | | | | | | |
| 12100021 51000 | REGULAR WAGES | 46798 | 48202 | 48202 | 25027 | 48202 | 49648 | 0 | |
| 12100021 52210 | PRINTING | 0 | 100 | 100 | 0 | 100 | 100 | 0 | |
| 12100021 52310 | CONVENTIONS & DUES | 0 | 100 | 100 | 0 | 100 | 100 | 100 | |
| 12100021 52320 | SUBSCRIPTIONS & PERI | 845 | 800 | 800 | 139 | 800 | 800 | 800 | |
| 12100021 53110 | OFFICE SUPPLIES | 111 | 200 | 200 | 0 | 200 | 200 | 0 | |
| | | 47754 | 49402 | 49402 | 25166 | 49402 | 50848 | 900 | |

## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: DATA PROCESSING DEPARTMENT

2001-02 ADJUSTED BUDGET: $ 276,926.

INCREASE/(DECREASE): $ (19,706.)

2002-03 REC'MD: $ 257,220

PERCENT CHANGE: (7).0%

### 2001-02 ACCOMPLISHMENTS

- Performed all routine operations of the Data Processing Dept., including the processing of payroll for the City & Board of Ed.. operation of the financial systems for the Finance, Tax Collector and Assessor Offices and the operation of the Registrar of Voters system

### SUMMARY OF BUDGETARY CHANGES

- This Department operates the City's central computer system, and services the data processing needs of user departments.

### 2002-03 GOALS

- Full implementation of G.I.S. system, in conjunction with the Engineering Department.
- Straight integration of time clock to payroll system
- Development of web site, networking and PC support capability
- Seek to improve use of local area network to develop inter city email system.

SHEET21.DOC

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

**DATA PROCESSING**

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTING COORD. | 1 | $41,206 | 1 | $42,442 | 1 | $43,715 | 1 | $43,715 | | | $1,273 | 3% |
| DATAPROCESSING ADMIN. | 1 | $53,993 | 1 | $55,612 | 1 | $57,281 | 1 | $57,281 | | | $1,669 | 3% |
| DATA ENTRY OPER. | 1 | $31,660 | 1 | $32,610 | 1 | $33,588 | 1 | $33,588 | | | $978 | 3% |
| LEAD OPER.D.P | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | | | $1,178 | 3% |
| DEPARTMENT/ACTIVITY TOTAL | 4 | $164,974 | 4 | $169,922 | 4 | $175,020 | 4 | $175,020 | | | $5,098 | 3% |

70

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12200022 | DATA PROCESSING DEPARTMEN | | | | | | | | |
| 12200022 51000 | REGULAR WAGES | 164363 | 169875 | 169875 | 88134 | 169875 | 175020 | 175020 | |
| 12200022 51500 | OVERTIME | 4074 | 3500 | 4165 | 3541 | 3500 | 3500 | 3500 | |
| 12200022 52220 | OUTSIDE PRINTING SER | 13357 | 15000 | 16258 | 16258 | 15000 | 9000 | 9000 | |
| 12200022 52240 | BOOK BINDING | 486 | 3000 | 3000 | 0 | 3000 | 0 | 0 | |
| 12200022 52320 | SUBSCRIPTIONS & PERI | 91 | 500 | 500 | 15 | 500 | 500 | 500 | |
| 12200022 52330 | TRAINING AND EDUCATI | 233 | 1000 | 11071 | 11071 | 1000 | 1000 | 1000 | |
| 12200022 52460 | OUTSIDE DATA PROCESS | 677 | 4000 | 6856 | 6856 | 4000 | 4000 | 4000 | |
| 12200022 52510 | MAINTENANCE SERVICE | 18054 | 20000 | 20000 | 13893 | 20000 | 20000 | 20000 | |
| 12200022 52640 | RENTAL OF OFFICE EQU | 1632 | 1700 | 1700 | 798 | 1700 | 1700 | 1700 | |
| 12200022 52660 | SOFTWARE LICENSES | 28730 | 32500 | 32500 | 28934 | 32500 | 32500 | 32500 | |
| 12200022 53110 | OFFICE SUPPLIES | 253 | 1000 | 1000 | 192 | 1000 | 1000 | 0 | |
| 12200022 53120 | DATA PROCESSING SUPP | 9459 | 10000 | 10000 | 2280 | 10000 | 10000 | 10000 | |
| 12200022 55170 | OTHER DATA PROCESSIN | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 241413 | 262075 | 276926 | 171975 | 262075 | 258220 | 257220 | |

71

# DEPARTMENTAL ANALYSIS SHEET

### DEPARTMENT: CENTRAL SERVICES

2001-02 ADJUSTED BUDGET: $ 260,183

INCREASE/(DECREASE): $ 50,753

2002-03 REC'MD $ 310,936.

