# DEPARTMENTAL ANALYSIS SHEET

### DEPARTMENT: REGISTRAR OF VOTERS

| | |
|---|---|
| 2001-02 ADJUSTED BUDGET: $193,830.00 | 2002-03 APPROVED: $115,783 |
| INCREASE/(DECREASE): ($78,047) | PERCENT CHANGE (40.3)% |

| 2001-02 ACCOMPLISHMENTS | 2002-03 GOALS |
|---|---|
| • Annual door to door canvass<br>• September Mayoral Primary<br>• November Municipal Election<br>• We registered approximately 1,000 new voters from September to November<br>• We began sending voters cards as to where they vote. 20,000 cards were sent completely by our office staff | • We will once again conduct our annual canvass.<br>• We are anticipating that there may be Sept. primaries<br>• We will be working with the State of Conn. to input all redistricting changes into our computer<br>• We will also be making all corrections, changes and updated information we receive from DMV, the courts, and other towns and cities into our computer system and our files |

| SUMMARY OF BUDGETARY CHANGES | |
|---|---|
| | |

SHEET07

44

CITY OF WEST HAVEN, CONNECTICUT
DEPARTMENT PERSONNEL SUMMARY

| REG. OF VOTERS F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL | | FY 2001-02 ADJ. BUDGET | | FY 2002-03 REQUEST | | FY 2002-03 RECOM'D. | | FY 2002-03 APPROVED | | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | AMOUNT | # | AMOUNT | # | AMOUNT | # | AMOUNT | # | AMOUNT | | |
| ADMIN. ASST. | 2 | $75,398 | 2 | $77,660 | 2 | $79,990 | 2 | $43,433 | 2 | $43,434 | ($34,226) | -44% |
| DEPARTMENT/ACTIVITY TOTAL | 2 | $75,398 | 2 | $77,660 | 2 | $79,990 | 2 | $43,433 | 2 | $43,434 | ($34,226) | -44% |

45

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 11300010 | REGISTRAR OF VOTERS | | | | | | | | |
| 11300010 | 51000 REGULAR WAGES | 75,377 | 77,660 | 77,660 | 40,662 | 77,660 | 79,990 | 43,433 | 43,433 |
| 11300010 | 51020 DEP REGISTRAR | 7,868 | 8,597 | 8,597 | 5,403 | 8,597 | 8,597 | 0 | 8,597 |
| 11300010 | 51030 ASST. REGISTRARS | 28,517 | 29,373 | 29,373 | 27,904 | 29,373 | 29,960 | 0 | 0 |
| 11300010 | 51350 PART TIME ELECTED | 22,944 | 25,000 | 25,000 | 11,562 | 25,000 | 25,000 | 25,000 | 25,000 |
| 11300010 | 51400 TEMPORARY PAYROLL | 37,713 | 40,000 | 40,000 | 28,636 | 40,000 | 40,000 | 30,130 | 30,130 |
| 11300010 | 51500 OVERTIME | 1,450 | 1,500 | 1,500 | 2,464 | 1,500 | 1,500 | 1,500 | 368 |
| 11300010 | 52220 OUTSIDE PRINTING | 0 | 5,000 | 5,000 | 7 | 0 | 0 | 0 | 0 |
| 11300010 | 52310 CONVENTIONS & DUES | 550 | 550 | 550 | 0 | 550 | 550 | 0 | 550 |
| 11300010 | 52320 SUBSCRIPTIONS | 0 | 150 | 150 | 0 | 200 | 200 | 0 | 200 |
| 11300010 | 52580 EQUIPMENT MAINTENANCE | 380 | 1,000 | 1,000 | 255 | 1,000 | 1,000 | 1,000 | 985 |
| 11300010 | 53110 OFFICE SUPPLIES | 1,169 | 2,000 | 2,000 | 320 | 1,500 | 1,500 | 500 | 985 |
| 11300010 | 53480 FOOD | 0 | 0 | 0 | 0 | 0 | 0 | 2,370 | 610 |
| 11300010 | 55600 VOTING MACHINES | 29 | 3,000 | 3,000 | 0 | 3,000 | 5,000 | 5,000 | 4,925 |
| | TOTAL REGISTRAR OF VOTERS | 175,997 | 193,830 | 193,830 | 117,214 | 188,380 | 193,297 | 108,933 | 115,783 |

46