# DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: TREASURER'S OFFICE

2001-02 ADJUSTED BUDGET: $ 7,600

2002-03 APPROVED: $ 7,600

INCREASE/(DECREASE): $ 0

PERCENT CHANGE:  0 %

## SUMMARY OF BUDGETARY CHANGES

- The Treasurer is an elected, charter-required position. The Treasurer is charged with the authority to oversee the City's cash accounts and investments, and is required to sign all checks on behalf of the City. The Treasurer also must execute bond issuance documents on behalf of the City.

## 2002-03 GOALS

- To stay abreast of changes in the investment community to ensure that the City is not exposed to losses, as other cities around the country have experienced.

## 2001-02 ACCOMPLISHMENTS

- Continued to refine the City's cash management activities to generate the maximum amount of interest income possible, within the safety and liquidity constraints imposed by the City's Investment Policy.

- Monitored the investment performance of the outside money managers who are charged with managing the assets of the Police Pension Trust fund.

SHEET7

58

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12000010 | TREASURER | | | | | | | | |
| 12000010 | 51350 PART TIME ELECTED | 7,600 | 7,600 | 7,600 | 3,800 | 7,600 | 7,600 | 7,600 | 7,600 |
| | TOTAL TREASURER | 7,600 | 7,600 | 7,600 | 3,800 | 7,600 | 7,600 | 7,600 | 7,600 |

## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: COMPTROLLER'S OFFICE

2001-02 ADJUSTED BUDGET: $ 555,573

INCREASE/(DECREASE): $(5,633)

2002-03 APPROVED:$549,940

PERCENT CHANGE: (1.0 )%

### SUMMARY OF BUDGETARY CHANGES

- The Comptroller's Office is responsible for all financial operations of the City, including the following: payroll, accounts payable, accounts receivable, accounting and financial reporting, cash management, debt management, budgeting and financial forecasting and capital planning. The Director of Finance also oversees the functions of purchasing, risk management, data processing, tax assessment, and tax collection.

### 2002-03 GOALS

- To continue to improve the City's internal financial controls and reconciliation procedures.

- To further train departments in the use of the new financial system.

- Full implementation of GASB34

- Submit Financials to GFOA for accreditation/award

### 2001-02 ACCOMPLISHMENTS

- Strengthen the City's internal control system especially in the area of Bank reconciliation and posting of receipts to general ledger

- Streamlined procedures to provide for better financial reporting and eliminate duplication

- Strengthened internal auditing

- Reviewed City's Capital Projects and developed a plan for financing such projects along with budget and tax rate projections

SHEET18

60

CITY OF WEST HAVEN, CONNECTICUT
DEPARTMENT PERSONNEL SUMMARY

**COMPTROLLERS**

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASST. FIN.DIR. | 1 | $57,188 | 1 | $55,104 | 1 | $58,714 | 1 | $58,714 | 1 | $58,714 | $3,610 | 7% |
| SR. ACCOUNTANT | 1 | $46,160 | 1 | $49,417 | 1 | $50,899 | 1 | $50,899 | 1 | $50,899 | $1,482 | 3% |
| ADMIN.CLK. 11 FIN. | 1 | $29,745 | 1 | $31,569 | 1 | $32,517 | 1 | $18,585 | 1 | $18,585 | ($12,984) | -41% |
| PAYROLL CLK. 111 | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | 1 | $40,436 | $1,178 | 3% |
| ACCTS. CLK. FIN. V | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | 1 | $40,436 | $1,178 | 3% |
| DIR.FIN./COMP. | 1 | $72,100 | 1 | $74,263 | 1 | $76,491 | 1 | $76,491 | 1 | $76,491 | $2,228 | 3% |
| FINANCE SEC. | | | | | 1 | $33,588 | 1 | $33,588 | 1 | $33,588 | $33,588 | 100% |
| ACCOUNTING CLERK | 1 | $26,272 | 1 | $27,060 | 1 | $27,871 | 1 | $27,871 | 1 | $27,871 | $811 | 3% |
| SEC. 1 | 1 | $30,854 | 1 | $31,780 | | | | | | | ($31,780) | -100% |
| BUDGET COORD. | 1 | $51,507 | 1 | $54,114 | 1 | $56,830 | 1 | $56,830 | 1 | $56,830 | $2,716 | 5% |
| **DEPARTMENT/ACTIVITY TOTAL** | 9 | $390,056 | 9 | $401,823 | 9 | $417,782 | 9 | $403,850 | 9 | $403,850 | $2,027 | 1% |

