UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA<br><br>        Plaintiffs<br><br>V.<br><br>H. RICHARD BORER, JR.<br><br>        Defendant | :<br>:<br>:  Civil No. 3:03CV00504 (MRK)<br>:<br>:<br>:<br>:  June 22, 2004<br>:<br>:<br>: |

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 22nd day of June, 2004.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Jennifer L. Schancupp (ct11876)
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

Karen Lee Torre

2