FILED

Jun 24   2 35 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA | : |
| Plaintiffs | : Civil No. 3:03CV00504 (MRK) |
| V. | : |
| H. RICHARD BORER, JR. | : June 22, 2004 |
| Defendant | : |

**MOTION FOR ENLARGEMENT OF TIME TO SUBMIT OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The undersigned counsel for the plaintiff, with the consent of counsel for the defendant, hereby respectfully moves this court for an enlargement of time to file an opposition to defendant's motion for summary judgment - an additional twenty-one days or up to and including July 13, 2004. No previous enlargements of time have been sought with respect to this obligation.

In support hereof, the undersigned represents that she has been unable to meet this and other deadlines as she has had to take substantial time away from her practice to attend to a seriously ill parent. The undersigned is a solo practitioner and thus is without associate lawyers to step in and assist in meeting current obligations. The undersigned alone is responsible for the research and writing necessary to prepare a competent opposition.

***WHEREFORE,*** for the foregoing reasons, the undersigned respectfully requests that this motion be granted.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 22nd day of June, 2004.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

_____
Karen Lee Torre

2