UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Sandra Lorusso and Deborah Evangelista, | : | |
| Plaintiffs, | : | NO.    3:03cv504 (MRK) |
| v. | : | |
| H. Richard Borer, Jr., | : | |
| Defendant. | : | |

## ORDER

The Motion For Enlargement Of Time To Submit Opposition To Motion For Summary Judgment [doc. # 29], dated June 22, 2004, is hereby GRANTED. Plaintiff will respond to Defendant's Motion for Summary Judgment on or before **July 13, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 6, 2004.