FILED
Jul 16   1 21 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

                                              :

SANDRA LORUSSO and
DEBORAH EVANGELISTA

                                              :   Civil No.  3:03CV00504 (MRK)
            Plaintiffs                        :
                                              :
V.                                            :
                                              :
H.  RICHARD BORER, JR.                        :   July 14, 2004
                                              :
            Defendant                         :

## MOTION FOR ENLARGEMENT OF TIME TO SUBMIT OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The undersigned counsel for the plaintiff hereby respectfully moves this court for a one week enlargement of time to file an opposition to defendant's motion for summary judgment, or up to and including Tuesday, July 20, 2004.

In support hereof, the undersigned represents that she is well into the preparation of the plaintiffs' opposition but has determined, based on an analysis of defendant's moving papers, that inclusion in the opposition of deposition transcripts is necessary.  Defense counsel conducted four deposition examinations of non-party witnesses near the end of the discovery deadline.  The undersigned possesses all other needed transcripts and has requested from the court reporting service copies of the transcripts of the examination of the four witnesses.  The court reporting service has promised immediate delivery.  The undersigned thus needs the additional time to receive, review and incorporate this evidence into her opposition.

The undersigned represents that this is the second request for an enlargement and further, that defense counsel consents to the granting of this motion.

**WHEREFORE,** for the foregoing reasons, the undersigned respectfully requests that this motion be granted.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY:_____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 14th day of July, 2004.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

Karen Lee Torre

3