FILED
JUL 16  1 21 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

      Plaintiffs

V.

H. RICHARD BORER, JR.

      Defendant

:  Civil No. 3:03CV00504 (MRK)
:
:
:
:  July 14, 2004
:
:

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

      THE PLAINTIFFS,
      SANDRA LORUSSO and
      DEBORAH EVANGELISTA

BY: _____
      KAREN LEE TORRE
      Fed. Bar No. ct01707
      Law Offices of Karen Lee Torre
      51 Elm Street, Suite 307
      New Haven, Connecticut 06510
      Tel. (203) 865-5541
      Fax: (203) 865-4844

      Their Attorney

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 14th day of July, 2004.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Jennifer L. Schancupp (ct11876)
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

                                         Karen Lee Torre

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541