UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Sandra Lorusso and Deborah Evangelista, :
:
                Plaintiffs, :   NO.   3:03cv504 (MRK)
:
v. :
:
:
H. Richard Borer, Jr., :
:
                Defendant. :

## ORDER

The Motion For Enlargement Of Time To Submit Opposition To Motion For Summary Judgment [doc. # 31], dated July 14, 2004, is hereby GRANTED. Plaintiff will respond to Defendant's Motion for Summary Judgment on or before **July 20, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
    United States District Judge

Dated at New Haven, Connecticut: July 19, 2004.