UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA
        :    Civil No. 3:03CV00504 (MRK)
    Plaintiffs

V.
        :    July 21, 2004
H. RICHARD BORER, JR.

    Defendant

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

## **CERTIFICATION**

   I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 21st day of July, 2004.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

                        Karen Lee Torre