UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

    Plaintiffs

V.

H. RICHARD BORER, JR.

    Defendant

Civil No. 3:03CV00504 (MRK)

July 21, 2004

## MOTION FOR TWO- DAY ENLARGEMENT OF TIME NUNC PRO TUNC TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The undersigned counsel respectfully requests an additional two day enlargement of time to file plaintiffs' opposition to Defendant's Motion for Summary Judgment. The undersigned will without doubt be able to file the opposition tomorrow. The undersigned represents that the inability to file the opposition by 5:00 p.m. yesterday was due to an unexpected problem in the assembly of the exhibits. A large volume of exhibits (37 documents including 7 deposition transcripts) was prepared. The undersigned decided to have them sent to a printer to be bound in book form for ease of reference as the exhibits were difficult to manage and review when merely clipped together. The undersigned discovered errors in the assembly and reference to exhibit numbers which would have resulted in great confusion. The undersigned's fixing of the problem has unfortunately taken much longer than expected. This is the third request for an enlargement in connection with which the

undersigned telephoned the office of defense counsel. Counsel was unavailable and thus the undersigned cannot report her position on this motion.

**WHEREFORE**, the undersigned counsel respectfully requests that this motion be granted.

> THE PLAINTIFFS,
> SANDRA LORUSSO and
> DEBORAH EVANGELISTA
>
> BY: _____
> KAREN LEE TORRE
> Fed. Bar No. ct01707
> Law Offices of Karen Lee Torre
> 51 Elm Street, Suite 307
> New Haven, Connecticut 06510
> Tel. (203) 865-5541
> Fax: (203) 865-4844
>
> Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 21st day of July, 2004.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

_____
Karen Lee Torre