UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA<br><br>　　　　Plaintiffs<br><br>V.<br><br>H. RICHARD BORER, JR.<br><br>　　　　Defendant | :<br>:<br>: Civil No. 3:03CV00504 (MRK)<br>:<br>:<br>:<br>: July 22, 2004<br>:<br>:<br>: |

### PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The plaintiffs Sandra Lorusso and Deborah Evangelista, by and through their undersigned counsel, submit herewith the following documents in opposition to defendant's Motion for Summary Judgment:

1.　Plaintiffs' response to Defendant's Local Rule 9(C)1 Statement and Plaintiffs' Counter-Statement of Material Facts in Dispute pursuant to Local Rule 9 (C) 2;

2.　Exhibits 1 - 37 with accompanying index;

3.　Memorandum of Law.

For the reasons set forth in the accompanying documents, defendant's motion, based on a claim of entitlement of legislative immunity, should be denied.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 22nd day of July, 2004.

Thomas E. Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

_____
Karen Lee Torre

2