UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and <br> DEBORAH EVANGELISTA <br><br> Plaintiffs <br><br> V. <br><br> H. RICHARD BORER, JR. <br><br> Defendant | : <br> : <br> : Civil No. 3:03CV00504 (MRK) <br> : <br> : <br> : <br> : July 22, 2004 <br> : <br> : <br> : |

## PLAINTIFFS' LOCAL RULE 9 (C) 2 STATEMENT

The plaintiffs submit the following responses to the statement of undisputed material facts set forth in Defendant's Local Rule 9(C)1 Statement dated June 1, 2004:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted in part. The Council merely appropriated less money; it did not decide on the working hours of the employees. Exhibit 9, ¶11; Def.'s Exhibits (Charter, Ch. XIX), D-E.

6. Admitted.

7. Admitted

8. Admitted.

9. Admitted.

10. Admitted in part. The City Council can only alter the Mayor's proposed budget by a two-thirds vote. Def.'s Exh. 1.

11. Admitted.

12. Admitted.

13. Admitted in part. Plaintiffs dispute that the council has "plenary" review inasmuch as the Mayor has an advantage in the budget process since the council may not alter his proposals except by a two-thirds vote.

14. Admitted in part - see #13 above.

15. Admitted.

16. Admitted in part. The Mayor's proposal did not call for the reduction of hours but simply a reduction in appropriations. Def.'s Exhs. B,C.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

2

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted that plaintiffs do not assert such claim in the complaint. The balance is denied. Pltfs.' Exhs. 11, 3 at p.66.

28. Denied. As is apparent from plaintiffs Exh. 37, the affidavits of the plaintiffs (Exhs. 8, 9) and Defendant's Exhibits B,C,D, E, 5-7 there is evidence suggesting irregularity respecting the procedure by which the Mayor's budget submission was changed after its receipt by the council as well as questions surrounding the nature of the council's appropriation of funds later used to employ Carol Silverstein in a newly created position.

### Plaintiffs' Local Rule 9(C)2 Statement of Material Facts in Dispute

The plaintiffs further submit that the following material facts are in dispute:

1. Whether the defendant threatened the plaintiffs with retaliatory employment actions if they did not support his campaign for re-election to the Office of the Mayor in 2001.

2. Whether the defendant fashioned his 2002-03 fiscal year budget proposals so as to individually target the plaintiffs for retaliation.

3. Whether the plaintiff Lorusso's position of Risk Manager was in fact abolished, or as plaintiffs' claim, merely given a new title.

4. Whether defendant orchestrated a series of barriers to Sandra Lorusso's re-employment in another available position by manipulating job descriptions and job postings and further, by manipulating the timing of vacancies in jobs for which the plaintiff was qualified.

5. Whether the Mayor retaliated against Deborah Evangelista by reducing her work hours and depriving her of health insurance and other benefits after the council appropriated sufficient funds for such purpose.

6. Whether any claim by defendant that his budget proposals were cost-cutting measures is credible in light of evidence that he spent city funds to purchase health insurance for non-employees of the city, proposed a shockingly high salary increase for a political supporter and, prior to taking the actions complained of, stated that he expected plaintiffs to sue but did not care if taxpayers were burdened with a punitive damages award that would not be covered by insurance. Exhs. 8 at ¶13; 35; 37.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 22nd day of July, 2004.

Thomas E. Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

_____
Karen Lee Torre

5