UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
 SANDRA LORUSSO and DEBORAH      *   CIVIL ACTION NO.
 EVANGELISTA                     *    3:03CV00504 (MRK)
                    PLAINTIFFS   *
 VS.                             *
 H. RICHARD BORER, JR.           *   JULY 30, 2004
                                 *
                    DEFENDANT    *
*************************************
```

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

The Defendant in the above entitled matter, by his attorney, moves pursuant to Local Rule 7(b) for an enlargement of the time to and including August 31, 2004 within which to file a reply brief to the Plaintiff's Response to the Defendant's Motion for Summary Judgment. In response to the Defendant's motion, the Plaintiff filed a 40 page Memorandum of Law and 37 exhibits totaling in excess of 150 pages. The additional time is requested in order to sift through the numerous exhibits filed by the Plaintiffs. In addition, the time is requested in order to determine whether or not additional evidentiary material will be filed by the Defendant.

Counsel for the Defendant has spoken to Attorney Torre who has represented that she has no objection to the granting of this motion.

ORAL ARGUMENT NOT REQUESTED

          THE DEFENDANT,
          H. RICHARD BORER, JR.


          By:_____
           Jennifer L. Schancupp
           Federal Bar No. ct11876
           Susman, Duffy & Segaloff, P.C.
           55 Whitney Avenue
           P.O. Box 1684
           New Haven, CT 06507


## **CERTIFICATION**

   This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516


          _____
          Jennifer L. Schancupp, Esq.


I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\Motion for Enlargement of Time to file Reply brief.wpd