UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
 SANDRA LORUSSO and DEBORAH    *    CIVIL ACTION NO.
 EVANGELISTA                   *     3:03CV00504 (MRK)
              PLAINTIFFS       *
 VS.                           *
 H. RICHARD BORER, JR.         *    AUGUST 12, 2004
                               *
              DEFENDANT        *
*************************************
```

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

The Defendant in the above entitled matter, by his attorney, moves pursuant to Local Rule 7(b) for an enlargement of the time to and including September 21, 2004 within which to file a reply brief to the Plaintiff's Response to the Defendant's Motion for Summary Judgment.  In response to the Defendant's motion, the Plaintiff filed a 40 page Memorandum of Law and 37 exhibits totaling in excess of 150 pages.  The Memorandum of Law is comprised of arguments paraphrasing and/ or characterizing the various documentary exhibits and/ or deposition testimony for which a single citation to the evidence is then listed at the conclusion of each paragraph of the Plaintiffs' Memorandum. Other paragraphs contain no evidentiary citations.  A preliminary review of the citations referenced in the Plaintiffs' Memorandum appears to indicate that much of the Plaintiffs' paraphrasing of the evidence is incorrect and much of the characterization of the evidence is inaccurate. The additional time is requested in order to parse through the Plaintiffs citations to the evidence and to determine if the evidence does, in fact, support the claim for which it is cited so as to fashion an appropriate response.

ORAL ARGUMENT NOT REQUESTED

Counsel for the Defendant has attempted to contact Attorney Torre to determine her position on this motion, but was informed by her office that she is unavailable.

This is the Defendant's second motion for an enlargement of time with respect to the time within to file a reply brief.

THE DEFENDANT,
H. RICHARD BORER, JR.

By:_____
   Jennifer L. Schancupp
   Federal Bar No. ct11876
   Susman, Duffy & Segaloff, P.C.
   55 Whitney Avenue
   P.O. Box 1684
   New Haven, CT 06507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

                                             _____
                                               Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\2d Motion for Enlargement of Time to file Reply brief.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505