UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
SANDRA LORUSSO and DEBORAH      *   CIVIL ACTION NO.
EVANGELISTA                     *    3:03CV00504 (MRK)
            PLAINTIFFS          *
VS.                             *
H. RICHARD BORER, JR.           *   AUGUST 12, 2004
                                *
            DEFENDANT           *
*************************************
```

### MOTION FOR PERMISSION TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, TO EXCEED THE 10 PAGE LIMIT IN THE REPLY BRIEF

The Defendant in the above entitled matter, by his attorney, hereby seeks permission to either supplement his memorandum of law submitted in support of his motion for summary judgment or to exceed the 10 page limit for his reply brief in order to address arguments raised in the Plaintiffs' opposition to the motion for summary judgment, but not originally briefed by the Defendants.

In opposition to the Defendant's motion for summary judgment, the Plaintiff Lorusso contends that even if the Defendant's actions in recommending that City Council eliminate funding for her position are protected by legislative immunity, such immunity does not shield the Defendant from her claim that she was retaliated against by the Defendant when she sought to bump into another position of employment within the City of West Haven. Plaintiff Evangelista likewise argues that no immunity attaches to her claim that her health care benefits were eliminated as retaliation for her support of a political opponent of the Defendant. These claims of bumping

ORAL ARGUMENT NOT REQUESTED

privileges and health care benefits were not addressed in the Defendant's memorandum of law in support of summary judgment. The Defendant anticipates that responding to these arguments (as well as the other arguments advanced in opposition) will cause the Defendant to exceed the 10 page limit for reply briefs. Accordingly, the Defendant seeks to supplement the record either by submitting a supplemental brief in support of his motion for summary judgment or by addressing these arguments in his reply brief. In the event that these arguments are addressed in the reply brief, the Defendant anticipates that he will not exceed 25 pages.

THE DEFENDANT,
H. RICHARD BORER, JR.

By:_____
Jennifer L. Schancupp
Federal Bar No. ct11876
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

_____
Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\Motion for Permission to supplement brief and or to exceed 10 page limit of reply brief.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505