UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | \* \* | CIVIL ACTION NO. 3:03CV00504 (MRK) |
| PLAINTIFFS | \* | |
| VS. | \* | |
| H. RICHARD BORER, JR. | \* \* | SEPTEMBER 21, 2004 |
| DEFENDANT | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S INDEX OF EXHIBITS

Exhibit 1    Excerpts from responses to Plaintiff Deborah Evangelista's Interrogatories and Requests for Production

Exhibit 2    Affidavit of Ralph DeLucca, Jr.

Exhibit 3    Affidavit of Richard A. Legg

Exhibit 4    Certified copies of pages from Approved Operating Budget for the City of West Haven, Fiscal Year 2002-2003

Exhibit 5    Certified copy of Record of Roll Call Voting of 5/1/02

Exhibit 6    Certified copy of Amendments to a Resolution Regarding Fringe Benefits for Other Than Union Employees

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\List of Exhibits.wpd