UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and | \* | CIVIL ACTION NO. |
| DEBORAH EVANGELISTA | \* | 3:00 CV00504 (MRK) |
| PLAINTIFFS | \* | |
| | \* | |
| VS. | \* | |
| H. RICHARD BORER, JR. | \* | SEPTEMBER 21, 2004 |
| | \* | |
| | \* | |
| | \* | |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION TO STRIKE RE MATERIALS SUBMITTED IN CONNECTION WITH PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendants hereby move to strike the following materials submitted in connection with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment dated July 22, 2004, for the following reasons as more particularly set forth in the attached memorandum of law:

1.  Plaintiffs' Local Rule 9(c)(2) Statement dated July 22, 2004.

    Reason: Noncompliance with Local Rules 9(c)(2) and 9(c)(3).

2.  Affidavits of Sandra Lorusso and Deborah Evangelista (Exhibits 8 & 9, respectively).

    Reason: Noncompliance with Fed.R.Civ.P. 56(e).

3.  Certain of Plaintiffs' Exhibits, Including #1, 2, 3, 4, 5, 6, 7, 10, 11, 13, 14, 16, 17, 18, 19, 24, 25, 26, 27, 28, 29, 30, 31, 32, 35, 36, and 37, or portions thereof.

    Reason: Noncompliance with Fed.R.Civ.P. 56(e).

***ORAL ARGUMENT REQUESTED***

***TESTIMONY NOT REQUIRED***

4.      Certain Deposition Testimony and of Sandra Lorusso, Deborah Evangelista, Richard Legg,

Antonio Buonomo, Tracy Morrissey, Margaret Schenkle, and H. Richard Borer, Jr. cited to

by Plaintiffs in support of their Opposition to Motion for Summary Judgment.

Reason: Noncompliance with Fed.R.Civ.P. 56(e).

The reasons and basis for Defendants' Motion to Strike are set forth in greater detail in their

accompanying Memorandum of Law.

By:      _____
         Jennifer L. Schancupp (ct11876)
         Susman, Duffy & Segaloff, P.C.
         55 Whitney Avenue
         P.O. Box 1684
         New Haven, CT 06507
         (203) 624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid,

on this date to the following:

Counsel for the Plaintiffs
Karen Lee Torre, Esq.
51 Elm Street, Ste. 307
New Haven, CT 06510

Co-Counsel for the Defendant
Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

                                        _____
                                        Jennifer L. Schancupp

I:\Client U_Z\West Haven\Lorusso-Evangelista\Pleadings\Motion to Strike re OBJ To MSJ 082704.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505