FILED

Oct 20  3 57 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

       Plaintiffs

V.

H. RICHARD BORER, JR.

       Defendant

Civil No. 3:03CV00504 (AWT)

October 18, 2004

## PLAINTIFFS' MOTION FOR OPPORTUNITY TO PRESENT ORAL ARGUMENT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pending before this Court is defendant's Motion for Summary Judgment as to which plaintiffs filed an opposition which included a volume of exhibits, many of which defendant disclosed to the undersigned counsel in compliance with a variety of discovery requests served upon him during the discovery period. Discovery in this case closed long ago.

In response to plaintiffs' opposition, defense counsel sought and received permission of the Court to submit a reply brief which exceeds the ten page limit imposed by Local Rule 7 (d). Defense counsel not only submitted a lengthy reply brief but accompanied it with a large volume of exhibits. At the same time that she served the undersigned with a copy of defendant's reply brief and exhibits, defense counsel also delivered to the undersigned two sets of "Supplemental Disclosures" by which defendant amended his answers to certain interrogatories with new information and disclosed additional documents which were within the scope of and responsive to several discovery requests

served on the defendant long ago. These disclosures, by way of interrogatory responses and production of documents, should have been made during the discovery period or at least prior to defendant's submission of his Motion for Summary Judgment.[1]

The Local Rules in this district do not allow for the submission by plaintiffs of a response to defendant's reply brief and exhibits. Moreover, with respect to defendant's right under the Local Rules to file a reply brief, the Rule clearly provides that the Reply Brief must not exceed ten pages and must in content confine itself to arguments advanced by the non-movant. While this Court permitted defense counsel to exceed substantially the 10-page limit, there is nothing in the Local Rules or this Court's order which appear to permit the filing of a host of exhibits attached to an already oversized reply brief. The plaintiffs cannot respond to this. Moreover, defendant has made belated and incomplete disclosures long after the discovery period has closed.

In light of this, and to cure any resulting prejudice to plaintiffs, the undersigned counsel respectfully requests the opportunity to present oral argument to this Court before a ruling on defendant's motion for summary judgment issues.

---

[1] Moreover, one set of supplemental disclosures makes reference to and refers the undersigned to a document appended as Exhibit "5"; however, while there is an exhibit "5" tab, the exhibit in fact is missing. The undersigned has notified defense counsel of this omission and has requested the disclosure. A true copy of that letter is attached hereto as Exhibit A.

2

                THE PLAINTIFFS,
                SANDRA LORUSSO and
                DEBORAH EVANGELISTA

            BY: _____
                KAREN LEE TORRE
                Fed. Bar No. ct01707
                Law Offices of Karen Lee Torre
                51 Elm Street, Suite 307
                New Haven, Connecticut 06510
                Tel. (203) 865-5541
                Fax: (203) 865-4844

                Their Attorney

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 18th day of October , 2004.

Thomas E. Katon, Esq.
Jennifer L. Schancupp. Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

                _____
                Karen Lee Torre