FILED

Dec 13   5 05 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA<br><br>    Plaintiffs<br><br>V.<br><br>H. RICHARD BORER, JR.<br><br>    Defendant | :<br>:<br>:  Civil No. 3:03CV00504 (MRK)<br>:<br>:<br>:<br>:  December 13, 2004<br>:<br>:<br>:<br>: |

### PLAINTIFFS' OBJECTION TO AND MOTION TO STRIKE PLEADINGS, STATEMENTS, AFFIDAVITS AND EXHIBITS APPENDED TO DEFENDANT'S REPLY BRIEF

On August 12, 2004, defense counsel in this case filed a motion seeking permission to "either supplement his memorandum of law submitted in support of his motion for summary judgment or exceed the ten page limit for his reply brief . . .". Under date of August 20, 2004, this Court issued an E-filed order indicating that the motion was granted but to the following extent: defendant shall file a reply brief not to exceed 25 pages in length.

In direct contravention of both the representations in her August 12, 2004 motion and of the terms of this Court's order, defense counsel inappropriately submitted not only an extensive "reply brief" but a huge submission consisting of a new Local Rule 9 (C) 1 Statement crammed with 41 statements of claimed fact, new affidavits from witnesses, and a voluminous set of exhibits which included supplemental discovery disclosures served on plaintiffs' counsel for the first time after discovery closed and after the Motion for Summary Judgment and plaintiffs'

opposition thereto were filed.

Defense counsel clearly did not indicate her intent to do so in her motion and this Court was quite clear in its order which allowed the filing of a reply brief under the Local Rules not to exceed 25 pages.

It well appears that defendant has brazenly contravened this Court's order and the Local Rules by filing what is in reality a second motion for summary judgment under the guise of a "reply brief". Plaintiff cannot respond to this, cannot undertake discovery in order to respond to many of these new averments and accordingly all of these materials should be stricken from the record not only in the interest of fairness and to avoid prejudice to the plaintiffs but because they were filed in direct contravention of Local Rule and this Court's order.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

   Plaintiffs

          : Civil No.  3:03CV00504 (MRK)

V.

          : December 13, 2004

H.  RICHARD BORER, JR.

   Defendant

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

        THE PLAINTIFFS,
        SANDRA LORUSSO and
        DEBORAH EVANGELISTA

BY: _____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

    Their Attorney

**CERTIFICATION**

       I hereby certify that a copy of the foregoing was delivered by facsimile and regular U.S. mail on this 13th day of December, 2004 to:

562-8430

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

                                Karen Lee Torre