FILED

2004 DEC 27 P 4:57

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and            :
DEBORAH EVANGELISTA           :
                              :    Civil No. 3:03CV00504 (MRK)
        Plaintiffs            :
                              :
V.                            :
                              :
H. RICHARD BORER, JR.         :    December 23, 2004
                              :
        Defendant             :

### PLAINTIFFS' MOTION FOR TWO DAY ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM

The undersigned counsel for the plaintiffs hereby respectfully seeks an enlargement of time of two business days or to December 27, 2004 to submit an additional memorandum in opposition to Defendant's motion for summary judgment. In support hereof, the undersigned states that due to the Christmas rush the undersigned is unable to finalize the memorandum and needs additional time. Defense counsel was telephoned this date but was out of the office and thus her position on this motion cannot be ascertained. No previous extensions were requested.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 23rd day of December, 2004.

Thomas E. Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

_____
Karen Lee Torre

2