FILED

2004 DEC 27 P 1:57

U.S. DISTRICT COURT
NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

        Plaintiffs

V.

H. RICHARD BORER, JR.

        Defendant

Civil No. 3:03CV00504 (MRK)

December 23, 2004

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

        THE PLAINTIFFS,
        SANDRA LORUSSO and
        DEBORAH EVANGELISTA

        BY: _____
        KAREN LEE TORRE
        Fed. Bar No. ct01707
        Law Offices of Karen Lee Torre
        51 Elm Street, Suite 307
        New Haven, Connecticut 06510
        Tel. (203) 865-5541
        Fax: (203) 865-4844

        Their Attorney

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was hand delivered on this 24th day of December, 2004.

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

_____
Karen Lee Torre

2