

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA<br><br>　　　　　Plaintiffs<br><br>V.<br><br>H. RICHARD BORER, JR.<br><br>　　　　　Defendant | :<br>:<br>: Civil No. 3:03CV00504 (MRK)<br>:<br>:<br>:<br>: December 27, 2004<br>:<br>:<br>: |

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

　　　　　　　　　　　　　　　THE PLAINTIFFS,
　　　　　　　　　　　　　　　SANDRA LORUSSO and
　　　　　　　　　　　　　　　DEBORAH EVANGELISTA

　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　KAREN LEE TORRE
　　　　　　　　　　　　　　　Fed. Bar No. ct01707
　　　　　　　　　　　　　　　Law Offices of Karen Lee Torre
　　　　　　　　　　　　　　　51 Elm Street, Suite 307
　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　Tel. (203) 865-5541
　　　　　　　　　　　　　　　Fax: (203) 865-4844

　　　　　　　　　　　　　　　Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was hand delivered on this 27th day of December, 2004.

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

_____
Karen Lee Torre

2