UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
 SANDRA LORUSSO and DEBORAH      *   CIVIL ACTION NO.
 EVANGELISTA                     *    3:03CV00504 (MRK)
                 PLAINTIFFS      *
 VS.                             *
 H. RICHARD BORER, JR.           *   JUNE 28, 2005
                                 *
                 DEFENDANT       *
*************************************
```

### MOTION FOR CONTINUANCE

The Defendant in the above entitled matter hereby seeks a continuance of the jury selection currently scheduled for August 2, 2005 and of the trial currently scheduled to commence on August 8, 2005.  The reason for the request is that Attorney Thomas Katon, trial counsel for the Defendant, is scheduled for trial at the same time in the Superior Court for the State of Connecticut, Judicial District of New Haven, in the matter of <u>Tkaczuk vs. Grillo</u>, Docket No. CV-02-04167265-S.  The trial in <u>Tkaczuk vs. Grillo</u> is to commence on July 29, 2005 and is anticipated to last for two (2) weeks' time.  Trial in the matter of <u>Tkaczuk v. Grillo</u> has previously been continued on several occassions and the July 29, 2005 date is the final trial date.

Continuance of trial in the above captioned matter is requested to a later date in August, 2005 or to a time in September, 2005.  Alternatively, continuance is sought until until mid December, 2005 due to other trial conflicts of Attorney Katon's schedule.

Counsel for the Defendant has contacted Attorney Karen Torre who has indicated that she does not consent to the granting of this motion.

**ORAL ARGUMENT NOT REQUESTED**

        THE DEFENDANT,
        H. RICHARD BORER, JR.


By:_____
   Jennifer L. Schancupp
   Federal Bar No. ct11876
   Susman, Duffy & Segaloff, P.C.
   55 Whitney Avenue
   P.O. Box 1684
   New Haven, CT 06507


## CERTIFICATION

     This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

                                  _____
                                  Jennifer L. Schancupp, Esq.

I:\Client W\West Haven\Lorusso-Evangelista\Pleadings\Motion for Continuance of Trial.wpd