UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA | : | CIVIL NO. 3:03CV00504 (MRK) |
| Plaintiffs, | : | |
| V. | : | |
| H. RICHARD BORER, JR. | : | June 29, 2005 |
| Defendant | : | |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S
MOTION FOR A CONTINUANCE OF TRIAL**

As long ago as April 18, 2005 this Court, with no objection or contrary requests from defense counsel, issued a scheduling order setting the trial of this action for August 8, 2005. Today, for the first time, defense counsel seeks to cancel the trial and have it rescheduled for the reason that Attorney Thomas Katon, who has had no involvement in this case at all since its beginning, is the intended trial counsel and, has since committed himself to a state court trial which conflicts with the schedule in the instant case. The plaintiffs are very much opposed to this motion for the following reasons:

1. This Court scheduled this matter for trial by notice to counsel on April 18, 2005. Defense counsel did not then or at any time thereafter inform the Court

1

or plaintiffs' counsel of a problem with the trial schedule.

2. Although Attorney Katon filed an appearance in this action he has had no involvement in this case. Attorney Jennifer Shancupp has handled this matter for the defense from the very beginning. For example, in addition to extensive written discovery, no less than eight depositions were taken in this case. All this activity was handled by Attorney Shancupp. The extensive summary judgment proceedings in this case were handled by Attorney Shancupp. She prepared the submission and handled the oral argument before this Court. In fact, the undersigned counsel has had no dealings with Attorney Katon at all in connection with this case.

3. Attorney Katon has been on notice of the trial date in the instant case since April 18, 2005. The undersigned counsel has also practiced in the Superior Courts. Based on the undersigned's experience, no state court judge, properly advised by an attorney of an order of a District Court judge, has ever proceeded nonetheless to schedule and order an attorney under obligation to appear for trial in the District Court to appear in the Superior Court at the same time.

4. In light of the above, it well appears that Attorney Katon either failed to advise the Superior Court of the trial date in this case or otherwise willingly allowed the scheduling of a state court proceeding on a date he knew would collide with this Court's trial schedule. Moreover, counsel are obligated to prepare and

submit the parties' Joint Trial Memorandum this Friday, July 1, 2005, the date of such submission timed to occur close to the start of trial.  Defense counsel has asked for delays in the trial for as long as four months.[1]  Since the plaintiffs and the undersigned counsel have essentially geared up for this trial and a grant of defense counsel's motion will necessitate contact and conferences with plaintiffs and others for the purpose of ascertaining additional scheduling conflicts that may arise, this untimely motion is a great inconvenience.  In addition, a long delay between counsel's attention to preparation of the Joint Trial Memorandum and the start of trial also operates to the prejudice of the plaintiffs since it is always of benefit to trial counsel to try the case fairly close in time to the preparation of the evidence laid out in the Joint Trial Memorandum.

5.     Lastly, defense counsel is from a relatively large firm and, with the appearance from the onset of Attorney Jennifer Shancupp, whose thorough familiarity with this case is obvious, Attorney Katon's apparently self-inflicted scheduling problem does not suffice as just cause for his untimely motion.

Wherefore, for all of the foregoing reasons, the plaintiffs respectfully request that the motion be denied and that counsel be held to the schedule they have known about for over two months.

---

[1] Defense counsel has suggested September, 2005, a month in which the undersigned will be on trial before the Hon. Ellen Bree Burns in another matter.  Alternatively, defense counsel suggests a delay to December, 2005.

          RESPECTFULLY SUBMITTED,

          THE PLAINTIFFS

BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844
    Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, this 29th day of June 2005, to:

Thomas E. Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507

_____
KAREN LEE TORRE