UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | * * * | CIVIL ACTION NO. 3:03CV00504 (MRK) |
| PLAINTIFF | * | |
| VS. | * | |
| H. RICHARD BORER, JR. | * | JULY      , 2005 |
| DEFENDANT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO MODIFY SUBPOENA AND/OR FOR CONTINUANCE OF TRIAL

Richard Legg is the Finance Director for the City of West Haven. He was recently served with a trial subpoena by Plaintiffs' counsel. He is listed on both parties list of witnesses. Upon receipt of the subpoena, Richard Legg advised that he anticipates that he may be out of the country during the dates of the trial due to his and his wife's pending adoption of a daughter from China. He does not expect to know for certain the dates of his travel until July 21st or later. Accordingly, in order that the parties may take this issue into account while preparing for trial, the Defendant hereby seeks permission to have Mr. Legg testify at trial via a videotaped deposition or, alternatively, that the date of the trial be continued to a later date when Mr. Legg will be available. Counsel for the Defendant has discussed this with counsel for the Plaintiff who has indicated that she does not consent to this request. In support of this motion, the Defendant states the following:

    1. Mr. Legg and his wife are in the process of adopting a child from China. This adoption has been pending since May, 2004.

    2. Upon information and belief, the adoption process is governed by the Chinese government and is subject to the following procedure. Once a child is assigned to the prospective

**ORAL ARGUMENT REQUESTED**

adoptive parents, the parents are granted travel permission within approximately three weeks of notification of the assignment. Travel arrangements are then made as part of a group of adoptive parents via the U.S. adoption agency. The group of adoptive parents are accompanied by aides, including translators and physicians. The trip to China to formalize the adoption lasts approximately 10-14 days. Attached hereto as Exhibit A is a sample travel itinerary The adoptive parents have no control over when they receive a notice of assignment.

      3. Recently, on June 24, 2005, Mr. Legg and his wife received notice that they had been assigned a child. They anticipate that they will be granted travel permission on July 21st or therafter. Travel to China will be made with a group of over 30 other prospective adoptive parents and the accompanying aides. Accordingly, if this anticipated time line is correct, Mr. Legg anticipates that he will need to travel to China during the dates of the scheduled trial.

      4. Mr. Legg is listed as a witness for both the Plaintiffs and the Defendant. On July 7, 2005, Mr. Legg was served with a trial subpoena by Plaintiffs' counsel. In light of the pending adoption and the process as outlined above, compliance with this subpoena will cause an undue burden upon Mr. Legg.

      5. The Defendant seeks permission to preserve Mr. Legg's testimony for trial by arranging for a videptaped deposition prior to trial and prior to his departure for China. Alternatively, the Defendant requests a continuance of trial until later in August or sometime in September to accommodate Mr. Legg's adoption.

THE DEFENDANTS,
CITY OF WEST HAVEN AND
H. RICHARD BORER, JR.


By:_____
Thomas E. Katon
Federal Bar No. ct01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P O Box 1684
New Haven, CT 06507


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

| Counsel for the Plaintiff | Co-Counsel for the Defendants |
|---|---|
| Karen Lee Torre | Paul J. Dorsi, Esq. |
| Law Offices of Karen Lee Torre | Assistant Corporation Counsel |
| 51 Elm Street, Suite 307 | Office of the Corporation Counsel |
| New Haven, CT 06510 | City of West Haven |
|  | 355 Main Street |
|  | West Haven, CT 06516 |


_____
Thomas E. Katon


I:\Client W\West Haven\Lorusso-Evangelista\trial preparation\motion for protective order and or for continuance.wpd