## ITINERARY (2005-5-12 to 2005-5-25)
### Jiangxi group

**Lillian's home number:** 617-731-3127
**National Guide Chen Chen's cell phone number:** 13701156842
**National Coordinator Fang's cell phone number:** 13801168425

| DATE | DAY | EVENT | DETAILS |
|---|---|---|---|
| April 27 | Wednesday | *Smith Family departs for China* | |
| April 28 | Thursday | Depart for China! *Smith Family arrives in Beijing* | (see itinerary from travel agent for flight details) |
| April 29 | Friday | Arrive in **Beijing** | **Jian Guo Hotel** (4 stars) Phone: 011-86-10-65002233 Fax: 011-86-10-65002871 |
| April 30 | Saturday | Sightseeing | The Great Wall – See guide |
| May 1 | Sunday | Sightseeing | Forbidden City/Tian An Men Square – See guide |
| | | Depart **Beijing** for **Nanchang** | **China Southern, Flight HU7193** Departs: 1:30pm Arrives: 3:40pm |
| | | Arrive in **Nanchang, Jiangxi Province** | **Gloria Hotel** Phone: 011-86-791-6738855 Fax: 011-86-791-6738533 |
| May 2 | Monday | Meeting you children! | Guide will have details |
| | | Registration, notary, passport application for your children | Documentation that will be done at Civil Affairs Building. Guide will have details. |
| May 3 – 5 | Tues-Thu | Sightseeing | Guide will have details. |
| May 6 | Friday | Receive passport. Depart **Nanchang** for **Guangzhou** | **China Southern, Flight CZ3546**, 8pm-9:25pm Departs: 8pm |
| | | Arrive in **Guangzhou, Guangdong Province** | **White Swan Hotel** (5 stars) Phone: 011-86-20-81886968 Fax: 011-86-20-81861188 |
| May 7 | Saturday | Visa Physical for your child. | Guide will have details. |
| May 8 | Sunday | Sightseeing | Guide will have details. |
| May 9 | Monday | Visa Interview. | US Consulate – see guide for details. |
| May 10 | Tuesday | Receive Visa for your child. | Guide will give this to you, see her for details. |
| May 11 | Wednesday | Depart **Guangzhou** for **Hong Kong** | **China Southern, Flight CZ301** Departs: 8:20am Arrives: 9:20am |
| | | Depart **Hong Kong** for **Chicago/San Francisco** | (see itinerary from travel agent for flight details) You will go through US Customs and Immigration here. |
| | | Depart **Chicago/San Francisco** for **Boston** | (see itinerary from travel agent for flight details) |

**Please note:** If CAWLI arranged your international travel, the tickets you received from us are E-TICKETS (not actual boarding passes). Present the e-ticket at check-in counter to receive your boarding pass. If you ordered a LAP seat ticket for your child, you received a PAPER TICKET from us; this is the BOARDING PASS – DO NOT LOSE.
ALL of your IN-CHINA flight tickets AND your child's ACTUAL seat ticket will be given to you by the national guide in China. Do not depart from Guangzhou without receiving your child's ACTUAL SEAT ticket if you ordered one.

11

Exhibit A