UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
*******************************
SANDRA LORUSSO and DEBORAH      *   CIVIL ACTION NO.
EVANGELISTA                     *    3:03CV00504 (MRK)
                                *
              PLAINTIFF         *
VS.                             *
H. RICHARD BORER, JR.           *   JULY        , 2005
              DEFENDANT         *
*******************************
```

### DEFENDANT'S MOTION IN LIMINE RE: DEFENDANT'S BUDGET CONDUCT AND HIS MOTIVES THEREFOR

Defendant hereby seeks to preclude testimony concerning the Defendant's alleged motives for the so-called "budget conduct" of the Defendant concerning his budget recommendation that Plaintiff Lorusso's position be eliminated and that Plaintiff Evangelista's position be reduced in hours. It is anticipated that the Plaintiffs intend to offer testimony from the Plaintiffs, and from the following witnesses concerning the alleged retaliatory motives of the Defendant for his budget recommendations: Antonio Buonomo, Tracy Morrissey, Joann Callegari and Martha Bell. The Defendant seeks to preclude the introduction of this testimony on the grounds of relevance. Specifically, the Defendant was granted legislative immunity with respect to his budget recommendations. Accordingly, his alleged motives for such actions are not properly before the jury. Moreover, the introduction of this evidence is higly prejudicial to the Defendant and is likely to confuse and mislead the jury.

THE DEFENDANTS,
CITY OF WEST HAVEN AND
H. RICHARD BORER, JR.


By:_____
    Thomas E. Katon
    Federal Bar No. ct01565
    Susman, Duffy & Segaloff, P.C.
    55 Whitney Avenue
    P O Box 1684
    New Haven, CT 06507


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

| Counsel for the Plaintiff | Co-Counsel for the Defendants |
|---|---|
| Karen Lee Torre | Paul J. Dorsi, Esq. |
| Law Offices of Karen Lee Torre | Assistant Corporation Counsel |
| 51 Elm Street, Suite 307 | Office of the Corporation Counsel |
| New Haven, CT 06510 | City of West Haven |
|  | 355 Main Street |
|  | West Haven, CT 06516 |


_____
Thomas E. Katon

I:\Client W\West Haven\Lorusso-Evangelista\trial preparation\motion in limine re budget motives.wpd