UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
*******************************
SANDRA LORUSSO and DEBORAH    *   CIVIL ACTION NO.
EVANGELISTA                   *   3:03CV00504 (MRK)
                              *
              PLAINTIFF       *
VS.                           *
H. RICHARD BORER, JR.         *   JULY        , 2005
              DEFENDANT       *
*******************************
```

## DEFENDANT'S MOTION IN LIMINE

Defendant hereby objects to the admission of the substance of paragraph 13 of the affidavit of Plaintiff Sandra Lorusso, dated July 20, 2004 wherein she relays an alleged conversation between herself and Ralph DeLucca, the Director of Personnel and Labor Relations for the City of West Haven on the grounds that the statements alleged therein constitute inadmissible double hearsay or triple hearsay and do not constitute an admission of a party opponent. Plaintiffs' proposed evidence is inadmissible on all potential grounds. Accordingly, Defendant moves the Court for an order excluding any of Plaintiffs' proposed evidence in this regard as inadmissible. Defendant submits herewith a memorandum of law in support of this Motion in Limine.

        THE DEFENDANTS,
        CITY OF WEST HAVEN AND
        H. RICHARD BORER, JR.

        By:_____
           Jennifer L. Schancupp
           Federal Bar No. ct11876
           Susman, Duffy & Segaloff, P.C.
           55 Whitney Avenue
           P O Box 1684
           New Haven, CT 06507

## **CERTIFICATION**

   This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

| Counsel for the Plaintiff | Co-Counsel for the Defendants |
|---|---|
| Karen Lee Torre | Paul J. Dorsi, Esq. |
| Law Offices of Karen Lee Torre | Assistant Corporation Counsel |
| 51 Elm Street, Suite 307 | Office of the Corporation Counsel |
| New Haven, CT 06510 | City of West Haven |
|  | 355 Main Street |
|  | West Haven, CT 06516 |

                   _____
                   Jennifer L. Schancupp

I:\Client W\West Haven\Lorusso-Evangelista\trial preparation\West Haven Lorusso Motion In Limine to preclude Lorusso Affidavit.wpd