UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA | : | CIVIL NO. 3:03CV00504 (MRK) |
| Plaintiffs, | : | |
| V. | : | |
| H. RICHARD BORER, JR. | : | July 12, 2005 |
| Defendant | : | |

**PLAINTIFFS' PROPOSED VERDICT FORM**

**AS TO PLAINTIFF SANDRA LORUSSO (VIOLATIONS OF THE FIRST AMENDMENT)**

**I.      LIABILITY - DENIAL OF POSITION RISK MANAGER/PROCUREMENT OFFICER.**

A.     Do you find by a preponderance of the evidence that the defendant, H. Richard Borer, Jr., directly or indirectly through one or more subordinates, unlawfully deprived Sandra Lorusso of re-employment in the position of Risk Manager/Procurement Officer on account of Sandra Lorusso's protected political activity and association?

YES _____         NO _____

**Objection: The Defendant objects to this interrogatory in that it misstates the law and is thus misleading to the jury. In general, a Defendant sued in his individual capacity cannot be held liable for the wrongful acts of his subordinates. Rather, what must be shown is the Defendant's direct participation in the alleged constitutional violation. See Colon v. Coughlin, 58 F. 3d 865, 873-74 (2d Cir. 1995).**

  B. If you answered "Yes" to question I. A. above, what amount of economic compensatory damages do you award the plaintiff?

    $ _____

  C. What amount of non-economic compensatory damages, if any, do you award the plaintiff Sandra Lorusso?

    $ _____

**II.** **DENIAL OF POSITION OF ASSISTANT TO THE DIRECTOR OF PUBLIC WORKS**

  A. Do you find by a preponderance of the evidence that the defendant, H. Richard Borer, Jr., directly or indirectly through one or more subordinates, unlawfully deprived Sandra Lorusso of re-employment in the position of Assistant to the Director of Public Works on account of Sandra Lorusso's protected political activity and association?

    YES _____    NO _____

**Objection: The Defendant objects to this interrogatory on the same grounds as stated in the Objection to Interrogatory I. A. above.**

  B. If you answered "Yes" to question II. A. above, what amount of economic compensatory damages do you award the plaintiff?

   $ _____

  C. What amount of non-economic compensatory damages, if any, do you award the plaintiff Sandra Lorusso?

   $ _____

III. **DENIAL OF POSITION OF ZONING ENFORCEMENT OFFICER**

  A. Do you find by a preponderance of the evidence that the defendant, H. Richard Borer, Jr., directly or indirectly through one or more subordinates, unlawfully deprived Sandra Lorusso of re-employment in the position of Zoning Officer on account of Sandra Lorusso's protected political activity and association?

   YES _____   NO _____

**Objection: The Defendant objects to this interrogatory on the same grounds as stated in the Objection to I.A. above.**

  B. If you answered "Yes" to Question III. A. above, what amount of economic compensatory damages do you award the plaintiff?

$ _____

C. What amount of non-economic compensatory damages, if any, do you award the plaintiff Sandra Lorusso?

$ _____

If you answered "Yes" to Question I.A. AND/OR Question II.A. AND/OR Question III.A., proceed to Section IV. below.

IV. **PUNITIVE DAMAGES**

A. Do you further find that the defendant acted willfully, maliciously or in reckless disregard of Sandra Lorusso's constitutional rights?

YES _____   NO _____

B. If you answered "Yes" to IV. A. above, what amount of punitive damages do you assess against this defendant?

$ _____

**AS TO PLAINTIFF DEBORAH EVANGELISTA (VIOLATIONS OF THE FIRST AMENDMENT)**

I. **LIABILITY - DENIAL OF HEALTH INSURANCE**

A. Do you find by a preponderance of the evidence that the defendant, H. Richard Borer, Jr., directly or indirectly through one or more subordinates, unlawfully deprived Deborah Evangelista of health insurance and

benefits on account of Deborah Evangelista's protected political activity and association?

YES _____          NO _____

**Objection: The Defendant objects to this interrogatory in that it misstates the law and is thus misleading to the jury.  In general, a Defendant sued in his individual capacity cannot be held liable for the wrongful acts of his subordinates.  Rather, what must be shown is the Defendant's direct participation in the alleged constitutional violation.  See Colon v. Coughlin, 58 F. 3d 865, 873-74 (2d Cir. 1995).**

    B.    If you answered "Yes" to question I. A. above, what amount of economic compensatory damages, if any, do you award the plaintiff Deborah Evangelista?

$ _____

    C.    What amount of non-economic compensatory damages, if any, do you award the plaintiff Deborah Evangelista?

$ _____

If you answered "Yes" to question I.A., proceed to section II below (punitive damages).

**II.**    **PUNITIVE DAMAGES**

    A.    Do you further find that the defendant acted wilfully, maliciously <u>or</u> in reckless disregard of Deborah Evangelista's constitutional rights?

        YES _____              NO _____

    B.    If you answered "Yes" to Question II. A. above, what amount of punitive damages do you assess against this defendant?

        $ _____

        THE PLAINTIFFS

        BY:_____
            KAREN LEE TORRE
            Fed. Bar No. ct01707
            Law Offices of Karen Lee Torre
            51 Elm Street, Suite 307
            New Haven, Connecticut 06510
            Tel. (203) 865-5541
            Fax: (203) 865-4844

        Their Attorney

I:\Client W\West Haven\Lorusso-Evangelista\trial preparation\Plaintiffs' Proposed Jury Form with Defendant Objections inserted 07 13 05.wpd