UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
**************************************
SANDRA LORUSSO and DEBORAH    *   CIVIL ACTION NO.
EVANGELISTA                   *   3:03CV00504 (MRK)
              PLAINTIFFS      *
VS.                           *
H. RICHARD BORER, JR.         *   July 13, 2005
                              *
              DEFENDANT       *
**************************************
```

## PROPOSED VOIR DIRE

**BACKGROUND**

1. Have you ever sat on a jury before? If so, was the action civil or criminal? If civil, was it an employment case? Did you deliberate? Did you reach a verdict?

2. Are you currently employed? If no, what was your most recent job and how do you currently spend your time?

3. Where are you employed? How long? What are your job responsibilities?

4. Are you married? If so, does your spouse work outside of the home?

5. If not, has your spouse worked in the past?

6. If your spouse works outside of the home, what is your spouse's occupation and job responsibilities? For whom does your spouse work?

7. Do you have children? How many and what are their ages?

8. Do any of your children work full time? If so, for whom do they work and what are their job responsibilities?

9. Are you parents living and if so are they employed?

10. If your parents are employed, for whom do they work and what are their job responsibilities?

11. Do you know any of the parties, witnesses, or attorneys in this case?

12. Have you ever been involved in the hiring, promotion, demotion, termination or discipline of any employee? If so, please describe.

13. Have you ever owned your own business or been self-employed? If so, describe.

**RETALIATION CLAIM**

14. This is a First Amendment case where the Plaintiffs allege that they were retaliated against in their employment with the City of West Haven because of their support of a political opponent of the Defendant. Have you ever participated in any way with an employment retaliation claim?

15. Have you ever filed a claim against an employer for an adverse employment action?

16. Have you ever been fired from a job, suffered a lay off or a reduction in hours? When? Where? Why?

17. Have any of your friends or relatives ever been fired from a job? Would this influence your ability to render a fair and impartial verdict based solely on the evidence given in this courtroom?

18. Were you ever involved with the termination of an employee?

19. Would you give greater weight to the statements of an employer simply because he is the employer?

20. Would you tend to give greater weight to the statements of the employee simply because he is the employee?

21. Have any friends or relatives of yours ever been accused of retaliating or discriminating against an employee?

22. Have any friends or relatives of yours ever filed charges of retaliation or discrimination against an employer?

**ATTITUDES TOWARD POLITICAL INVOLVEMENT**

23. The Defendant in this matter is the Mayor of the City of West Haven and the Plaintiffs have been politically active in the City of West Haven. Have you ever held an elective position? If so, what?

24. Do you think that municipal employees get treated any differently in employment because of whom they support politically?

25. Have you heard of municipal employees filing law suits claiming that they have been retaliated against for their political beliefs? Do you have any opinions about this type of lawsuit?

26. Do you believe that it is within management's prerogative to terminate, fail to promote, fail to hire, reduce hours of employment and/or demote an individual because of his/her political beliefs?

27. Would you be inclined to give greater weight or less weight to what an elected official says simply because he holds elective office?

28. Do you think that politicians are untrustworthy?

**ATTITUDE TOWARD PEOPLE WHO LITIGATE**

29. Do you think people too often start court suits to solve their problems?

30. Do you feel that you are generally a little suspicious of people who sue?

31. Do you have concern about giving people financial compensation for injuries they have suffered? What are they and why do you have such a belief?

32. Do you have any sense that where an individual brings a lawsuit, that individual is probably entitled to some sort of recovery?

**QUESTIONS FOR PANEL MEMBERS WHO HAVE BEEN INVOLVED IN LAWSUITS**

33. You indicated that you or a member of your family had been a party to a lawsuit. Can you describe the suit?

>Were you suing or being sued?
>
>Who was the other party?
>
>Why did you decide to sue?
>
>Is the matter still pending?
>
>What was the outcome?
>
>How do you feel about the outcome?

34. Was there anything about your experience that left you with any kind of feeling about the legal profession or the court system? Can you tell us more about that?

**ABILITY TO FOLLOW THE LAW REGARDLESS OF PERSONAL BELIEFS**

35. At the close of evidence on this case, I will instruct you in more detail on the law to be followed. Do you believe that you will be able to apply the law as I instruct you regardless of whether or not you may personally believe that the law should be otherwise?