UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA | : | CIVIL NO. 3:03CV00504 (MRK) |
| Plaintiffs, | : | |
| V. | : | |
| H. RICHARD BORER, JR. | : | June 28, 2005 |
| Defendant | : | |

## PLAINTIFFS' PROPOSED VOIR DIRE

The undersigned counsel for the plaintiffs respectfully requests this Court propound the following questions to prospective jurors in this case:

1. Does anyone here have any affiliations or relationships with the City of West Haven or any of its employees or appointed or elected officials?

2. Does anyone here have a relative or friend who does business with the City of West Haven, any of its constituent departments or with any elected or appointed official or employee of the City of West Haven?

3. Is anyone here active in any political party - - Democratic, Republican or other - - or does anyone have a family member, relative or close friend who is active in any such party or holds office or a position with

1

       any such party?

4. Is anyone here employed by an insurance carrier or other organization which is involved in the evaluation and adjustment of employee claims?

5. Has anyone here ever been a party to a civil action or administrative proceeding involving claims or issues arising from an employment dispute?

6. Is anyone here employed in a job that involves personnel decisions?

7. Is anyone here a member of or involved in any way with an organization which is dedicated to or addresses issues regarding the legal system, law reform, political lobbying or the jury process?

8. Does anyone here have any strong opinions one way or the other about employment or civil rights litigation, including cases involving government employees who bring suit against a government employer?