UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA LORUSSO & <br> DEBORAH EVANGELISTA, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | No. 3:03cv504 (MRK) |
| v. | : <br> : | |
| H. RICHARD BORER, JR., | : <br> : | |
| Defendant. | : | |

**ORDER**

For the reasons stated on the record in open court on July 20, 2005, the Court enters the following orders:

1. Defendant's Motion to Modify Subpoena and/or Continuance of Trial [doc. #69] is GRANTED IN PART and DENIED IN PART. The Motion to Continue the Trial is DENIED. The Motion to Modify Subpoena is GRANTED as follows: Mr. Legg will not have to testify at trial in accordance with the subpoena if he is out of the country in connection with the adoption of a child at the time of the trial. To that end, the parties are urged to take a videotaped deposition of Mr. Legg's trial testimony and that deposition will be shown to the jurors in the event Mr. Legg is out of the country at the time of the trial. The Court will allocate the costs of the videotaped deposition among the parties following the trial. If Mr. Legg is in the United States at the time of trial, Mr. Legg will be required to testify in person at trial in accordance with the subpoena, even if the parties have previously taken his videotaped deposition.

2. Defendant's Motion In Limine Re: Defendant's Budget Conduct and His Motives Therefor [doc. # 70] is DENIED IN PART and GRANTED IN PART. The Court DENIES the Motion and will permit testimony regarding Mayor Borer's alleged comments to Ms. Lorusso, Ms. Evangelista and Ms. Schenkle as described in the Motion because that testimony is relevant to the Mayor's motive and intent. However, the Court will provide the jury with an appropriate cautionary instruction that makes it clear that the Mayor's actions in connection with the budget are not part of this case, and the Court informs counsel that it expects counsel to limit the testimony of witnesses regarding the budget. The parties shall file proposed cautionary instructions with the Court no later than **July 29, 2005.** The Court GRANTS the Motion insofar as it seeks to exclude the testimony and statements of Ms. Callegari and Ms. Bell, as described in the Motion. Their testimony and statements are of questionable admissibility, little relevance and any probative value is outweighed by the potential for prejudice and confusion. *See* F. R. Evid. 401 & 403.

3. Defendant's Motion in Limine [doc. # 72] is taken under advisement pending the testimony of Messrs. Legg and DeLucca. Neither counsel shall inform the jury of the alleged conversation that is the subject of the Motion without the Court's permission and prior notice to counsel for each party.

                                          IT IS SO ORDERED.


                             /s/      Mark R. Kravitz
                                       United States District Judge


Dated at New Haven, Connecticut: **July 20, 2005**.