UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

   Plaintiffs

V.

H. RICHARD BORER, JR.

   Defendant

Civil No. 3:03CV00504 (MRK)

July 26, 2005

**PLAINTIFFS' PROPOSED INSTRUCTION TO JURORS REGARDING EVIDENCE RELATED TO DEFENDANT'S BUDGET PROPOSALS AND THE CITY COUNCIL BUDGET PROCEEDINGS**

In accordance with the order of this Court issued at the pre-trial conference on July 20, 2005, the undersigned counsel for the plaintiffs proposes the following instruction to jurors regarding the defendant's budget-related conduct and the West Haven City Council Budget proceedings:

  Members of the jury, there will be testimony and exhibits in this case which relate directly or indirectly to the defendant's submission to the West Haven City Council of a proposed annual City budget and the City Council's subsequent vote on the budge proposals for the fiscal year 2001 - 2002. It is uncontested that as a result of the defendant's budget proposal and the City Council's action on it, Sandra Lorusso's job of Risk Manager was eliminated and

Deborah Evangelista's work hours in the office of Registrar of Voters were reduced from 35 to 19 hours per week.

As a matter of law, in connection with the proposing and passing of a budget, legislators and other municipal officials involved in such legislative procedures, including mayors, enjoy absolute immunity from lawsuits in connection with such conduct. For this reason, you will not in this case be deciding any issues or facts related to the budget process nor any claims for damages by the plaintiffs in connection with the initial elimination of Sandra Lorusso's job of Risk Manager or the reduction of Deborah Evangelista's work hours. The defendant's actions and the issues which you will decide relate solely to the alleged acts or omissions of the defendant which occurred after the date of the City Council's passage of that budget.

You will, however, hear testimony from witnesses regarding certain statements alleged to have been made by the defendant and other City officials at the time of, and in connection with, that budget process. The Court has determined this evidence to be relevant to the plaintiffs' claims which you will be deciding. The plaintiff Sandra Lorusso alleges that in the wake of the passage of the budget and the elimination of her job the defendant, directly or indirectly through the acts of subordinate officials, deprived her of continued employment

and re-employment in one or more vacant positions in retaliation for her support of his electoral opponent. Plaintiff Deborah Evangelista alleges that defendant, directly or indirectly through the acts of subordinate officials, deprived her of health insurance and other benefits for the same unlawful reason. Defendant denies these claims and whether plaintiffs' allegations are more likely true than not true is a matter which you will decide after hearing all of the evidence.

You are to consider the evidence of these alleged statements of the defendant for the sole purpose of determining the issue of defendant's state of mind and motivation respecting his alleged post-budget acts and omissions and for no other purpose. You may not draw any conclusions nor engage in any speculation regarding the defendant's conduct in the budget process which led to the elimination of Sandra Lorusso's job and the reduction of Deborah Evangelista's work hours. Your focus in this case will be on the issue of the lawfulness of defendant's post-budget conduct and you will receive and consider this evidence solely in that context.

RESPECTFULLY SUBMITTED,


BY:_____
   KAREN LEE TORRE
   Fed. Bar No. ct01707
   Law Offices of Karen Lee Torre
   51 Elm Street, Suite 307
   New Haven, Connecticut 06510
   Tel. (203) 865-5541
   Fax: (203) 865-4844

   Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was delivered by facsimile 203-562-8430, and U.S. mail on this 26th day of July, 2005 to:

Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507


_____
Karen Lee Torre