UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | * | CIVIL ACTION NO. |
| | * | 3:03CV00504 (MRK) |
| PLAINTIFFS | * | |
| VS. | * | |
| H. RICHARD BORER, JR. | * | |
| | * | |
| DEFENDANT | * | JULY 29, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S PROPOSED BULLET POINTS/ FOCUS OF CASE

- Whether or not the Plaintiffs suffered an adverse employment action at the hands of the Defendant?

- Whether or not the Plaintiffs' support of the Defendant's political opponent was a substantial or motivating factor for the employment decisions of which they complain?

    - Specifically:

        - Whether or not Plaintiff's Lorusso's support of the Defendant's political opponent was a substantial or motivating factor for her failure to obtain substitute employment with the City after the position she had held was eliminated in the City's budget for FY 2002-2003 ?

        - Whether or not Plaintiff's Evangelista's support of the Defendant's political opponent was a substantial or motivating factor for her failure to secure the reinstatement of her health care benefits after they were eliminated as a consequence of the fact that her hours were reduced in the City's budget for FY 2002-2003?

- Whether or not the Defendant had a direct and personal involvement in the employment decisions complained of by the Plaintiffs?

- Whether or not the Plaintiffs would have experienced the same employment decisions of which they complain for other reasons even in the absence of their support of the Defendant's political opponent?

                              THE DEFENDANT,
                              H. RICHARD BORER, JR.

By:_____
       Jennifer L. Schancupp
       Federal Bar No. ct11876
       Susman, Duffy & Segaloff, P.C.
       55 Whitney Avenue
       P O Box 1684
       New Haven, CT 06507

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

| Counsel for the Plaintiff | Co-Counsel for the Defendants |
|---|---|
| Karen Lee Torre | Paul J. Dorsi, Esq. |
| Law Offices of Karen Lee Torre | Assistant Corporation Counsel |
| 51 Elm Street, Suite 307 | Office of the Corporation Counsel |
| New Haven, CT 06510 | City of West Haven |
| | 355 Main Street |
| and transmitted via fax to: 865-4844 | West Haven, CT 06516 |
| | |
| | and transmitted via fax to: 937-1761 |

_____
Jennifer L. Schancupp

I:\Client W\West Haven\Lorusso-Evangelista\trial preparation\Bullet Points.wpd