# United States District Court

**DISTRICT OF** Connecticut

**EXHIBIT AND WITNESS LIST**

Lorusso, et al v. Borer

CASE NUMBER: 3:03cv504(MRK)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Karen Lee Torre | Jennifer L. Schancupp |
| **TRIAL DATE(S)** 8/3/05 – 8/11/05 | **COURT REPORTER** Thea Finkelstein | **COURTROOM DEPUTY** Kenneth R. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/3/05 | | | Sandra Lorusso |
| ✓ | | 8/3/05 | | | Deborah Evangelista |
| ✓ | | 8/4/05 | | | " " |
| ✓ | | 8/4/05 | | | Margaret Schenkle |
| ✓ | | 8/4/05 | | | Richard Legg |
| ✓ | | 8/4/05 | | | Ralph DeLucca, Jr. |
| ✓ | | 8/4/05 | | | Arthur Ferris |
| ✓ | | 8/8/05 | | | Arthur Ferris |
| ✓ | | 8/8/05 | | | Herman Richard Borer |
| ✓ | | 8/9/05 | | | Joan Andrews |
| ✓ | | 8/9/05 | | | Mark Bisaccia |

FILED 2005 AUG 11 P 12:45 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages