UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | \* \* | CIVIL ACTION NO. 3:03CV00504 (MRK) |
| PLAINTIFFS | \* | |
| VS. | \* | |
| H. RICHARD BORER, JR. | \* \* | |
| DEFENDANT | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED 2005 AUG 11 A 11:30 U.S. DISTRICT COURT NEW HAVEN, CT

## DEFENDANT'S EXHIBITS

8/3/05  501. Agreement between Communications Workers of America Local 1103 and The City of West Haven for July 1, 2000 to June 30, 2004

502. Bumping Policy

8/3/05  503. Job description for Zoning Officer

8/4/05  505. Job description for Risk/Procurement Manager

8/4/05  506. Job description for Risk Manager

507. Job description for Assistant Purchasing Agent

508. Letter dated June 10, 2002 from Sandra Lorusso to Ralph DeLucca

8/4/05  509. Letter dated June 11, 2002 from Ralph DeLucca to Sandra Lorusso

8/3/05  510. Letter dated June 18, 2002 from Ralph DeLucca to Mark Bisaccia (attached - old and new proposed job descriptions for Assistant to the Commissioner of Public Works)

8/4/05  511. Letter dated June 19, 2002 from Ralph DeLucca to Joseph Mayhew

512. Letter dated June 21, 2002 from Ralph DeLucca to Sandra Lorusso

513. Letter dated June 28, 2002 from Sandra Lorusso to Ralph DeLucca

514. Job Posting dated July 9, 2002 re: Assistant to Commissioner of Public Works

*Returned to Defendant atty* [signature]

8/4/05  515.  Letter dated July 10, 2002 from Ralph DeLucca to Arthur Ferris

516.  Memorandum dated July 29, 2002 from Arthur Ferris to Ralph DeLucca

517.  Successful Bidder re: Assistant to Commissioner of Public Works

518.  Amendment dated July 22, 2002 re: Risk Procurement Manager

519.  Job Posting dated July 23, 2002 re: Risk/Procurement Manager

520.  Letter dated July 24, 2002 from Carol Silverstein to Ralph DeLucca

8/4/05  522.  Letter dated July 30, 2002 from Sandra Lorusso to Ralph DeLucca

523.  Letter dated August 1, 2002 from Ralph DeLucca to Sandra Lorusso

525.  Successful Bidder dated August 2, 2002 re: Risk Procurement Manager

526.  Letter dated April 30, 2002 from Jo Ann Callegari to Ralph DeLucca

527.  Letter dated May 8, 2002 from Jo Ann Callegari to Ralph DeLucca

528.  City of West Haven Savings/Cost Resulting from 2002 Retirement Incentive

529.  Amendments to Resolution

8/4/05  530.  Recommended Operating Budget for 2002-2003

8/3/05  531.  Approved Operating Budget for 2002-2003

534.  Letter dated June 11, 2002 from Ralph DeLucca to Sandra Lorusso

536.  Retirement Incentive for Local 1103