Lorusso, et al
v
Borer

3:03cv504(MRK)

## PLAINTIFFS' LIST OF EXHIBITS

1. Letter to Mayor from Union Business Agent Joseph C. Mayhew and May 1, 2002 letter of response.

8/3/05  2. June 11, 2002 letter to Sandra Lorusso from Ralph Delucca, Jr.

8/3/05  3. Job description for Risk Manager.

4. City of West Haven Bumping Policy.

8/3/05  5. June 21, 2002 letter to Sandra Lorusso from Ralph DeLucca, Jr.

8/3/05  6. Job posting for Zoning Enforcement Officer.

8/3/05  7. Job description for Assistant to the Commissioner of Public Works.

8/3/05  8. Vendor payment vouchers for compensation paid to Mary Annunziata.

8/8/05  9. June 10, 2002 letter from Sandra Lorusso to Ralph DeLucca.

8/4/05  10. June 11, 2002 letter from Ralph DeLucca to Sandra Lorusso.

8/3/05  11. June 28, 2002 letter from Sandra Lorusso to Ralph DeLucca.

12. July 10, 2002 letter from Sandra Lorusso to Ralph DeLucca.

8/3/05  13. July 30, 2002 letter from Sandra Lorusso to Ralph DeLucca.

14. ID  Correspondence of June 10, 2002, June 19, 2002 and June 26, 2002 between Ralph DeLucca and Business Agent Joseph C. Mayhew.*

15. August 1, 2002 letter from Ralph DeLucca to Sandra Lorusso with appended agreement with Union Business Agent Mayhew.

8/3/05  16. Job description for Risk/Procurement officer.

8/8/05  17. City of West Haven payroll summary for Carol Silverstein for payroll periods ending 7/5/2002 through 7/26/2002.

*FILED 2005 AUG 11 A 11:30 U.S. DISTRICT COURT NEW HAVEN, CT*

|       |     |                                                                                                                                                                                      |
|-------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | 18. | Job posting for Risk/Procurement Manager dated July 23, 2002.                                                                                                                        |
| 8/3/05 | 19. | Notice of "Successful Bidder" (Carol Silverstein) for position of Risk/Procurement officer dated August 2, 2002.                                                                    |
| 8/3/05 | 20. | Job Posting for Assistant to Commissioner of Public Works dated July 16, 2002.                                                                                                       |
| 8/3/05 | 21. | Notice of "Successful Bidder" (Mark Bisaccia) for position of Assistant to Commissioner of Public Works dated August 5, 2002.                                                        |
|       | 22. | November 27, 1991 notice of appointment of Deborah Evangelista to position of Administrative Assistant.                                                                              |
| 8/3/05 | 23. | June 13, 2002 letter from Deborah Evangelista to Ralph DeLucca.                                                                                                                      |
|       | 24. | June 17, 2002 letter from Ralph DeLucca to Deborah Evangelista.                                                                                                                      |
| 8/4/05 | 25. | Memorandum dated July 22, 2002 from Office of the Mayor to Richard Legg regarding grant of health insurance to West Haven Economic Development Corporation ("EDC") administrative assistant. |
| 8/3/05 | 26. | Agreement dated July 1, 2000 signed by Mayor Richard Borer granting health insurance to EDC Executive Director.                                                                      |
|       | 27. | Job description for Commissioner of Human Resources.                                                                                                                                  |
|       | 28. | Department Personnel Summary regarding Purchasing Department.                                                                                                                        |
| 8/8/05 | 29. | West Haven City Charter.                                                                                                                                                             |

Returned to ~~Defendant~~ Plaintiff
atty 8/11/05    *for identification purposes only at this time per order of the Court.

2