# United States District Court

**DISTRICT OF** Connecticut

**EXHIBIT AND WITNESS LIST**

LoRusso, et al
v.
Borer

CASE NUMBER: 3:03cv504

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Karen Lee Torre | Jennifer L. Shancupp |
| **TRIAL DATE(S)** 8/3/05 – 8/11/05 | **COURT REPORTER** Thea Finkelstein | **COURTROOM DEPUTY** Kenneth R. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/3/05 | ✓ | | Court exh 1 Draft of charge inst. |
| | | 8/3/05 | ✓ | | Court exh 2 Draft of Verdict Form |
| | | 8/4/05 | ✓ | | Court exh 3 Draft of charge inst. |
| | | 8/4/05 | ✓ | | Court exh 4 Draft of Verdict Form |
| | | 8/8/05 | ✓ | | Court exh 5 Drawn Diagram |
| | | 8/8/05 | ✓ | | Court exh 6 Draft of verdict form |
| | | 8/8/05 | ✓ | | Court exh 7 Draft of Jury Instruction |
| | | 8/9/05 | ✓ | | Court exh 8 Final Jury Instruction |
| | | 8/10/05 | ✓ | | Court exh 9. Jury Note |
| | | 8/10/05 | ✓ | | Court exh 10 Jury Note |
| | | 8/10/05 | ✓ | | Court exh 11 Jury Note |
| | | 8/11/05 | ✓ | | Court exh 12 Jury Note |
| | | 8/11/05 | ✓ | | Court exh 13 Jury Note |
| | | 8/11/05 | ✓ | | Court exh 14 Jury Note |

FILED 2005 AUG 11 P 12:26 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages