UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and          :
DEBORAH EVANGELISTA,        :
                            :
              Plaintiffs,   :    NO.   3:03cv504 (MRK)
                            :
v.                          :
                            :
                            :
H. RICHARD BORER, JR.,      :
                            :
              Defendant.    :


## VERDICT FORM

YOU MUST RENDER A SEPARATE VERDICT FOR EACH PLAINTIFF. ACCORDINGLY, YOU WILL FIRST ADDRESS MS. LORUSSO'S CLAIM IN PARTS I & II, AND THEN WILL ADDRESS MS. EVANGELISTA'S CLAIM IN PARTS III & IV.

TO BEGIN, PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTIONS IN PART I ON MS. LORUSSO'S LIABILITY ISSUES, SECTION A.

BEFORE PROCEEDING TO ANSWER ANY QUESTIONS IN ANY OTHER PART, PLEASE READ THE INSTRUCTIONS FOR THAT PART AND ONLY PROCEED TO ANSWER THE QUESTIONS IN THAT PART IF YOU ARE REQUIRED TO DO SO BY THE INSTRUCTIONS.

1

PART I.    MS. LORUSSO'S LIABILITY ISSUES

A.    MS. LORUSSO'S FIRST AMENDMENT RETALIATION CLAIM UNDER § 1983

You must answer Questions 1, 2, <u>and</u> 3.

Has Ms. Lorusso proved by a preponderance of the evidence that:

1.    Ms. Lorusso suffered an adverse employment action?

    ___ YES            _X_ NO

2.    Ms. Lorusso's First Amendment protected conduct -- supporting someone's political campaign -- was a substantial or motivating factor in Mayor Borer's actions in taking adverse employment actions against her?

    ___ YES            _X_ NO

Has Mayor Borer proved by a preponderance of the evidence that:

3.    Mayor Borer would have taken the same adverse employment action against Ms. Lorusso regardless of Ms. Lorusso's protected conduct?

    _X_ YES            ___ NO

**If you answered "YES" to BOTH Questions 1 and 2, AND "NO" to Question 3, then you have found in favor of Ms. Lorusso on her First Amendment retaliation claim under § 1983, and you must address Ms. Lorusso's damages in Part II on page 3.**

**If you have answered "NO" to EITHER Question 1 or 2, OR "YES" to Question 3, then you have found for Mayor Borer on Ms. Lorusso's First Amendment Retaliation claim under § 1983. You may skip Part II, and proceed to Ms. Evangelista's claims in Part III on page 5.**

PART II.     MS. LORUSSO'S DAMAGES ISSUES

    Only proceed to answer the questions in this Part II if you have found for Ms. Lorusso on her First Amendment Retaliation Claim in Part I.

    If you have found for Mayor Borer on Ms. Lorusso's claim in Part I, then you may skip Part II and you should proceed to Ms. Evangelista's claim in Part III on page 5.

A.    ECONOMIC DAMAGES

    Please fill in a dollar amount for Ms. Lorusso's economic damages:

    Past Economic Damages:    $ _____

    Future Economic Damages:    $ _____

B.    NON-ECONOMIC DAMAGES

    Please fill in a dollar amount for Ms. Lorusso's NON-economic damages:

    Past Non-economic Damages:    $ _____

    Future Non-economic Damages:    $ _____

    **Please DO NOT proceed to Section C, Nominal Damages, if you have inserted a monetary value for either economic or non-economic damages above.**

C.    NOMINAL DAMAGES

    If you find in favor of Ms. Lorusso on any of her claims in this case, but you find that Ms. Lorusso's damages have no monetary value, then place some nominal or token amount not to exceed $10 on the line below.

    Nominal Damages:    $ _____

    Please proceed to the next page.

D. **PUNITIVE DAMAGES**

Do you find that Mayor Borer acted willfully, maliciously, or in reckless disregard of Ms. Lorusso's constitutional rights?

    \_\_\_\_ YES                      \_\_\_\_ NO

If you answered "YES", what punitive damages, if any, do you award Ms. Lorusso as a result of Mayor Borer's conduct?

Punitive Damages:          $_____

Please proceed to Ms. Evangelista's claims in Part III on the next page (page 5).

PART III.    MS. EVANGELISTA'S LIABILITY ISSUES

A.    MS. EVANGELISTA'S FIRST AMENDMENT RETALIATION CLAIM UNDER § 1983

**You must answer Questions 1, 2, and 3.**

Has Ms. Evangelista proved by a preponderance of the evidence that:

1. Ms. Evangelista suffered an adverse employment action?

    ___ YES          _X_ NO

2. Ms. Evangelista's First Amendment protected conduct – supporting someone's political campaign – was a substantial or motivating factor in Mayor Borer's actions in taking adverse employment actions against her?

    ___ YES          _X_ NO

Has Mayor Borer proved by a preponderance of the evidence that:

3. Mayor Borer would have taken the same adverse employment action against Ms. Evangelista regardless of Ms. Evangelista's protected conduct?

    _X_ YES          ___ NO

**If you answered "YES" to BOTH Questions 1 and 2, AND "NO" to Question 3, then you have found in favor of Ms. Evangelista on her First Amendment retaliation claim under § 1983, and you must address Ms. Evangelista's damages in Part IV on page 3.**

**If you have answered "NO" to EITHER Question 1 or 2, OR "YES" to Question 3, then you have found for Mayor Borer on Ms. Evangelista's First Amendment Retaliation claim under § 1983. You may skip Part IV, and proceed to the Conclusion of Deliberations on Page 8.**

PART IV.   MS. EVANGELISTA'S DAMAGES ISSUES

Only proceed to answer the questions in this Part IV if you have found for Ms. Evangelista on her First Amendment Retaliation Claim in Part III.

If you have found for Mayor Borer on Ms. Evangelista's claim in Part III, then you may skip Part IV and you should proceed to the Conclusion of Deliberations on page 8.

A.   ECONOMIC DAMAGES

Please fill in a dollar amount for Ms. Evangelista's economic damages:

Past Economic Damages:		$_____

Future Economic Damages:		$_____


B.   NON-ECONOMIC DAMAGES

Please fill in a dollar amount for Ms. Evangelista's NON-economic damages:

Past Non-economic Damages:		$_____

Future Non-economic Damages:		$_____


Please DO NOT proceed to Section C, Nominal Damages, if you have inserted a monetary value for either economic or non-economic damages above.


C.   NOMINAL DAMAGES

If you find in favor of Ms. Evangelista on any of her claims in this case, but you find that Ms. Evangelista's damages have no monetary value, then place some nominal or token amount not to exceed $10 on the line below.

Nominal Damages:		$_____


Please proceed to the next page.

D.  **PUNITIVE DAMAGES**

Do you find that Mayor Borer acted willfully, maliciously, or in reckless disregard of Ms. Evangelista's constitutional rights?

\_\_\_ YES                                          \_\_\_ NO

If you answered "YES", what punitive damages, if any, do you award Ms. Evangelista as a result of Mayor Borer's conduct?

Punitive Damages:                $_____

Please proceed to the Conclusion of Deliberations on the following page (page 8).

V. **CONCLUSION OF DELIBERATIONS**

Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. You should return your completed Verdict Form to the Court.

8/11/05    10:27 A.M./~~P.M.~~
Date        Time

Foreperson (please sign) *[signed]*
Juror #5