UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO,  :
DEBORAH EVANGELISTA,  :
                     :
        Plaintiffs,  :  NO.  3:03cv504 (MRK)
                     :
v.                   :
                     :
H. RICHARD BORER JR.,  :
                     :
        Defendant.   :

## JUDGMENT

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge. On August 11, 2005, the jury returned a verdict for the defendant on all counts.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, H. Richard Borer, Jr., and the case is closed.

Dated at New Haven, Connecticut this 11th day of August 2005.

KEVIN F. ROWE, Clerk
By
Kenneth R. Ghilardi
Deputy Clerk

EOD : _____