

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

        Plaintiffs

         :   Civil No.  3:03CV00504 (MRK)

V.

H.  RICHARD BORER, JR.        :   August 26, 2005

        Defendant

## PLAINTIFFS' MOTION FOR A NEW TRIAL

Pursuant to Rule 59 of the Federal Rules of Civil Procedure, the plaintiffs hereby move this court for a new trial on the ground that the verdict rendered for the defendant was against the weight of the evidence as more fully set forth in the accompanying memorandum of law.

THE PLAINTIFFS,
SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844
Their Attorney

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered on this 26th day of August, 2005 to:


Jennifer L. Schancupp, Esq.
Thomas Katon, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411


_____
Karen Lee Torre

Law Offices of Karen Lee Torre • 51 Elm Street, Suite 307, New Haven, Connecticut 06510 • Tel: (203) 865-5541