UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

    Plaintiffs

V.

H. RICHARD BORER, JR.

    Defendant

Civil No. 3:03CV00504 (MRK)

August 26, 2005

### AFFIDAVIT OF KAREN LEE TORRE

STATE OF CONNECTICUT    )
    ) ss: New Haven July 13, 2005
COUNTY OF NEW HAVEN    )

I, Karen Lee Torre, having been duly sworn, do depose and state:

1. Several days after the verdict was rendered in this action, I received a telephone call from Ann Dematteo, reporter with the New Haven Register. Ms. Dematteo called to ask me for comment on the substance of an email communication she received from Mary Kay Lescoe, one of the jurors in this case. Ms. Dematteo disclosed to me the content of the email and later the content of a telephone interview she conducted with Ms. Lescoe. I was initially advised that the subject matter of the communication would be the subject of a follow-up article and later that it would be published as a Letter to the Editor.

2. Ms. Lescoe's email communication, which Ms. Dematteo forwarded to me, is attached hereto as Exhibit Two. While Ms. Lescoe communicated her opinions to the newspaper, she has not communicated with me.

_____
KAREN LEE TORRE

Sworn and subscribed to before me
this 26th day of August, 2005.

_____
Notary Public
My Commission Expires:

JOYCE M. COLE
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2008

2