**Karen Lee Torre**

From: "Ann Dematteo" <adematteo@mail.nhregister.com>
To: <ktorre@choiceonemail.com>
Sent: Thursday, August 25, 2005 6:29 PM
Subject: FWD: poor reporting on the Borer case

---------- Original Message ----------------------------------
From: "Lescoe, Mary Kay" <MLescoe@sopherion.com>
Date: Fri, 12 Aug 2005 11:18:54 -0400

As a juror on the Borer case, I Cannot believe how inaccurate and biased your reporters have been on this case. Can you add,Ann ? We were in deliberations from 10-5 on Wednesday and over 2 hours on Thursday.That would make NINE hours , not "less than two hours". It was a very difficult case and we took our time trying to keep within the confines of the Law. We did NOT unanimously "find that Borer did not act for political reasons against sisters Sandra Lorusso and Deborah Evangelista when he eliminated Lorusso's job and cut back Evangelista's hours , after they said they would support candidate John Picard. We were NOT ALLOWED to deliberate on the job elimination or cut back in hours BECAUSE the mayor has legislative immunity and it was in the confines of his budget. Our opinions on retaliation due to political reasons were a moot point. But if we were allowed, I can tell you one thing. The decision would have been a whole different kettle of fish, in my opinion. We were ONLY able to deliberate on circumstances following the budget.
This last article was so absolutely misleading , you should be utterly ashamed of yourself. Where you got your quotes and where you got your questions on what we deliberated on for a verdict are totally erroneous and again misleading .I am extremely angry.


The information contained in this e-mail message is intended only for use of the individual or entity named above and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any

8/25/2005