UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | : |
| | : Civil No. 3:03CV00504 (MRK) |
| Plaintiffs | : |
| | : |
| V. | : |
| | : |
| H. RICHARD BORER, JR. | : September 29, 2005 |
| | : |
| Defendant | : |

**MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF IN REPLY TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR NEW TRIAL**

Under date of September 16, 2005, defendant filed a Memorandum of Law in Opposition to Plaintiffs' Motion for a New Trial. The undersigned counsel for the plaintiffs hereby respectfully moves this court for a 10 calendar day enlargement of time to submit a reply brief in the matter of plaintiffs' pending Motion For a New Trial. The new deadline for submission of a reply brief would thus be October 10, 2005. In support hereof, the undersigned states the following:

1.  Her time has been consumed of late by discovery and deposition activity in the matter of Ricci v. DeStefano, 3:04CV01109 (MRK) pursuant to an order of this court that plaintiffs conclude all discovery by October 1, 2005. The document review, preparation for and conducting of depositions in that case has been very time-consuming.

2.  Based on the content of defendant's memorandum of law, the additional time

is needed to formulate a response and present this court with additional information in rebuttal to the arguments advanced by defendant.

   3.   In compliance with Local Rule, the undersigned states that no previous enlargements of time have been sought with respect to this obligation.

   4.   In addition, the undersigned telephoned Attorneys Thomas Katon and Jennifer Schancupp on September 28, 2005 in order to ascertain their position with respect to this motion. Neither attorney was available. As of today the undersigned has not received a return call from Mr. Katon. Accordingly, the undersigned cannot report defendant's position on this motion.

   WHEREFORE, the undersigned respectfully requests that this motion be granted.

        THE PLAINTIFFS,
        SANDRA LORUSSO and
        DEBORAH EVANGELISTA


BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

    Their Attorney

**<u>CERTIFICATION</u>**

      I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 29th day of September, 2005.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Thomas E. Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507


_____
Karen Lee Torre

\\Assistant\data\Client_Matter\Client-L\Lorusso\Pleadings\Ext fpr REPLY BRIEF 9-29-05.wpd