UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | : |
| | : Civil No.  3:03CV00504 (MRK) |
| Plaintiffs | : |
| | : |
| V. | : |
| | : |
| H. RICHARD BORER, JR. | : October 11, 2005 |
| | : |
| Defendant | : |

**<u>MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF IN REPLY TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR NEW TRIAL</u>**

The undersigned counsel for the plaintiffs hereby respectfully moves this court for a one-week enlargement of time, to October 17, 2005, to submit a reply brief in support of plaintiff's pending motion for a new trial.  In support of this motion, the undersigned states the following:

1. In light of defendant's memorandum of law in opposition to plaintiffs' motion for a new trial, the undersigned determined the need to order excerpts of the trial transcripts.  The transcript was received yesterday by e-mail from Court Reporter Thea Finkelstein.  Additional time is needed to review the transcripts and respond to defendant's statements of evidence and arguments.

2. In compliance with Local Rule, the undersigned states that one previous enlargement of time was sought and granted with respect to the filing of a reply brief.  In

addition, the undersigned telephoned Attorney Thomas Katon in order to ascertain defendant's position with respect to this motion but Attorney Katon was not available. Accordingly, the undersigned cannot report defendant's position on this motion.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

        THE PLAINTIFFS,
        SANDRA LORUSSO and
        DEBORAH EVANGELISTA


BY:_____
  KAREN LEE TORRE
  Fed. Bar No. ct01707
  Law Offices of Karen Lee Torre
  51 Elm Street, Suite 307
  New Haven, Connecticut 06510
  Tel. (203) 865-5541
  Fax: (203) 865-4844

  Their Attorney

2

**CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 11th day of October, 2005.

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

Thomas E. Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

                                                          _____
                                                          Karen Lee Torre