UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA : | |
| : | Civil No. 3:03CV00504 (MRK) |
| Plaintiffs : | |
| : | |
| V. : | |
| : | |
| H. RICHARD BORER, JR. : | October 19, 2005 |
| : | |
| Defendant : | |

## MOTION FOR RELIEF FROM JUDGMENT

Pursuant to Rule 60 (b) of the Federal Rules of Civil Procedure, the plaintiffs hereby move this court for relief from the judgment entered in favor of the defendant and for a new trial on the grounds of newly discovered evidence. In support hereof, plaintiffs state that, after the entry of judgment in accordance with the jury's verdict in this action, a material witness, namely Ralph DeLucca, Jr., came forward and admitted to having lied under oath at the jury trial of this action. Plaintiffs submit herewith the following:

1. Affidavit of John Pascale, appended as Exhibit 1;

2. Affidavit of Deborah Evangelista, appended as Exhibit 2;

3. Certified transcript of recorded conversation between Ralph DeLucca, Jr. and Deborah Evangelista of September 8, 2005; and,

4. Memorandum of Law In Support of Motion for Relief from Judgment.

As the accompanying exhibits and memorandum show, Ralph DeLucca, Jr. has admitted lying under oath before jurors at the trial of this action and. his admittedly false testimony implicates the integrity of the proceeding and the verdict rendered. For the reasons more fully set forth in plaintiffs' memorandum of law, this court is urged to vacate the judgment and order a new trial to remedy the injustice to the plaintiffs caused by Mr. DeLucca's conduct.

THE PLAINTIFFS,

SANDRA LORUSSO and
DEBORAH EVANGELISTA

BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

    Their Attorney

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage paid, on this 19th day of October, 2005 to:

Jennifer L. Schancupp, Esq.
Thomas Katon, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven CT 06507

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven CT 06516-0411

                                             Karen Lee Torre