UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
SANDRA LORUSSO and DEBORAH       *   CIVIL ACTION NO.
EVANGELISTA                      *   3:03CV00504 (MRK)
              PLAINTIFFS         *
VS.                              *
H. RICHARD BORER, JR.            *   OCTOBER 25, 2005
                                 *
              DEFENDANT          *
*************************************
```

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT**

Judgment on this matter was entered in favor of the Defendant on August 11, 2005. The judgment was entered on the Court's docket on August 12, 2005. By motion dated August 26, 2005, the Plaintiffs sought a new trial pursuant to Fed. R. Civ. P. 59(a) on the grounds that the verdict was against the weight of the evidence. That motion remains pending. By separate motion dated October 19, 2005, the Plaintiffs also seek relief from judgment purportedly pursuant to Fed. R. Civ. P. 60(b)(2). Rule 60(b)(2) provides that relief from judgment may be ordered based on "newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b)." In support of their purported Rule 60(b) motion, the Plaintiffs claim that, Ralph DeLucca, Jr., a witness who testified for the Plaintiffs and for the Defendant committed perjury. The Plaintiffs have attached affidavits and a purported transcript of a secretly recorded conversation between Mr. DeLucca and Deborah Evangelista to their motion.

ORAL ARGUMENT NOT REQUESTED

Pursuant to Local Rule 7(b), the Defendant seeks an enlargement of time up to and including November 30, 2005 within which to file a response to this motion. Upon information and belief, subsequent to the filing of the October 19, 2005 motion, Ralph DeLucca, Jr. obtained independent counsel. Accordingly, counsel for the Defendant may no longer discuss this matter with Mr. DeLucca directly. Upon information and belief, counsel retained by Mr. DeLucca is currently evaluating Mr. DeLucca's response to the charges leveled against him by the Plaintiffs in their October 19, 2005 motion. The additional time is requested to permit counsel for the Defendant to confer with Mr. DeLucca's counsel and to determine what role, if any, Mr. DeLucca will play in responding to the claims by the Plaintiff.

In addition, the Defendant expressly requests that this enlargement of time include any affidavits to be filed in opposition to the Plaintiffs' purported Rule 60(b) motion and the affidavits appended thereto. While Rule 60 – the basis for the Plaintiffs' October 19, 2005 motion-- does not contain any time limitation within which to file opposing affidavits, Rule 59(c) does. Out of an abundance of caution, the Defendant expressly requests that this enlargement of time encompass any affidavits to be filed in opposition to the Plaintiffs' purported Rule 60(b) motion.

Counsel for the Defendant has spoken to Attorney Torre who has represented that she has no objection to the granting of this motion. This is the Defendant's first motion for enlargement of time to respond to the Plaintiffs Rule 60(b) motion.

THE DEFENDANT,
H. RICHARD BORER, JR.

By: /s/ Jennifer L. Schancupp
Jennifer L. Schancupp
Federal Bar No. ct11876
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

_____
Jennifer L. Schancupp, Esq.

I:\Client W\West Haven\Lorusso-Evangelista\Pleadings\Motion for Enlargement of Time to file response to motion for relief from judgment 10 25 05.wpd

3

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505