UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
SANDRA LORUSSO and DEBORAH      *    CIVIL ACTION NO.
EVANGELISTA                     *    3:03CV00504 (MRK)
            PLAINTIFFS          *
VS.                             *
H. RICHARD BORER, JR.           *    NOVEMBER 23, 2005
                                *
            DEFENDANT           *
*************************************
```

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS'
MOTION FOR RELIEF FROM JUDGMENT**

Judgment on this matter was entered in favor of the Defendant on August 11, 2005. The judgment was entered on the Court's docket on August 12, 2005. By motion dated August 26, 2005, the Plaintiffs sought a new trial pursuant to Fed. R. Civ. P. 59(a) on the grounds that the verdict was against the weight of the evidence. That motion remains pending. By separate motion dated October 19, 2005, the Plaintiffs also seek relief from judgment purportedly pursuant to Fed. R. Civ. P. 60(b)(2). Rule 60(b)(2) provides that relief from judgment may be ordered based on "newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b)." In support of their purported Rule 60(b) motion, the Plaintiffs claim that, Ralph DeLucca, Jr., a witness who testified for the Plaintiffs and for the Defendant committed perjury. The Plaintiffs have attached affidavits and a purported transcript of a secretly recorded conversation between Mr. DeLucca and Deborah Evangelista to their motion.

**ORAL ARGUMENT NOT REQUESTED**

The Plaintiffs claim that the purported transcript is of a single conversation between Mr. DeLucca and Ms. Evangelista which occurred on September 8, 2005. However, it is clear that Ms. Evangelista and Mr. DeLucca had more than one conversation following the verdict concerning DeLucca's testimony at trial. Ms. Evangelista's affidavit avers that a conversation with Ralph DeLucca occurred on September 8, 2005 which was surreptitiously taped. Yet the "transcript" which has been submitted is from a recording dated September 10, 2005. Further, Plaintiffs' memorandum in support of their motion refers to conversations alternatively occurring on September 8, 2005 (See, Page 4) and on September 10, 2005 (See, Page 36) The disjointed text of the purported transcript of DeLucca's alleged perjury, apparently begins in the middle of a conversation.

Counsel for the Defendant has requested that Plaintiffs' counsel produce the original recording for the purpose of inspection, copying and/or testing for authenticity. Copy of that correspondence is attached hereto and market Exhibit A. Initially, counsel for the Plaintiff refused to produce the original and, instead, made it available for listening to in her office. A copy of the Plaintiffs' counsel's response is attached hereto and marked Exhibit B. However, counsel for the Plaintiff has now agreed to produce the original recording and device to a third party testing facility. To this end, the Defendant has retained the services of Mr. Tom Owen and will commence the analysis as soon as the original recording and recording device is delivered to Plaintiff's counsel. A copy of Mr. Owen's curriculum vitae is attached hereto and marked Exhibit C.

Pursuant to Local Rule 7(b), the Defendant seeks an enlargement of time up to and including December 31, 2005 within which to file a response to the Plaintiffs' 60(b)(2) motion. The additional time is requested in order to identify the third party testing facility and to permit for the inspection, testing and analysis of the original recording.

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

Counsel for the Defendant has spoken to Attorney Torre who has indicated that she does not consent to the granting of this motion. This is the Defendant's second motion for enlargement of time to respond to the Plaintiffs Rule 60(b)(2) motion.

THE DEFENDANT,
H. RICHARD BORER, JR.

By: _____
Thomas E. Katon
Federal Bar No. ct01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

_____
Thomas E. Katon

I:\Client W\West Haven\Lorusso-Evangelista\Pleadings\Motion for Enlargement of Time to file response to motion for relief from judgment 11 21 05.wpd

# SUSMAN, DUFFY & SEGALOFF, P.C.

ATTORNEYS AT LAW

55 WHITNEY AVENUE

NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:

P.O. BOX 1684

NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER
MEGHAN K. GALLAGHER

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

October 26, 2005

**Via Hand Delivery**
Karen V. Torre
Law Offices of Karen V. Torre
51 Elm Street - Suite 307
New Haven, CT 06510

Re: <u>Sandra LoRusso, et al vs. H. Richard Borer, Jr</u>

Dear Attorney Torre:

In light of the substance of your Rule 60 (b) motion, Defendant hereby requests, for the purposes of inspection, copying and/or testing for authenticity, production of the original and unedited recording, on whatever medium it was so recorded, of the September 8, 2005 conversation between Plaintiff Deborah Evangelista and Ralph DeLucca, Jr.

