UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and | \* | CIVIL ACTION NO. |
| DEBORAH EVANGELISTA | \* | 3:00 CV00504 (MRK) |
| PLAINTIFFS | \* | |
| | \* | |
| VS. | \* | |
| H. RICHARD BORER, JR. | \* | NOVEMBER 23, 2005 |
| | \* | |
| | \* | |
| | \* | |
| DEFENDANT | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION TO STRIKE MATERIALS SUBMITTED IN CONNECTION WITH PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT

Under Rule 12 (f), in conjunction with Rule 60 (b), Defendant hereby moves to strike each exhibit submitted in connection with Plaintiffs' Motion for Relief From Judgment dated October 19, 2005, for the following reasons as more particularly set forth in the attached memorandum of law:

1. Affidavit of John Pascale dated September 28, 2005 (Pls' Ex. 1).

    Reason: Inadmissible under Fed. R. Evid. 402, 602, 701, 802, 805.

2. Affidavit of Deborah Evangelista dated October 18, 2005 (Pls' Ex. 2).

    Reason: Inadmissible under Fed. R. Evid. 402, 602, 701, 802, 805.

3. Certified transcript of recorded conversation between Ralph DeLucca, Jr., and Deborah Evangelista (Pls' Ex. 3).

    Reason: Inadmissible under Fed. R. Evid. 402, 602, 701, 802, 805, 901, 902, 1002, 1003.

***ORAL ARGUMENT REQUESTED***

***TESTIMONY NOT REQUIRED***

The reasons for Defendant's Motion to Strike are set forth in greater detail in the accompanying Memorandum of Law.

DEFENDANT
H. RICHARD BORER, JR.

By: _____
Thomas E. Katon (ct01565)
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507
(203) 624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on this date to the following:

<u>Counsel for the Plaintiffs</u>
Karen Lee Torre, Esq.
51 Elm Street, Ste. 307
New Haven, CT 06510

<u>Co-Counsel for the Defendant</u>
Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

_____
Thomas E. Katon

I:\Client W\West Haven\Lorusso-Evangelista\Pleadings\Motion to Strike re Pls 60b Motion 112105.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505