UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO & <br> DEBORAH EVANGELISTA, <br><br> Plaintiffs, <br><br> v. <br><br> H. RICHARD BORER, JR., <br><br> Defendant. | : <br> : <br> : <br> :     No. 3:03cv504 (MRK) <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

For the reasons set forth in the on-the-record telephonic conference held on November 29, 2005, the Court DENIES without prejudice [120] Defendant's Motion To Strike Materials Submitted In Connection With Plaintiffs' Motion For Relief From Judgment.

For the reasons set forth in the on-the-record telephonic conference held on November 29, 2005, the Court GRANTS [119] Defendant's Motion For Enlargement Of Time To File Response To Plaintiffs' Motion For Relief From Judgment.  Defendant's brief on [115] Plaintiffs' Rule 60 motion is due no later than **December 19, 2005**.  Defendant shall provide expert reports to Plaintiffs no later than **December 19, 2005**.

A hearing will be held on [115] Plaintiffs' Motion For Relief From Judgment on **December 22, 2005 at 9:30 a.m.** in Courtroom # 4.

                                                    IT IS SO ORDERED,


                                              /s/      Mark R. Kravitz
                                                  United States District Judge

**Dated at New Haven, Connecticut: November 30, 2005**