AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** Connecticut

LoRusso, et al
v.
Borer

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03CV504

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Karen Lee Torre | Jennifer L. Schancupp / Thomas E. Katon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/22/05 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/22/05 | | | Ralph DeLucca |
| 1 | | 12/22/05 | | | John Pascale |
| 1 | | 12/22/05 | | | Deborah Evangelista |
| 1 | | 12/22/05 | | | Tom Owen |

2005 DEC 22 P 4:19