UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | * * | CIVIL ACTION NO. 3:03CV00504 (MRK) |
| PLAINTIFFS | * | |
| VS. | * | |
| H. RICHARD BORER, JR. | * * | JANUARY 24, 2006 |
| DEFENDANT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF RE: ISSUES RAISED AT 12/22/05 HEARING ON PLAINTIFFS' RULE 60(b) MOTION**

The Defendant in the above entitled matter, by his attorney, moves pursuant to Local Rule 7(b) for an enlargement of the time to and including February 6, 2006 within which to file his brief concerning issues raised at the December 22, 2005 hearing regarding the Plaintiffs' Rule 60(b) motion, including, but not limited to issues concerning Ralph DeLucca's invocation of his 5th Amendment right not to testify. Counsel for the Defendant has contacted Plaintiffs' counsel, Attorney Karen Torre, and DeLucca's counsel, Attorney David Grudberg, both of whom have indicated that they do not object to the granting of this motion. In support of this motion, the Defendant represents the following:

1. At the December 22, 2005, the Court set a briefing schedule calling for the submission of DeLucca's brief on January 17, 2006 and simultaneous briefs of the Plaintiffs and the Defendant on January 31, 2006. DeLucca has requested and received additional time within which to file his brief. Although it is anticipated that DeLucca's brief will be submitted shortly, it has not yet been filed.

ORAL ARGUMENT NOT REQUESTED

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

2. The additional time is requested in order to appropriately respond to any issues raised in DeLucca's brief.

This is the Defendant's first motion for an enlargement of time with respect to this briefing deadline.

THE DEFENDANT,
H. RICHARD BORER, JR.

By: /s/ Jennifer L. Schancupp
Jennifer L. Schancupp
Federal Bar No. ct11876
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

Counsel for the Plaintiffs
Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Co-Counsel for the Defendant
Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

Counsel for Ralph DeLucca
David T. Grudberg
Jacobs Grudberg Belt & Dow P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503

/s/ Jennifer L. Schancupp, Esq.

I:\Client W\West Haven\Lorusso-Evangelista\Pleadings\Motion for Enlargement of Time re brief on rule 60b hearing.wpd