# United States District Court

DISTRICT OF CONNECTICUT

SANDRA LORUSSO and
DEBORAH EVANGELISTA

    Plaintiffs

v

H. RICHARD BORER, JR.

    Defendant

**APPEARANCE**

Civil Number: 3:03 CV00504 (MRK)

January 25, 2006

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the third party witness, Ralph Delucca, Jr.

January 25, 2006
Date

_[Signature]_
Signature

David T. Grudberg, CT01186
Print Name

350 Orange Street/P.O. Box 606
Address

New Haven, Connecticut  06503
City    State    Zip Code

(203) 772-3100    (203) 772-1691
Phone Number    Fax Number
e-mail: dgrudberg@jacobslaw.com

## CERTIFICATION

    I hereby certify that a copy of the Appearance was mailed first class, postage prepaid on January 25, 2006, to:

Karen Lee Torre, Esq.
51 Elm Street
Suite 307
New Haven, CT 06510


Jennifer L. Schancupp, Esq.
Thomas Katon, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven, CT 06516-0411

 

_____
David T. Grudberg