# United States District Court

DISTRICT OF Connecticut

LoRusso et al
v.
Borer

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03cv504

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Karen Lee Torre | T. Kafon J. Skahancupp |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2-7-2006 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2/7/06 | | | Deborah Evangelista |
| ✓ | | 2/7/06 | | | George Lemieux |
| ✓ | | 2/7/06 | | | David Bachman |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages