UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LORUSSO and DEBORAH EVANGELISTA | : |
| Plaintiffs | : Civil No. 3:03CV00504 (MRK) |
| | : |
| V. | : |
| | : March 24, 2006 |
| H. RICHARD BORER, JR. | : |
| Defendant | : |

# NOTICE OF APPEAL

The plaintiffs in the above-entitled action hereby appeal to the Court of Appeals for the Second Circuit from the judgment and final orders of the District Court entered on February 28, 2006 denying plaintiffs' Motion for Relief from Judgment under Rule 60(b) and Motion for a New Trial under Rule 59. A copy of the final orders is appended hereto.

    THE PLAINTIFFS,
    SANDRA LORUSSO and
    DEBORAH EVANGELISTA


    BY:_____
        KAREN LEE TORRE
        Fed. Bar No. ct01707
        Law Offices of Karen Lee Torre
        51 Elm Street, Suite 307
        New Haven, Connecticut 06510
        Tel. (203) 865-5541
        Fax: (203) 865-4844

**CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 24th day of March, 2006 to:

Paul J. Dorsi, Esq.
Donahue Votto & DeGennaro PC
415 Main Street
PO Box 411
West Haven, CT 06516-0411

Thomas Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven, CT 06507

                                                                                             Karen Lee Torre