UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SANDRA LORUSSO and<br>DEBORAH EVANGELISTA | : | |
|  | : | Civil No.  3:03CV00504 (MRK) |
| Plaintiffs | : | |
|  | : | USCA No. 06-1421-cv |
| V. | : | |
|  | : | |
| H.  RICHARD BORER, JR. | : | July 28, 2006 |
|  | : | |
| Defendant | : | |

## DESIGNATION OF THE CONTENTS THE RECORD ON APPEAL

1. Certified copy of docket sheet

2. Transcript of trial proceedings - 8/3/05, 8/4/05, 8/8/05, 8/9/05, 8/10/05, 8/11/05.

3. Transcript of post-trial proceedings - 12/22/05, 2/7/06

4. Complaint, Doc. #1

5. Defendant's Answer and Affirmative Defenses, dated September 2, 2003, Doc. #10

6. Defendants' Trial Exhibits #s: 502, 503, 505-20, 522-34 and 525.

7. Jury Verdict Form, Doc. #103

8. Judgment dated August 11, 2005, Doc. #104

9. Plaintiffs' Rule 60(b) Motion for Relief From Judgment, dated October 19, 2005, Doc. #115

10. Plaintiff's manually filed exhibits in support of Rule 60(b) Motion for Relief From Judgment, dated October 19, 2005 (Affidavits of John Pascale and plaintiff Deborah Evangelista)

11. Defendant's Memorandum in Support of Motion to Strike Materials Submitted re: Plaintiffs' Rule 60(b) Motion for Relief From Judgment, dated 11/23/05, Doc. #121

12. Defendant's Memorandum in Opposition to Plaintiffs' Rule 60(b) Motion for Relief From Judgment, dated December 19, 2005 Doc. #124

13. Defendant's Motion For Determination as to Admissibility of Tape Recorded Evidence, dated December 21, 2005, Doc #125

14. Hearing Exhibit List, dated December 22, 2005, Doc. #128

15. Witness Ralph DeLucca's Memorandum re: Invocation of 5th Amendment Privilege, dated January 25, 2006, Doc. #134

16. Defendant's Memorandum of Law re: December 22, 2005 Post-Trial Hearing, dated February 6, 2005, Doc. #136

17. Plaintiffs' Memorandum of Law on Evidentiary Issues Re: Rule 60(b) Motion for Relief from Judgment, Doc #138.

18. Plaintiffs' Post Hearing Memorandum re: Issue of Adverse Inferences to Be Drawn from Witness' Invocation of Privilege Against Self-Incrimination, dated February 14, 2006, Doc. #141

19. Defendant's Memorandum re: Drawing Adverse Inference against Defendant Based on Non-Party Witness' Invocation of 5th Amendment, dated February 21, 2006, Doc. #148

20. Plaintiffs' Exhibits from Post-Trial Hearing

21. Defendants' Exhibits from Post-Trial Hearing

22. Ruling on Post-Trial Motions, dated February 28, 2006, Doc. #150

23. Plaintiffs' Notice of Appeal, dated March 24, 2006, Doc. #151

        THE PLAINTIFFS,
        SANDRA LORUSSO and
        DEBORAH EVANGELISTA


BY:_____
   KAREN LEE TORRE
   Fed. Bar No. ct01707
   Law Offices of Karen Lee Torre
   51 Elm Street, Suite 307
   New Haven, Connecticut 06510
   Tel. (203) 865-5541
   Fax: (203) 865-4844

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 28th day of July, 2006 to:

Thomas Katon, Esq.
Jennifer L. Schancupp, Esq.
Susman, Duffy & Segaloff, P.C.
PO Box 1684
New Haven, CT 06507

 

_____
Karen Lee Torre