PERCENT CHANGE: 20.0 %

## SUMMARY OF BUDGETARY CHANGES

- This department operates the City's central printing shop and City Hall mail service.

## 2001-02 GOALS

- Development of printing capability to enterprise fund making "profit".

## 2000-01 ACCOMPLISHMENTS

- Completed retirement of offset press moving to Risograph System

SHEET22.DOC

72

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

**CENTRAL SERVS.**

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMIN. ASST. | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | | | $1,178 | 3% |
| DEPARTMENT/ACTIVITY TOTAL | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | | | $1,178 | 3% |

73

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12200023 | CENTRAL SERVICES | | | | | | | | |
| 12200023 51000 | REGULAR WAGES | 38115 | 39258 | 39258 | 20384 | 39258 | 40436 | 40436 | |
| 12200023 51500 | OVERTIME | 136 | 20400 | 20400 | 10934 | 20400 | 20400 | 15000 | |
| 12200023 52010 | POSTAGE | 78903 | 85800 | 85800 | 24252 | 85800 | 85800 | 85800 | |
| 12200023 52570 | OTHER REPAIRS & MAIN | 5117 | 6000 | 6000 | 1519 | 6000 | 6000 | 6000 | |
| 12200023 52670 | COPIER RENTAL | 61432 | 61000 | 61000 | 9485 | 61000 | 61000 | 61000 | |
| 12200023 52810 | VETERANS MEMORIAL DA | 5548 | 6000 | 6000 | 175 | 6000 | 6000 | 6000 | |
| 12200023 52840 | BAND CONCERTS | 14844 | 15000 | 15000 | 11700 | 15000 | 15000 | 15000 | |
| 12200023 52850 | HOLIDAY FESTIVITIES | 6213 | 11700 | 11700 | 6919 | 11700 | 11700 | 11700 | |
| 12200023 53150 | COPIER SUPPLIES | 1541 | 2000 | 2000 | 861 | 2000 | 3000 | 3000 | |
| 12200023 53160 | OFFSET MACHINE SUPPL | 7561 | 6000 | 6000 | 5198 | 6000 | 6000 | 6000 | |
| 12200023 53490 | OTHER OPERATING SUPP | 350 | 525 | 525 | 400 | 525 | 525 | 56000 | |
| 12200023 55190 | OTHER OFFICE EQUIPME | 0 | 1500 | 1500 | 385 | 1500 | 1500 | 0 | |
| 12200023 56330 | FIREWORKS | 0 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | |
| | | 219764 | 260183 | 260183 | 97216 | 260183 | 262361 | 310936 | |

# DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: TAX ASSESSMENT DEPARTMENT

2001-02 ADJUSTED BUDGET: $ 350,384.

INCREASE/(DECREASE): $ (12,168.)

2002-03 REC'MD: $ 338,216.

PERCENT CHANGE(3).0 %

## SUMMARY OF BUDGETARY CHANGES

- This department is responsible for assessing all taxable property in the City of West Haven and administering State mandated exemption programs.

## 2002-03 GOALS

- Install and maintain GIS conversion in conjunction with city departments and CAMA/Vision software

- Acquire and train technical staff on new CAMA/GIS systems

- Increase assessment education for staff technician certification, AAT Program and recertification credits
- Develop Succession Plan

## 2001-02 ACCOMPLISHMENTS

- Continued growth in personal property and in motor vehicles.

- Computer upgrades have increased our ability to process our work more quickly and thoroughly.

- Processing assessments and exemption programs for 4 different entities - the City and 3 Fire Districts .