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12100010 | COMPTROLLER | | | | | | | | |
| 12100010 | 51000 REGULAR WAGES | 388,035 | 405,623 | 405,623 | 212,954 | 405,623 | 417,782 | 403,850 | 403,850 |
| 12100010 | 51500 OVERTIME | 3,507 | 4,000 | 4,000 | 1,053 | 4,000 | 4,000 | 4,000 | 985 |
| 12100010 | 52210 PRINTING | 422 | 500 | 500 | 0 | 500 | 500 | 500 | 492 |
| 12100010 | 52310 CONVENTIONS & DUES | 515 | 3,500 | 3,500 | 1,047 | 3,500 | 3,500 | 3,500 | 3,447 |
| 12100010 | 52320 SUBSCRIPTIONS | 1,034 | 1,500 | 1,500 | 722 | 1,500 | 1,500 | 1,500 | 1,477 |
| 12100010 | 52420 FINANCIAL SERVICES | 15,020 | 77,000 | 77,000 | 25,600 | 77,000 | 79,000 | 79,000 | 79,000 |
| 12100010 | 52520 EQUIPMENT REPAIR | 502 | 700 | 700 | 0 | 700 | 700 | 700 | 689 |
| 12100010 | 52970 EVICTION SERVICES | 70,555 | 60,000 | 60,000 | 26,257 | 60,000 | 60,000 | 60,000 | 60,000 |
| 12100010 | 53110 OFFICE SUPPLIES | 2,672 | 2,750 | 2,750 | 2,174 | 2,750 | 3,000 | 0 | 0 |
| | TOTAL COMPTROLLER | 482,262 | 555,573 | 555,573 | 269,807 | 555,573 | 569,982 | 553,050 | 549,940 |

## DEPARTMENTAL ANALYSIS SHEET

### DEPARTMENT: PURCHASING OFFICE

2001-02 ADJUSTED BUDGET: $96,818

2002-03 APPROVED: $168,287

INCREASE/(DECREASE): $71,469

PERCENT CHANGE: 73.8 %

### 2001-02 ACCOMPLISHMENTS

- Work closely with individual departments to facilitate the centralization of the purchasing process.

- Review and update vendor information on MUNIS system.

### SUMMARY OF BUDGETARY CHANGES

- The Purchasing Department is responsible for placing items out to competitive bid as requested by departments and required by the City Code. Working with the using department, Purchasing prepares specs, advertises and opens bids, notifies bidders of the outcome of each bid, and coordinates the signing of contracts. The Department also handles insurance certificates, bid bonds, and performance bonds.

### 2002-03 GOALS

- Move the purchase requisition process to a paperless system with heavy use of credit card purchases.

- Encourage prospective bidders to bid on City projects, services, and commodities, and to encourage competition in City bids.

- Continue to review and update the City's standard bid specifications to protect the City's interests, and encourage competition and provide a " short form" process.

SHEET19

63

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

**PURCHASING**

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASST. PURCH. AGENT | 1 | $45,327 | 1 | $43,559 | 1 | $48,088 | | | | | ($43,559) | -100.00% |
| PURCHASING SEC. | 1 | $31,660 | 1 | $32,609 | 1 | $33,587 | 1 | $33,587 | 1 | $33,587 | $978 | 3.00% |
| ASST. PURCH./RISK MGR. | | | | | | | 1 | $56,200 | 1 | $56,200 | $56,200 | 100.00% |
| DEPARTMENT/ACTIVITY TOTAL | 2 | $76,987 | 2 | $76,168 | 2 | $81,675 | 2 | $89,787 | 2 | $89,787 | $13,619 | 18% |