Defendant further requests that production of that original recording be made to the offices of Susman, Duffy & Segaloff by or before 5:00 p.m. on Monday, October 31, 2005.

Please feel free to contact me immediately with any questions concerning this request.

Very truly yours,

Thomas Katon, Esq.

TK:pgk

I:\Client W\West Haven\Lorusso-Evangelista\Correspondence\Torre 102605.wpd

**EXHIBIT A**

# *Law Offices of*
# KAREN LEE TORRE

51 Elm Street - Suite 307  
New Haven, Connecticut 06510

Telephone - (203) 865-5541  
Facsimile - (203) 865-4844

October 27, 2005

**Via Regular Mail and Facsimile 203-562-8430**

Thomas E. Katon, Esq.  
Susman, Duffy & Segaloff, P.C.  
55 Whitney Avenue  
P.O. Box 1684  
New Haven, CT 06507

    Re: **Sandra Lorusso, et al. v. H. Richard Borer, Jr.**

Dear Attorney Katon :

I tried to telephone you yesterday without success. I am in receipt of your letter of October 26, 2005 in which you request that plaintiffs deliver to your office, by October 31, 2005, the audio recording of the September 8, 2005 conversation between Deborah Evangelista and Ralph DeLucca, Jr. While I am not sure what discovery rules apply to this situation, if indeed there are any, as a matter of fairness I agree you should be able to listen to the recording. For reasons which I am sure you will understand, however, I am not willing to give up possession of the recording.

You are invited to come to my office for the purpose of listening to the recording at a mutually agreeable time. Please call me at your convenience for this purpose.

Very truly yours,

Karen Lee Torre

KLT:map  
cc: Ms. Sandra Lorusso  
     Ms. Deborah Evangelista

EXHIBIT B

## PROFESSIONAL VITAE TOM OWEN
FEDERAL ID 61-1187317

**EDUCATION**
B.A. History 1969
Bellarmine College, Louisville, Kentucky
Certificate of Achievement, Electro-Acoustics Synergetic Audio Concepts, 1983
Completion of Voice Identification Course, 1985
Certification as Voice Identification Examiner, July 17, 1986 by the International Association for Identification,
Life Member   Kentucky Division
Life Member   New Jersey Division
Audio Engineering Society NY Chapter Board of Directors 1989-1991 1996-1998
Chairman (1991 to Present) Audio Engineering Society WG0-12 Working Group "Forensic Audio"
The American Board of Forensic Examiners - BCFE, ABFE Fellow, Life Member, Board Certified
Chairman Emeritus of the Board of Recorded Evidence - American College of Forensic Examiners 1997, 1998 Diplomate in Audio Authenticity and Voice Identification
Instructor "Southern Conference Seminar" Western Kentucky University 1992
Instructor "New York Institute for Forensic Audio" 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001
Special Deputy, Warren County Sheriff's Department, Bowling Green, KY
Experience in the Recording Arts, 35 years

**COURT QUALIFIED** as EXPERT in VOICE IDENTIFICATION, AUDIO AND VIDEO AUTHENTICATION, SIGNAL PROCESSING, TAPE ENHANCEMENT, RECORDING INDUSTRY PRACTICES.

To date: New York Southern District, New York Eastern District, New York, Buffalo New York State Court. Philadelphia, PA; Bethlehem, PA; Hartford, CT; Bridgeport, CT; New York Rockland County; Raleigh, NC; Newark, NJ; Mays Landing, NJ; Tottawa, NJ; Nashville, TN; Savannah, GA; Carmel, NY; Dover, DE; Tulsa, OK; Louisville, KY; Los Angeles, CA; Bowling Green, KY; Alexandria, VA; Zenia, OH; Kansas City, MO; Denver, CO; NY Bronx Superior Court, Manhattan Supreme Court; NYPD Arbitration Hearing Board; Morganville, West Virginia; Fresno, CA; Grand Cayman, Cayman Islands; Washington DC; Maryland; Florida; Idaho and others.

1981 to PRESENT:
PRESIDENT and CEO
OWL INVESTIGATIONS, INC.