SHEET24.DOC

75

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

### TAX ASSESSMENT

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 CHANGE % AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSESSOR | 1 | $57,531 | 1 | $59,256 | 1 | $68,400 | 1 | $61,033 | | | $1,777 | 3% |
| CERT DEP.ASSOR. | 1 | $56,320 | 1 | $58,010 | 1 | $60,330 | 1 | $59,750 | | | $1,740 | 3% |
| DEP.ASSESSOR | | | | | 1 | $54,600 | | | | | | #DIV/0! |
| ADMIN. ASST. | 1 | $37,200 | 1 | $39,258 | 1 | $42,040 | 1 | $42,040 | | | $2,782 | 7% |
| ASST. ASSESSOR | 1 | $40,070 | 1 | $41,271 | 1 | $44,600 | 1 | $44,600 | | | $3,329 | 8% |
| ADMIN. ASST.II | 1 | $32,660 | 1 | $32,610 | 1 | $35,290 | 1 | $35,290 | | | $2,680 | 8% |
| ASSESSOR AIDE SR. | 1 | $31,660 | 1 | $32,610 | 1 | $34,600 | 1 | $34,600 | | | $1,990 | 6% |
| ASSESSOR AIDE | 2 | $54,307 | 2 | $59,069 | 2 | $61,806 | 1 | $30,903 | | | ($28,166) | -48% |
| DEPARTMENT/ACTIVITY TOTAL | 8 | $309,748 | 8 | $322,084 | 9 | $401,666 | 8 | $308,216 | | | ($13,868) | -4% |

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12300010 | ASSESSMENT | | | | | | | | |
| 12300010 51000 | REGULAR WAGES | 308221 | 322084 | 322084 | 165697 | 322084 | 401666 | 308216 | |
| 12300010 51500 | OVERTIME | 13144 | 5000 | 8900 | 7604 | 8000 | 10000 | 8500 | |
| 12300010 52210 | PRINTING | 2117 | 3000 | 3000 | 483 | 3000 | 9000 | 9000 | |
| 12300010 52250 | ADVERTISING | 0 | 300 | 300 | 0 | 300 | 300 | 0 | |
| 12300010 52280 | MAP PRINTING | 3500 | 3500 | 3500 | 0 | 4000 | 4000 | 3500 | |
| 12300010 52310 | CONVENTIONS & DUES | 1727 | 2000 | 2000 | 432 | 2000 | 2500 | 1500 | |
| 12300010 52330 | TRAINING AND EDUCATI | 2621 | 2600 | 2600 | 115 | 2000 | 3000 | 2500 | |
| 12300010 52480 | OTHER PROFESSIONAL S | 2537 | 3500 | 1500 | 784 | 3200 | 4000 | 2500 | |
| 12300010 52510 | MAINTENANCE SERVICE | 0 | | 0 | 0 | 0 | 0 | 0 | |
| 12300010 52520 | OFFICE EQUIPMENT REP | 6133 | 3500 | 3500 | 308 | 3800 | 2500 | 2500 | |
| 12300010 53110 | OFFICE SUPPLIES | 2455 | 3000 | 3000 | 1288 | 3000 | 3200 | 0 | |
| | | 342456 | 348484 | 350384 | 176714 | 351384 | 440166 | 338216 | |

# DEPARTMENTAL ANALYSIS SHEET

## DEPARTMENT: BOARD OF TAX APPEALS

2001-02 ADJUSTED BUDGET: $ 5,900

INCREASE/(DECREASE): $ 350.

2002-03 REC'MD:$ 6,250.

PERCENT CHANGE: 6%

## 2001-02 ACCOMPLISHMENTS

## SUMMARY OF BUDGETARY CHANGES

- The Board of Assessment Appeals consists of three elected members and is established by State law to hear appeals on assessments.

- There are no significant changes in this budget.

## 2002-03 GOALS

SHEET23.DOC

| ACCOUNT # | DESCRIPTION | 2000-2001 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-03 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12300025 | BOARD OF TAX APPEALS | | | | | | | | |
| 12300025 51500 | OVERTIME | 3422 | 2000 | 2000 | 467 | 3500 | 3500 | 3000 | |
| 12300025 52250 | ADVERTISING | 88 | 900 | 900 | 63 | 900 | 900 | 250 | |
| 12300025 52760 | STIPENDS | 3000 | 3000 | 3000 | 0 | 3000 | 3000 | 3000 | |
| | | 6510 | 5900 | 5900 | 530 | 7400 | 7400 | 6250 | |

# DEPARTMENTAL ANALYSIS SHEET

## DEPARTMENT: TAX COLLECTION

2001-02 ADJUSTED BUDGET: $ 333,708.

2002-03 REC'MD:$ 343,961.

INCREASE/(DECREASE): $ 10,253.

PERCENT CHANGE 3%

### SUMMARY OF BUDGETARY CHANGES

- This department is responsible for the collection of all taxes, sewer assessments and sewer use fees.

### 2002-03 GOALS

- Greater effort on collection of delinquent taxes.
- Use of third party collections for real estate
- Use of third party collections for motor vehicles
- Use of third party collections for personal property

### 2001-02 ACCOMPLISHMENTS

SHEET25.DOC

80