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12100020 | PURCHASING DEPARTMENT | | | | | | | | |
| 12100020 | 51000 REGULAR WAGES | 74,633 | 77,733 | 76,233 | 39,525 | 77,733 | 81,675 | 89,787 | 89,787 |
| 12100020 | 52210 PRINTING | 328 | 710 | 710 | 0 | 710 | 710 | 500 | 492 |
| 12100020 | 52250 ADVERTISING | 8,845 | 8,600 | 18,600 | 7,688 | 15,000 | 15,000 | 20,000 | 20,000 |
| 12100020 | 52320 SUBSCRIPTIONS | 25 | 100 | 100 | 0 | 100 | 100 | 0 | 0 |
| 12100020 | 52520 EQUIPMENT REPAIR | 0 | 150 | 150 | 71 | 150 | 150 | 100 | 98 |
| 12100020 | 53110 OFFICE SUPPLIES | 525 | 525 | 525 | 202 | 525 | 525 | 65,000 | 57,910 |
| 12100020 | 55190 OTHR.EQUIP. | 161 | 500 | 500 | 0 | 500 | 500 | 0 | 0 |
| | TOTAL PURCHASING DEPARTMENT | 84,517 | 88,318 | 96,818 | 47,486 | 94,718 | 98,660 | 175,387 | 168,287 |

## DEPARTMENTAL ANALYSIS SHEET

### DEPARTMENT: RISK MANAGEMENT

**2002-02 ADJUSTED BUDGET: $ 49,402.**

**INCREASE/(DECREASE): $ (48,516)**

**2002-03 APPROVED:$ 886**

**PERCENT CHANGE (98) %**

### SUMMARY OF BUDGETARY CHANGES

- Risk Management is responsible for managing all lines of risk. This includes property, casualty, general liability: worker's compensation; health insurance; and disability insurance. The objective of this unit is to lower the City's total cost of risk.

### 2001-02 GOALS

- Establish a return to work program during contract negotiations.

- Minimize claims through active investigation and a pro-active approach.

- Consolidate insurance administration within the function

### 2002-01 ACCOMPLISHMENTS

- Conducted safety inspections of City buildings.

- Conducted regular fire drills at City buildings.

- Trained employees in the use of MSDS books.

- Put City's liability insurance out to bid, resulting in lower premiums.

SHEET20

66

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

**RISK MGMT.**

**F-T PERSONNEL SUMMARY**

| | FY 2000-01 ACTUAL | | FY 2001-02 ADJ. BUDGET | | FY 2002-03 REQUEST | | FY 2002-03 RECOMTD. | | FY 2002-03 APPROVED | | FY 2002-03 VARIANCE | FY 2002-03 % CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | AMOUNT | # | AMOUNT | # | AMOUNT | # | AMOUNT | # | AMOUNT | AMOUNT | AMOUNT |
| CLMS.&LOSS CORD. | 1 | $46,797 | 1 | $48,202 | 1 | $49,648 | | | | | ($48,202) | -100% |
| DEPARTMENT/ACTIVITY TOTAL | 1 | $46,797 | 1 | $48,202 | 1 | $49,648 | | | | | ($48,202) | -100% |

67

ACCOUNT #    DESCRIPTION

12100021    RISK MANAGEMENT

| Account # | Description | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12100021 | 51000 REGULAR WAGES | 46,798 | 48,202 | 48,202 | 25,028 | 48,202 | 49,648 | 0 | 0 |
| 12100021 | 52210 PRINTING | 0 | 100 | 100 | 0 | 100 | 100 | 0 | 0 |
| 12100021 | 52310 CONVENTIONS & DUES | 0 | 100 | 100 | 0 | 100 | 100 | 100 | 98 |
| 12100021 | 52320 SUBSCRIPTIONS | 845 | 800 | 800 | 139 | 800 | 800 | 800 | 788 |
| 12100021 | 53110 OFFICE SUPPLIES | 112 | 200 | 200 | 0 | 200 | 200 | 0 | 0 |
| | TOTAL RISK MANAGEMENT | 47,755 | 49,402 | 49,402 | 25,167 | 49,402 | 50,848 | 900 | 886 |

68

## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: DATA PROCESSING DEPARTMENT

2001-02 ADJUSTED BUDGET: $ 276,926.