P.O. Box 189
COLONIA, NJ 07067
732 574 9672
732 381 4523 FAX
Responsible for overall operations of Forensic Consulting business (including but not

**EXHIBIT C**

limited to) Audio and VideoTape Authentications, Enhancement, and Voice Identification. Fully equipped Audio-Video processing laboratory with digital capabilities for audio-video signal processing.

**Clients Serviced**

Law Enforcement Agencies, State Police, the Federal Government, Insurance Companies, Prosecuting Attorneys, Defense Attorneys, Banks, Private Investigators, Security Directors, Legal Aid Society, Public Defenders, Corporations and the business community in general.

**Previous Work Experience:**

January 1979 - September 1989
NEW YORK PUBLIC LIBRARY AT LINCOLN CENTER
New York City, New York 10023
212 870 1609

CHIEF ENGINEER
RODGERS AND HAMMERSTEIN ARCHIVES OF RECORDED SOUND

DUTIES: (included but not limited to) Audio Restoration, Video Restoration, Data Base Systems Management, Public Service Systems Management. Responsible for the Metropolitan Opera Archives (Broadcasts)

Responsible for 4 recording studios and public service projects.

Voice Identification and Tape Aging studies and Archival Storage.

1973 - 1978
Engineer, Producer, Quality Control for SPRINGBOARD, MUSICOR, VIVA, TRIP SPECTOR Record Labels.

Staff Producer for the above consortium of labels producing over 700 LP's.

**AWARDS**

**WINNER OF THE "AMPEX GOLDEN REEL AWARD" 1976**
**Nominated for 2 N.A.R.A.S. "Grammy Awards" 1986**
**WINNER of the "Golden Eagle Award" 1997 American Board of Recorded Evidence**

**PUBLICATIONS & SPEAKING ENGAGEMENTS**

Tom Owen, *Audio Restoration and Transfer Technology*, Audio Engineering Society AES 1737 X-3 1981

Tom Owen and John Fesler, *Electrical Reproduction of Acoustically Recorded Cylinders and Disks*, Audio Engineering Society AES 1854 E-1 1981

Tom Owen, *Reproduction of Acoustically Recorded Cylinders and Disks* (Journal of the Audio Engineering Society Vol. 31 #4 April 1983)

Tom Owen and George Alexandrovich, *A Technical and Historical Look at the Stylus Groove Interface in Recording, Past to Present* (Audio Engineering Society AES 2048 J-5 1983)

Tom Owen, *Audio Restoration* (Association for Recorded Sound Collections Convention 1981 Lecture and Panel)

Tom Owen, *New Directions in Recording Technology* (Association for Recorded Sound Collections Convention 1983 Lecture and Panel)

Tom Owen, *Advanced Signal Processing Techniques* (International Association for Identification, 70th Annual convention, Savannah, GA July 1985)

Tom Owen, *Restoration of Sound* (International Symposium on B. Pilsudski Cylinders, Hakkido University, Sapporo, Japan. Lecture and Session Chairman September 1985)

Tom Owen, *Forensic Audio and Signal Processing* (Association for Recorded Sound Collections, Paper delivered at 20th Annual Convention, NYC Lincoln Center April 1986)

Tom Owen, *Forensic Audio, Signal Processing and Tape Enhancement* (International Association for Identification, 71st Annual Conference, London, England August 1986)

Tom Owen, *A Forensic Audio Inspection of the Dictaphone 5000* (International Association for Identification, 72nd Annual Conference, Washington, DC August 1987)

Tom Owen, *Voice Identification and Acoustic Analysis* (International Association for Identification, Panel Moderator and Lecture on Authentication of Audio, Washington, DC August 1993

Tom Owen, *Forensic Audio/Video Theory and Applications* (Audio Engineering Society Journal Vol. 36, No. ½ 1988 Jan/Feb)

Tom Owen, Bruce Koenig, and Noel Herold, *Tapping the Pros: Getting the Goods on Forensic Audio and Video* (Audio Engineering Society, New York Section Meeting October 1988)

Tom Owen, *Introductory Voice Identification and Forensic Audio* (Security Management Institute, John Jay College of Criminal Justice October 1988)