INCREASE/(DECREASE): $ (79,919.)

2002-03  APPROVED:  $ 197,007.

PERCENT CHANGE:  (28.9). %

### 2001-02 ACCOMPLISHMENTS

- Performed all routine operations of the Data Processing Dept., including the processing of payroll for the City & Board of Ed., operation of the financial systems for the Finance, Tax Collector and Assessor Offices and the operation of the Registrar of Voters system

### SUMMARY OF BUDGETARY CHANGES

- This Department operates the City's central computer system, and services the data processing needs of user departments.

### 2002-03 GOALS

- Full implementation of G.I.S. system, in conjunction with the Engineering Department.
- Straight integration of time clock to payroll system
- Development of web site, networking and PC support capability
- Seek to improve use of local area network to develop inter city email system.

SHEET21

69

## CITY OF WEST HAVEN, CONNECTICUT
## DEPARTMENT PERSONNEL SUMMARY

**DATA PROCESSING**

| F-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOMD. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTING COORD. | 1 | $41,206 | 1 | $42,442 | 1 | $43,715 | 1 | $43,715 | 1 | $43,715 | $1,273 | 3% |
| DATAPROCESSING ADMIN. | 1 | $53,993 | 1 | $55,612 | 1 | $57,281 | 1 | $57,281 | | | ($55,612) | -100% |
| DATA ENTRY OPER. | 1 | $31,660 | 1 | $32,610 | 1 | $33,588 | 1 | $33,588 | 1 | $33,588 | $978 | 3% |
| LEAD OPER.D.P. | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | 1 | $40,436 | $1,178 | 3% |
| DEPARTMENT/ACTIVITY TOTAL | 4 | $164,974 | 4 | $169,922 | 4 | $175,020 | 4 | $175,020 | 3 | $117,739 | ($52,183) | -31% |

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMMD BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12200022 | **DATA PROCESSING DEPARTMENT** | | | | | | | | |
| 12200022 | 51000 REGULAR WAGES | 164,363 | 169,875 | 169,875 | 88,134 | 169,875 | 175,020 | 175,020 | 117,739 |
| 12200022 | 51500 OVERTIME | 4,075 | 3,500 | 4,165 | 3,542 | 3,500 | 3,500 | 3,500 | 861 |
| 12200022 | 52220 OUTSIDE PRINTING | 13,357 | 15,000 | 16,258 | 16,259 | 15,000 | 9,000 | 9,000 | 8,865 |
| 12200022 | 52240 BOOK BINDING | 487 | 3,000 | 3,000 | 0 | 3,000 | 0 | 0 | 0 |
| 12200022 | 52320 SUBSCRIPTIONS | 92 | 500 | 500 | 15 | 500 | 500 | 500 | 492 |
| 12200022 | 52330 TRAINING | 233 | 1,000 | 1,000 | 11,071 | 1,000 | 1,000 | 1,000 | 1,000 |
| 12200022 | 52460 DATA PROC. | 677 | 4,000 | 6,856 | 6,856 | 4,000 | 4,000 | 4,000 | 4,000 |
| 12200022 | 52510 MAINTENANCE SERVICES | 18,055 | 20,000 | 20,000 | 13,893 | 20,000 | 20,000 | 20,000 | 20,000 |
| 12200022 | 52640 OFFICE EQUIP RENTAL | 1,633 | 1,700 | 1,700 | 798 | 1,700 | 1,700 | 1,700 | 1,700 |
| 12200022 | 52660 SOFTWARE LICENSES | 28,730 | 32,500 | 32,500 | 28,934 | 32,500 | 32,500 | 32,500 | 32,500 |
| 12200022 | 53110 OFFICE SUPPLIES | 253 | 1,000 | 1,000 | 192 | 1,000 | 1,000 | 0 | 0 |
| 12200022 | 53120 DP SUPPLIES | 9,459 | 10,000 | 10,000 | 2,281 | 10,000 | 10,000 | 10,000 | 9,850 |
| | **TOTAL DATA PROCESSING DEPARTMENT** | 241,414 | 262,075 | 276,925 | 171,975 | 262,075 | 258,220 | 257,220 | 197,007 |