Tom Owen, *An Introduction to Forensic Examination of Audio and Video Tapes* (Journal of Forensic Identification Vol. 39, No. 2 March/April 1989)

Tom Owen, *Voice ID/Tape Enhancement & Authentication* (International Association for Identification, New Jersey State Division Cape May, New Jersey October 1989)

Tom Owen, *Magnetic Tape Analysis and Voice Identification* (John Jay College of Criminal Justice, December 16, 1989)

Tom Owen, Seth Winner, William Storm, Fred Layn, *Analog and Digital Archival Storage from Transcription to R-DAT* (Audio Engineering Society, New York Section Meeting, March (1990)

Tom Owen, *Forensic Digital Video Enhancement of Surveillance Films*, (International Association for Identification, Nashville, TN July 28 - Aug. 3, 1990)

Tom Owen, *The Introduction of Voice Identification into the Courts. Frey and McCormick. Are they still an obstacle with Rule 702 and the other "Helpfulness to the Jury" Federal Rules*, (International Association for Identification, Nashville, TN 1990)

Tom Owen, Workshop Chairman, *Preservation and Restoration of Sound Recordings 1977 - 1990 Magnetic Tape Problems in Depth* (Audio Engineering Society 89th Annual Convention, Los Angeles, CA September 1990)

Tom Owen, Workshop Chairman, *Investigating Forensic Audio*, (Audio Engineering Society AES 91st Convention, New York City, NY Oct. 4 - 8, 1991)

Tom Owen, *Forensic Audio Enhancement and Voice Identification* (Surveillance Expo '91 - Third Annual International Surveillance and Counter Surveillance Conference and Exposition, November 14, 15 & 16, 1991 Washington DC)

Tom Owen, *Computer Based Video Enhancement* (Surveillance Expo '91 - Third Annual International Surveillance and Counter Surveillance Conference and Exposition, November 14, 15 & 16, 1991 Washington DC)

Tom Owen, Jim Reames, *Southern Conference Seminar on Forensic Audio*, May 18-22, 1992 (Instructors at week long Seminar of Forensic Audio, Video, and Voice Identification) Western Kentucky University CEU sponsored by Owl Investigations, Inc.

Tom Owen, *Board Meeting of the Audio Engineering Society's Forensic Audio Work Group WG-12* Tom Owen Chairman October 1, 1992, San Francisco, CA

Tom Owen, *Voice Identification and Its Uses Today* Meeting of the Kentucky Chapter of the International Association for Identification Local Chapter January 8, 1993 Bowling Green, KY

Tom Owen, Jim Reames, Mark Schubin, *New York Institute for Forensic Audio* June 24, 27, 1993 (Instructors at four day Seminar on Forensic Audio, Video, Signal Processing) Western Kentucky University CEU sponsored by Owl Investigations, Inc. New York, NY

Tom Owen, *Audio Voice Comparisons* Fourth Annual International Training Conference, Law Enforcement Video Association, L.E.V.A., Baltimore, MD October 13 -16, 1993

Tom Owen, *Authenticating Videotape*, Fourth Annual International Training Conference, Law Enforcement Video Association, L.E.V.A., Baltimore, MD October 13 - 16, 1993

Tom Owen, *Board Meeting of the Audio Engineering Society's Forensic Audio Standards Committee*, Tom Owe, Chairman October 9, 1993 New York City, NY

Tom Owen, *Voice Identification & Audio Tape Enhancement* Society of Professional Investigators Inc. 7th Annual Workshop, College of Insurance, NYC November 5, 1993

Tom Owen, Mark Schubin, *Authenticating Videotape, Published Article* (Law Enforcement Video Association Journal, The Viewfinder) April, 1994

Tom Owen, Don Ritenour, *New York Institute for Forensic Audio* Fourth Annual Training Seminar, May 11 - 15, 1994 New York City, NY

Tom Owen, *Voice Identification*, Eighth Annual New Jersey State Division of the International Association for Identification, October 16 - 19, 1994 Cape May, NJ

Tom Owen, *Board Meeting of the Audio Engineering Society's Forensic Audio Standards Committee*, Tom Owen, Chairman November 12, 1994 San Francisco, CA AED Document AES27xxxx