71

## DEPARTMENTAL ANALYSIS SHEET

### DEPARTMENT: CENTRAL SERVICES

2001-02 ADJUSTED BUDGET: $ 260,183

2002-03 APPROVED $ 293,565

INCREASE/(DECREASE): $ 33,382

PERCENT CHANGE: 12.8 %

### 2000-01 ACCOMPLISHMENTS

- Completed retirement of offset press moving to Risograph System

### SUMMARY OF BUDGETARY CHANGES

- This department operates the City's central printing shop and City Hall mail service.

### 2001-02 GOALS

- Development of printing capability to enterprise fund making "profit".

SHEET22

CITY OF WEST HAVEN, CONNECTICUT
DEPARTMENT PERSONNEL SUMMARY

**CENTRAL SERVS.**

**F-T PERSONNEL SUMMARY**

| | FY 2000-01 ACTUAL | | FY 2001-02 ADJ. BUDGET | | FY 2002-03 REQUEST | | FY 2002-03 RECOMD. | | FY 2002-03 APPROVED | | FY 2002-03 VARIANCE | FY 2002-03 % CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | AMOUNT | # | AMOUNT | # | AMOUNT | # | AMOUNT | # | AMOUNT | AMOUNT | AMOUNT |
| ADMIN. ASST. | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | 1 | $40,436 | $1,178 | 3% |
| DEPARTMENT/ACTIVITY TOTAL | 1 | $38,115 | 1 | $39,258 | 1 | $40,436 | 1 | $40,436 | 1 | $40,436 | $1,178 | 3% |

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12200023 | CENTRAL SERVICES | | | | | | | | |
| 12200023 | 51000 REGULAR WAGES | 38,115 | 39,258 | 39,258 | 20,384 | 39,258 | 40,436 | 40,436 | 40,436 |
| 12200023 | 51500 OVERTIME | 136 | 20,400 | 20,400 | 10,934 | 20,400 | 20,400 | 15,000 | 3,684 |
| 12200023 | 52010 POSTAGE | 78,903 | 85,800 | 85,800 | 24,252 | 85,800 | 85,800 | 85,800 | 85,800 |
| 12200023 | 52570 OTHER REPAIRS | 5,117 | 6,000 | 6,000 | 1,520 | 6,000 | 6,000 | 6,000 | 5,910 |
| 12200023 | 52670 COPIER RENTAL | 61,432 | 61,000 | 61,000 | 9,485 | 61,000 | 61,000 | 61,000 | 61,000 |
| 12200023 | 52810 MEMORIAL DAY PARADE | 5,549 | 6,000 | 6,000 | 175 | 6,000 | 6,000 | 6,000 | 6,000 |
| 12200023 | 52840 BAND CONCERTS | 14,845 | 15,000 | 15,000 | 11,700 | 15,000 | 15,000 | 15,000 | 15,000 |
| 12200023 | 52850 HOLIDAY FESTIVITIES | 6,214 | 11,700 | 11,700 | 6,920 | 11,700 | 11,700 | 11,700 | 11,700 |
| 12200023 | 53150 COPY SUPPLIES | 1,541 | 2,000 | 2,000 | 862 | 2,000 | 3,000 | 3,000 | 2,955 |
| 12200023 | 53160 OFFSET SUPPLIES | 7,561 | 6,000 | 6,000 | 5,198 | 6,000 | 6,000 | 6,000 | 5,910 |
| 12200023 | 53490 OTHER SUPPLIES | 351 | 525 | 525 | 401 | 525 | 525 | 56,000 | 55,160 |
| 12200023 | 55190 OTHER EQUIPMENT | 0 | 1,500 | 1,500 | 386 | 1,500 | 1,500 | 0 | 0 |
| 12200023 | 56330 FIREWORKS | 0 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 0 |
| | TOTAL CENTRAL SERVICES | 219,765 | 260,183 | 260,183 | 97,216 | 260,183 | 262,361 | 310,936 | 293,565 |