Tom Owen, *Voice Identification, Theory and Legal Applications*, International Forensic Science Symposium, November 26 - December 3, 1994 Taipei, Republic of China

Tom Owen, Michael C. McDermott, Gabe Wiener, *An Introduction to Forensic Audio* Audio Engineering Society, New York Section Meeting, January 10, 1995

Tom Owen, Twin, *Voice Identification of Twins* 80th Annual International Association for Identification July 23 - 27, 1995 Costa Mesa, CA

Tom Owen, Don Ritenour, Bill Seidel, *New York Institute for Forensic Audio*, Fall Training Seminar, August 23 - 26, 1995 New York City, NY

Tom Owen, *Voice Identification, Past and Present*, American Academy of Forensic Sciences, Annual Meeting, Nashville, TN

Tom Owen, *Testimony before the Maryland Senate Bill Committee Regarding Voice Identification*, Senator Ida Rubin, March 5, 1996 Annapolis, MD

Tom Owen, Mark Schubin, Bill Seidel, *New York Institute for Forensic Audio*, Spring Training Seminar, May 1 - 4, 1996 New York City, NY

Tom Owen, Michael C. McDermott, *Voice Identification, The Aural/Spectrographic Method*, American College of Forensic Examiners, *http://www.acfe.com*, December 1996 Published on the Internet http://www.acfe.com

Tom Owen, *Voice Identification, Past and Present, Panel*, American College of Forensic Examiners, South Annual Scientific Meeting, December 12 - 14, 1996 San Diego, CA

Tom Owen, Earnest Aschkanasy, Michael C. McDermott, *Forensic Audio, A Historical Perspective*, Audio Engineering Society, New York Chapter, January 21, 1997 New York

Tom Owen, *Forensic Audio I, II, III* American Association for the Advancement of Science 1333 H Street, NW, Washington DC AAAS Science Update April 1997

Tom Owen, James Reames, Mark Schubin, Steve Crump, Judge Leslie Crocker-Snyder, *New York Institute for Forensic Audio*, Spring Training Seminar May 18 - 23, 1997 New York City, NY

Tom Owen, *Forensic Audio Analysis - Authenticity Examinations* The International Association for Identification, 82nd Annual Training Seminar, July 27 - August 2, 1997 Danvers, MA

Tom Owen, Anthony Pellicano, James Reams, Mark Schubin, Michael C. McDermott *Forensic Audio Workshop W-8*, 103rd Audio Engineering Society Convention September 27, 1997

Tom Owen, Earnst Alexanderson, Jennifer Owen, *Forensic Audio Analysis-Authenticity Examinations*, American College of Forensic Examiners, 5th Annual Scientific Conference, December 11 -13, 1997 Hotel DelCoronado, San Diego, CA

Tom Owen, Mark Schubin, James R. Reames, *New York Institute for Forensic Audio Spring Seminar*, Spring Training Seminar May 18 - 22, 1998, Colonia, NJ

Tom Owen, Judge O'Lander, Mary Galvin, Hugh Keefe, "Junk Science" Movie made June 10, 1998 in Connecticut State Court demonstrating Voice Identification Issues and Daubert Considerations. Judge Support Services, Continuing Education, CT

Tom Owen, *The Kennedy Assassination - Has the Zapruder Film Been Edited?* American College of Forensic Examiners Sixth National Conference, October 12 -14, 1998 The Registry Hotel, Naples, FL

Tom Owen, *Forensic Audio, Forensic Video, and Theory and Legal Applications of Voice Identification* Society of Professional Investigators, January 21, 1999 installation of new officers meeting at Harry's, New York City, NY

Tom Owen, *Introduction to Forensic Audio Applications and Voice Identification*, New Jersey Licensed Private Investigators Association Inc. April 15, 1999 Meeting at Holiday Inn Carteret, NJ

Tom Owen, Mark Schubin, Rick Carlson, Craig Maier *New York Institute for Forensic Audio Spring Seminar*, Spring Training Seminar June 7 - 11, 1999, Colonia, NJ

Tom Owen, Anthony Pellicano, Thomas Edwards, Michael C. McDermott, James Reames, Advances in Forensic Analysis and Techniques Workshop Panel, Audio Engineering Society 107th Annual Convention September 24, 1999, Jacob Javitts Center, New York City, NY