74

## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: TAX ASSESSMENT DEPARTMENT

2001-02 ADJUSTED BUDGET: $ 350,384

2002-03 APPROVED: $ 325,204

INCREASE/(DECREASE): $ (25,180 )

PERCENT CHANGE(7.2) %

### SUMMARY OF BUDGETARY CHANGES

- This department is responsible for assessing all taxable property in the City of West Haven and administering State mandated exemption programs.

### 2002-03 GOALS

- Install and maintain GIS conversion in conjunction with city departments and CAMA/Vision software

- Acquire and train technical staff on new CAMA/GIS systems

- Increase assessment education for staff technician certification, AAT Program and recertification credits
- Develop Succession Plan

### 2001-02 ACCOMPLISHMENTS

- Continued growth in personal property and in motor vehicles.

- Computer upgrades have increased our ability to process our work more quickly and thoroughly.

- Processing assessments and exemption programs for 4 different entities - the City and 3 Fire Districts .

SHEET24

75

**CITY OF WEST HAVEN, CONNECTICUT**
**DEPARTMENT PERSONNEL SUMMARY**

**TAX ASSESSMENT**

| E-T PERSONNEL SUMMARY | FY 2000-01 ACTUAL # | AMOUNT | FY 2001-02 ADJ. BUDGET # | AMOUNT | FY 2002-03 REQUEST # | AMOUNT | FY 2002-03 RECOM'D. # | AMOUNT | FY 2002-03 APPROVED # | AMOUNT | FY 2002-03 VARIANCE AMOUNT | FY 2002-03 % CHANGE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSESSOR | 1 | $57,531 | 1 | $59,256 | 1 | $68,400 | 1 | $61,033 | 1 | $61,033 | $1,777 | 3% |
| CERT DEP.ASSOR. | 1 | $56,320 | 1 | $58,010 | 1 | $60,330 | 1 | $59,750 | 1 | $59,750 | $1,740 | 3% |
| DEP.ASSESSOR | | | | | 1 | $54,600 | | | | | | |
| ADMIN. ASST. | 1 | $37,200 | 1 | $39,258 | 1 | $42,040 | 1 | $42,040 | 1 | $40,436 | $1,178 | 3% |
| ASST. ASSESSOR | 1 | $40,070 | 1 | $41,271 | 1 | $44,600 | 1 | $44,600 | 1 | $42,509 | $1,238 | 3% |
| ADMIN. ASST.II | 1 | $32,660 | 1 | $32,610 | 1 | $35,290 | 1 | $35,290 | 1 | $33,588 | $978 | 3% |
| ASSESSOR AIDE SR. | 1 | $31,660 | 1 | $32,610 | 1 | $34,600 | 1 | $34,600 | 1 | $33,588 | $978 | 3% |
| ASSESSOR AIDE | 2 | $54,307 | 2 | $59,069 | 2 | $61,806 | 1 | $30,903 | 1 | $30,903 | ($28,166) | -48% |
| | | | | | | | | | | | | |
| DEPARTMENT/ACTIVITY TOTAL | 8 | $309,748 | 8 | $322,084 | 9 | $401,666 | 7 | $308,216 | 7 | $301,807 | ($20,277) | -6% |