Tom Owen, *Recorded Evidence: Experts and their Challenges* 1999 Meeting American College of Forensic Examiners, October 30, 1999 Waldorf Astoria Hotel, New York City, NY

Tom Owen, *Forensic Audio and Video Enhancement and Analysis, and Voice Identification* Northeast Super Conference 2000, Atlantic City, NJ March 24, 2000 Trump Plaza Hotel, Atlantic City, NJ

Tom Owen, Thomas Edwards, Mark Schubin, *New York Institute for Forensic Audio Spring Seminar*, Spring Training Seminar June 6 - 9, 2000, Colonia, NJ

Tom Owen, *Theory and Application of Aural and Spectrographic Voice Identification*, American College of Forensic Examiners 8th Annual Conference, October 26, 2000, La Vegas, Nevada

Tom Owen, Sal Gallina, Richard Carlson, *New York Institute for Forensic Audio*, Fall Training Seminar November 13-17, 2000, Colonia, NJ

Tom Owen, Sal Gallina, Kevin Murray, Steve Crump, Mark Schubin, *New York Institute for Forensic Audio*, Spring Training Seminar June 11-15, 2001, Colonia, NJ

Tom Owen, Forensic Video Analysis New Jersey Licensed Private Investigators Association. February 12, 2002

Tom Owen, Grant Fredericks, N*ew York Institute of Forensic Audio*, Summer Training Seminar June 24th-28th, 2002, Colonia, NJ

Tom Owen, *Voice Identification and the Osama Bin Laden Tape*, John Jay College of Criminal Justice, New York, Dec 3, 2002

Tom Owen, Sachs, Jessica Snyder "Graphing the Voice of Terror" *Popular Science* March 2003 issue. Pg. 38-43

Tom Owen, Blades, Heather Barbre "Tom Owen, Voice Identification Audio & Video Analysis" *The Forensic Examiner* September/October 2003 pg. 15-21

Tom Owen, "How the Experts Identify Bin Laden" *The Prosecutor* September/October issue 2003 pg. 29-30

Tom Owen, *Voice Identification and the Osama Bin Laden Tape,* John Jay College of Criminal Justice, New York, Dec 3, 2003

Tom Owen, *12 Step Methodology, Audio, Video, and Voice Identification* American College of Forensic Examiners, Chicago, Illinois, October 14-16, 2004

Tom Owen, *Voice Identification, The Aural Spectrographic 12 Step Methodology* John Jay College of Criminal Justice, New York, Dec 1, 2004

AWARDS

**WINNER OF THE "AMPEX GOLDEN REEL AWARD" 1976**

**NOMINATED for 2 N.A.R.A.S. "GRAMMY AWARDS" 1986**

**WINNER of the "GOLDEN EAGLE AWARD" 1997 American Board of Recorded Evidence**

**AWARDED BY "AMERICAN COLLEGE OF FORENSIC EXAMINERS" for appreciation and gratitude for his dedicated leadership as Chairman of the American Board of Recorded Evidence 1997-1998**

**AWARDED BY "AMERICAN COLLEGE OF FORENSIC EXAMINERS" the AFCE Outstanding Service Award for his efforts and dedication to the AFCE Organization. October 2000, Las Vegas, NV**

Books Published:

Tom Owen, *Scaling the Fretboard* (Chappell Music 1973)
Tom Owen, *The Chord Coloring Book* (Chappell Music 1974)
Tom Owen, *Tenor Banjo* (Chappell Music 1975)
Tom Owen, *Lead Guitar* (Chappell Music 1976)
Tom Owen, *The Classic Blues Singers* (Chappell Music 1977)

ORGANIZATIONS:

AUDIO ENGINEERING SOCIETY

THE AMERICAN BOARD OF FORENSIC EXAMINERS, Diplomat, Fellow

THE AMERICAN BOARD OF RECORDED EVIDENCE, Chairman

THE AMERICAN ACADEMY OF FORENSIC SCIENCES

INTERNATIONAL ASSOCIATION FOR IDENTIFICATION, NEW JERSEY DIVISION

INTERNATIONAL ASSOCIATION FOR IDENTIFICATION, KENTUCKY DIVISION

LAW ENFORCEMENT VIDEO ASSOCIATION INTERNATIONAL L.E.V.A.

MUSICIANS LOCALS 11, 637, 802 (resigned)

Contributor to the following Publications:

- Audio Engineering Society
- International Association for Identification
- Law Enforcement Video Association, The Viewfinder
- Videography Magazine
- NJ Division of The Criminalist
- American Academy of Forensic Sciences, Proceedings
- American College of Forensic Examiners
- Journal and Internet Web Site, Mix Magazine