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12300010 | ASSESSMENT | | | | | | | | |
| 12300010 | 51000 REGULAR WAGES | 308,222 | 322,084 | 322,084 | 165,697 | 322,084 | 401,666 | 308,216 | 301,807 |
| 12300010 | 51500 OVERTIME | 13,144 | 5,000 | 8,900 | 7,604 | 8,000 | 10,000 | 8,500 | 2,093 |
| 12300010 | 52210 PRINTING | 2,117 | 3,000 | 3,000 | 484 | 3,000 | 9,000 | 9,000 | 8,865 |
| 12300010 | 52250 ADVERTISING | 0 | 300 | 300 | 0 | 300 | 300 | 0 | 0 |
| 12300010 | 52280 MAP PRINTING | 3,500 | 3,500 | 3,500 | 0 | 4,000 | 4,000 | 3,500 | 3,500 |
| 12300010 | 52310 CONVENTIONS & DUES | 1,727 | 2,000 | 2,000 | 432 | 2,000 | 2,500 | 1,500 | 1,477 |
| 12300010 | 52330 TRAINING | 2,621 | 2,600 | 2,600 | 115 | 2,000 | 3,000 | 2,500 | 2,500 |
| 12300010 | 52480 OTHER PROF. SERVICES | 2,537 | 3,500 | 1,500 | 785 | 3,200 | 4,000 | 2,500 | 2,500 |
| 12300010 | 52520 EQUIPMENT REPAIR | 6,133 | 3,500 | 3,500 | 309 | 3,800 | 2,500 | 2,500 | 2,462 |
| 12300010 | 53110 OFFICE SUPPLIES | 2,456 | 3,000 | 3,000 | 1,289 | 3,000 | 3,200 | 0 | 0 |
| | TOTAL ASSESSMENT | 342,456 | 348,484 | 350,384 | 176,715 | 351,384 | 440,166 | 338,216 | 325,204 |

## DEPARTMENTAL ANALYSIS SHEET

DEPARTMENT: BOARD OF TAX APPEALS

2002-03 APPROVED: $ 3,989

PERCENT CHANGE: (32.4)%

2001-02 ADJUSTED BUDGET: $ 5,900

INCREASE/(DECREASE): $ (1,911)

### SUMMARY OF BUDGETARY CHANGES

- The Board of Assessment Appeals consists of three elected members and is established by State law to hear appeals on assessments.

- There are no significant changes in this budget.

### 2002-03 GOALS

### 2001-02 ACCOMPLISHMENTS

SHEET 23

| ACCOUNT # | DESCRIPTION | 2000-01 ACTUAL EXPENSES | 2001-2002 ORIGINAL BUDGET | 2001-2002 REVISED BUDGET | 2001-2002 12/01 YTD EXPENSE | 2001-2002 PROJECTED EXPENSES | 2002-2003 REQUESTED BUDGET | 2002-2003 RECOMM'D BUDGET | 2002-2003 APPROVED BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 12300025 | BOARD OF ASSESSMENT APPEALS | | | | | | | | |
| 12300025 | 51500 OVERTIME | 3,423 | 2,000 | 2,000 | 467 | 3,500 | 3,500 | 3,000 | 739 |
| 12300025 | 52250 ADVERTISING | 88 | 900 | 900 | 64 | 900 | 900 | 250 | 250 |
| 12300025 | 52760 STIPENDS | 3,000 | 3,000 | 3,000 | 0 | 3,000 | 3,000 | 3,000 | 3,000 |
| | TOTAL BOARD OF ASSESSMENT APPEALS | 6,511 | 5,900 | 5,900 | 531 | 7,400 | 7,400 | 6,250 | 3,989 |

## DEPARTMENTAL ANALYSIS SHEET

### DEPARTMENT: TAX COLLECTION

2001-02 ADJUSTED BUDGET: $ 333,708.

2002-03 APPROVED: $ 339,280.

INCREASE/(DECREASE): $ 5,572

PERCENT CHANGE 1.7%

### SUMMARY OF BUDGETARY CHANGES

- This department is responsible for the collection of all taxes, sewer assessments and sewer use fees.

### 2002-03 GOALS

- Greater effort on collection of delinquent taxes.
- Use of third party collections for real estate
- Use of third party collections for motor vehicles
- Use of third party collections for personal property

### 2001-02 ACCOMPLISHMENTS

SHEET25

80